IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>MOTOR FUEL TEMPERATURE LITIGATION<br><br>(This Document Relates to All Cases) | MDL Docket No. 1840<br><br>Case No: 07-md-1840-KHV |

## COSTCO WHOLESALE CORPORATION'S
## CORPORATE DISCLOSURE

Costco Wholesale Corporation, a nongovernmental, publicly-held corporation, and the defendant-petitioner in this matter, submits the following statement of its corporate interests and affiliations for the use of the judges of this Court:

### **Parent Corporations**

Costco has no parent corporations.

### **Corporate Shareholders**

The following publicly-held corporation holds at least a 10 percent interest in petitioner's stock:  Davis Selected Advisers

Dated:  August 14, 2007

                                                    Respectfully submitted,

                                              By:  s/David F. McDowell
                                                      David F. McDowell
                                                      MORRISON & FOERSTER LLP
                                                      555 West 5th Street, Suite 3500
                                                      Los Angeles, CA 90013-1024
                                                      Telephone:  (213) 892-5383
                                                      Facsimile:  (213) 892-5454
                                                      E-mail: DMcDowell@mofo.com

                                                      Attorneys for Costco Wholesale Corporation

la-934042

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Linda G. Alexander, lindaalexander@niemeyerfirm.com, karylhightower@niemeyerfirm.com
William B. Allison, wallison@allshoe.com
Carlos T. Angulo, CTAngulo@zuckerman.com
Elizabeth D. Badger, badger@badgerlevings.com, secy@badgerlevings.com
Kathryn E. McQueen Barnes, kbarnes@thelen.com
George A. Barton, gbarton@birch.net
Daniel J. Becka, dbecka@cherry-law.com
Robert Roy Begland, rbegland@manatt.com
Steven A. Beilock, sbeilock@ansbb.com
Joseph W. Bell, jbell@zelle.com
Thomas V. Bender, tbender@wbsvlaw.com, mnickel@wbsvlaw.com
James D. Bowers, dbowers@fieldsandbrown.com
Michael J. Brickman, mbrickman@rpwb.com
Frederick Brown, fbrown@gibsondunn.com
William B. Bystrynski, bbystrynski@kirby-holt.com
Dennis C. Cameron, kspeed@gablelaw.com
Myron M. Cherry, mcherry@cherry-law.com
Robert J. Clary, rjclary@oca-law.com
Matthew A. Clement, mclement@cvdl.net
James W. Cobb, james.cobb@ropesgray.com
Robert A. Cox, rcox@gewwlaw.com
Donald B. Craven, dcraven@akingump.com, eastdocketing@akingump.com
Waverly D. Crenshaw, Jr., waverly.crenshaw@wallerlaw.com
John D. Curtis, II, jcurtis@bcattorneys.com
Joshua P. Dau, jdau@gklaw.com
Gary W. Davis, davisg@crowedunlevy.com
David B. Donchin, ddonchin@dlb.net
Brian L. Duffy, duffyb@gtlaw.com, StaffordJL@gtlaw.com, AshB@gtlaw.com
Tristan L. Duncan, tlduncan@shb.com
Spencer W. Eisenmenger, spencer@kemptonrussell.com
David E. Everson, Jr., deverson@stinson.com, lparks@stinson.com
Taylor Fields, tfields@fieldsandbrown.com
John R. Foote, jrfoote@thelen.com, vlekach@thelen.com
William F. Ford, Jr., bford@lathropgage.com, jcase@lathropgage.com
Ernest J. Getto, ernie.getto@lw.com
Ameri Giannotti, agiannotti@eimerstahl.com
Mark B. Gilmartin, mbgilmartin@earthlink.net
N. Richard Glassman, rglassman@gewwlaw.com
James D. Griffin, jgriffin@blackwellsanders.com
John J. Griffin, Jr., griffinj@crowedunlevy.com
Juliet M. Hanna, jhanna@gibsondunn.com
George A. Hanson, hanson@stuevesiegel.com, hall@stuevesiegel.com, moreland@stuevesiegel.com, perez@stuevesiegel.com
Chris W. Henry, chenry@paynejones.com
Rachel L. Hollander, rhollander@thelen.com
Robert A. Horn, rhorn@hab-law.com
Earsa R. Jackson, earsa.jackson@strasburger.com

la-934042

K. Christopher Jayaram, cjayaram@hab-law.com
Keith Harrison Johnson, kjohnson@poynerspruill.com, kmeadows@poynerspruill.com
Rhon Jones, rhon.jones@beasleyallen.com, tracie.harrison@beasleyallen.com, sandra.walters@beasleyallen.com
Barry M. Kazan, bkazan@ebglaw.com
Donald J. Kelly, dkelly@wyattfirm.com, scarter@wyattfirm.com
Jeffrey A. Kennard, jak@sakfirm.com
Gregory J. Kerwin, gkerwin@gibsondunn.com
Tyson H. Ketchum, tketchum@armstrongteasdale.com, mwelther@armstrongteasdale.com
David F. Kirby, dkirbby@kirby-holt.com
Ashley T. Kisner, ashley.kisner@strasburger.com
Phil Krehbiel, philkrehbiel@msn.com
Joseph A. Kronawitter, jkronawitter@hab-law.com
James K. Larimore, blarimore@dlb.net
David J. Lender, david.lender@weil.com
Theresa L.F. Levings, tlevings.@badgerlevings.com
William Litvak, wlitvak@drllaw.com
Martin M. Loring, mloring@blackwellsanders.com
Michael B. Lowe, mlowe@paynejones.com
William D. Marsillo, wmarsillo@bsfllp.com
Daniel S. Mason, dmason@zelle.com
Steven M. McCartan, smccartan@lathropgage.com
Erica D. McCaskill, emccaskill@bowse-law.com, lclark@bowse-law.com
Brendan A. McShane, Brendan.mcshane@lw.com
Nancy G. Milburn, Nancy_Milburn@aporter.com
Brian J. Molloy, bmolloy@wilentz.com
Sean Morris, Sean_Morris@aporter.com
Charles J. Muchmore, cmuchmore@bcattorneys.com
Fredric C. Nelson, fcnelson@thelen.com
Phyllis A. Norman, bartonlaw3@birch.net
Michael G. Norris, mnorris@nkfirm.com
Darius Ogloza, darius.ogloza@lw.com
Thomas A. Outler, toutler@rodey.com
Howard A. Pollack, hpollack@gklaw.com, dzepczyk@gklaw.com
Terry D. Ragsdale, tragsdale@gablelaw.com, lwalker@gablelaw.com
Ronald C. Redcay, Ronald_Redcay@aporter.com
Keith S. Rhodes, krhodes@fieldsandbrown.com
Edward D. Robertson, Jr., chiprob@earthlink.net, lisagroves@earthlink.net
Ezra D. Rosenberg, ezra.rosenberg@dechert.com
Robert W. Russell, rob@kemptonrussell.com
Richard A. Sandoval, rsandoval@branchlawfirm.com
Michael F. Saunders, msaunders@spencerfane.com
Todd A. Scharnhorst, tas@sakfirm.com
Rebecca J. Schwartz, rschwartz@shb.com
Tyson D. Schwerdtfeger, tschwerdtfeger@gablelaw.com
Austin V. Schwing, aschwing@gibsondunn.com
Christopher J. Sherman, csherman@paynejones.com
Norman E. Siegel, siegel@stuevesiegel.com, perez@stuevesiegel.com
Lisa T. Silvestri, lsilvestri@gablelaw.com, lmcduff@gablelaw.com
J. Walter Sinclair, jwsinclair@stoel.com
David R. Singh, david.singh@weil.com
M. Benjamin Singletary, bsingletary@gablelaw.com, cgarzone@gablelaw.com
P. Lyle Smith, pk.smith@hkj-law.com

3

Sharon A. Stallbaumer, sstallbaumer@bowse-law.com
Reginald D. Steer, rsteer@akingump.com
Heather L. Thompson, heather.thompson@lw.com
Laurence R. Tucker, lrtucker@armstrongteasdale.com, mwelther@armstrongteasdale.com
James P. Tuite, jtuite@akingump.com, eastdocketing@akingump.com
Scarlette M. Tuley, scarlette.tuley@beasleyallen.com, kelli.flanagan@beasleyallen.com, kristi.smith@beasleyallen.com
Charles John Vigil, cvigil@rodey.com
Patrick J. Whalen, pwhalen@spencerfane.com, pozias@spencerfane.com
Kurt D. Williams, kwilliams@bowse-law.com, sbarron@bowse-law.com, mcampbell@bowselaw.com
Jane E. Willis, jane.willis@ropesgray.com
Mary D. Winter, marywinter@earthlink.net, lisagroves@earthlink.net
Jesse A. Witten, jesse.witten@ropesgray.com
J. Dale Youngs, dyoungs@blackwellsanders.com
George A. Zelcs, gzelcs@koreintillery.com
Jacie C. Zolna, jzolna@cherry-law.com
Craig J. deRecat, cderecat@manatt.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Robert H. Alexander
Law Office of Robert H. Alexander, Jr. PC
120 N. Robinson Ave. – 24th Floor
Oklahoma City, OK 73101-0868

David L. Arrington
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

Nelson L. Atkins
Atkins & Evans
3699 Wilshire Blvd., Suite 890
Los Angeles, CA 90010

Kenneth W. Barton
Butler Snow O'Mara Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Jere L. Beasley
Beasley Allen Crow Methvin Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Howard B. Becker
Korein Tillery, LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101

la-934042

Mark E. Bialick
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610

Kevin F. Brady
Connolly Bovd Lodge & Hutz
The Nemours Building
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899

Turner W. Branch
The Branch Law Firm
2025 Rio Grande Blvd., N.W.
Albuquerque, NM 87104

David T. Brown
Goodman Brown & Premsrirut
520 S. 4th St. – Suite 320
Las Vegas, NV 89101

Michael J. Byrne
Moore & Van Allen
P.O. Box 13706
Research Triangle Park, NC 27709

Guy D. Calladine
Carlson, Calladine & Peterson, LLP
Two Embarcadero Center, 18th Floor
San Francisco, CA 94102

Terrence A. Callan
Pillsbury Winthrop Shaw Pittman, LLP
50 Fremont Street
San Francisco, CA 94105

Michael B. Campbell
Holland & Hart, LLP
110 N. Guadalupe, Suite 1
Sante Fe, NM 87501

Robert J. Cardillo
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC 29401

Stephen D. Christie
Lamar Miller Norris Haggard & Christie PC
501 Riverchase Pkwy East, Suite 100
Birmingham, AL 35244

Lee L. Coleman
Hughes & Coleman
444 James Robertson Parkway, Suite 201
Nashville, TN 37219

George S. Corbyn
Corbyn Law Firm
211 N. Robinson Ave., Suite 1120
Oklahoma City, OK 73102

Ernest Cory
Cory Watson Crowder & DeGaris
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

John H. Cotton
Cotton & Associates
2300 W. Sahara Ave., Suite 420
Box 15
Las Vegas NV 89102

John W. Crongeyer
Vroon & Crongeyer
1230 Peachtree St., Suite 2450
Atlanta, GA 30309

Frank Cruz-Alvarez
Shook, Hardy & Bacon L.L.P.
2400 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131-4332

Cynthia J. Cutler
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN 37201

Philip J. Dabney
Holland & Hart LLP
3763 Howard Hughes Pkwy, Suite 300
Las Vegas, NV 89169

David Deary
Deary Montgomery Defeo & Canada LLP
2515 McKinney Avenue
Chateau Plaza, Suite 1565
Dallas, TX 75201

Douglas A. Dellaccio
Cory Watson Crowder & DeGaris
2131 Magnolia Ave., Suite 200
Birmingham, AL 35205

Jonathan A. Dibble
Ray, Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Andrew D. Dill
Woodward, Hobson & Fulton, LLP
101 S. Fifth Street
2500 National City Tower
Louisville, KY 40202-3175

Michelle M. Drake
Greensfelder, Hemker & Gale, PC
10 South Broadway, Suite 2000
St. Louis, MO 63102-1774

la-934042

Sidney G. Dunagan
Gable & Gotwals
211 N. Robinson Avenue, 15th Floor
Oklahoma City, OK 73102

Tim Edwards
Glassman, Edwards, Wade & Wyatt, PC
26 N. Second Street
Memphis, TN 38103

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg, LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604-2516

Eric S. Eissenstat
Fellers Snider Blankenship Bailey & Tippens
100 N. Broadway Avenue, Suite 1700
Oklahoma City, OK 73102

J. Nicholas Ellis
Poyner & Spruill LLP – Rocky Mount
P.O. Box 353
Rocky Mount, NC 27802

David F. Engstrom
1615 M Street, NW
Washington, DC 20036

Daniel B. Feldman
Feldman & Lehane LLC
2229 1st Avenue North
Birmingham, AL 35203

Laura Clark Fey
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2616

Steven J. Fram
Archer & Greiner PC
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968

David C. Frederick
1615 M Street, N.W.
Washington, DC 20036

Joel E. Friedlander
Bouchard, Margules & Friedlander, PA
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Jared E. Gardner
James McElroy & Diehl PA
600 S. College St., Suite 3000
Charlotte, NC 28202

la-934042

Helaine S. Goodner
Fowler White Burnett
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302

Charles E. Griffin
Griffin & Associates
PO Box 968
Jackson, MS 39205-0968

Robert C. Hackett
Mohr Hackett Penderson Blakely & Randolph PC
2800 North Central Avenue, Suite 1100
Phoeniz, AZ 85004

Randall D. Haimovici
Shook Hardy & Bacon LLP
333 Bush Street, Suite 600
San Francisco, CA 94123

Matthew D. Hamrick
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC 29401

Laurie A. Hand
Morrison & Foerster, LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006-1888

Wendy Jacobsen Harrison
Bonnett, Fairbourn, Friedman & Blaint, P.C.
2901 N. Central Avenue, Suite 1000
Phoeniz, AZ 85012

James F. Hinton
Baker Donelson Bearman Caldwell & Berkowitz PC
1600 SouthTrust Tower
420 N. 20th Street
Birmingham, AL 35203-5202

David G. Hosenpud
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158

Mary K. Hovious
Bass Berry & Simms, PLC
100 Peabody Place, Suite 900
Memphis, TN 38103

Eric E. Hudson
Butler Snow O'Mara Stevens & Canada PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

Richard M. Hutson
Hutson Law Office PA
PO Drawer 2252-A
Durham, NC 27702

la-934042

James J. Jackson
PO Drawer 2070
Las Vegas, NV 89125-2070

Anwar M. Johnson
Fox Galvin, LLC
One Memorial Drive, 8th Floor
St. Louis, MO 63102

J. Randall Jones
Harrison, Kemp & Jones LLP
3800 Howard Hughes Pkwy – 17th Floor
Las Vegas, NV 89169

Kenneth M. Jones
Atkins & Evans
3699 Wilshire Blvd., Suite 890
Los Angeles, CA 90010

Randall B. Jones
Office for Civil Rights
U.S. Department of Education
915 Second Avenue, Room 3310
Seattle, WA 98174-1099

Lori J. Keen
Glassman, Edwards, Wade & Wyatt, PC
26 N. Second Street
Memphis, TN 38103

Kermit L. Kendrick
Burr & Forman LLP
420 N. 20th Street, Suite 3100
Birmingham, AL 35203

Andrew S. Kierstead
Andrew S. Kierstead Law Offices
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204

Phillip C. Korologos
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

Robert S. Lamar
Lamar Miller Norris Haggard & Christie PC
501 Riverchase Pkwy East, Suite 100
Birmingham, AL 35244

Othni J. Lathram
Whatley Drake & Kallas LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203

Daniel P. Lehane
Feldman & Lehane LLC
2229 1st Avenue North
Birmingham, AL 35203

Theodore Jon Leopold
Ricci Leopold
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410

John A. Libra
Korein Tillery, LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101

Lawrence A. Locke
Kierstead & Locke
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204

Gregory A. Lofstead
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC 29401

William J. Long
Burr & Forman LLP
420 N. 20th Street, Suite 3100
Birmingham, AL 35203

Jeffrey N. Luthi
Clerk of the MDL Panel
One Columbus Circle NE
Thurgood Marshall Federal Judicial Building
Room G-255, North Lobby
Washington, DC 20002

Anthony J. McFarland
Bass Berry & Sims, PLC
AmSouth Center
315 Deaderick Street, Suite 2700
Nashville, TN 37238-0002

Catherine McGrath
Thelen Reid Brown Raysman & Steiner, LLP
200 Campus Drive, Suite 210
Florham Park, NJ 07932

Ricky J. McKinney
Burr & Forman LLP
420 N. 20th Street, Suite 3100
Birmingham, AL 35203

Ted G. Meadows
Beasley Allen Crow Methvin Portis & Miles PC
218 Commerce Street
P. O. Box 4160
Montgomery, AL 36103-4160

Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg, LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604-2516

Mary Ann Miranda
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN 37201

Richard H. Monk
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2736

C. Val Morley
Witt Morley & Anderson
306 W. Main
American Fork, UT 84003

Dyland L. Murray
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2616

Craig P. Niedenthal
Cory Watson Crowder & DeGaris
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Matthew P. O'Malley
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4070

Sarah L. Parrish
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610

Robert M. Peterson
Carlson, Calladine & Peterson
353 Sacramento Street, 16th Floor
San Francisco, CA 94111-3622

Anthony T. Pierce
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Chad J. Pomeroy
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salk Lake City, UT 84111

R. Alan Pritchard, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz
First Tennessee Bldg, 20th Floor
165 Madison Avenue
Memphis, TN 38103

Carlos E. Provencio
Shook, Hardy & Bacon, L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004

la-934042

Richard C. Roberts
Whitlow, Roberts, Houston & Straub, PLLC
300 Broadway Street
PO Box 995
Paducah, KY 42002-0995

Rob F. Robertson
Gable & Gotwals
211 N. Robinson Avenue, 15th Floor
Oklahoma City, OK 73102

Sandra Grisham Robinson
Cabaniss Johnston Gardner Dumas & O'Neal
PO Box 2906
Mobile, AL 36652-2906

Ross M. Rosenberg
Rosenberg LPA
650 West Lake Center
4555 Lake Froest Drive
Cincinnati, OH 45242

Larry A. Sackey
Larry A. Sackey Law Offices
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064

Christopher T. Saucedo
Silva & Saucedo PC
201 Third Street NW, Suite 1800
PO Box 100
Albuquerque, NM 87103

Sanford M. Saunders
Greenberg Traurig LLP
800 Connecticut Avenue NW, Suite 500
Washington, DC 20006

Paul S. Schleifman
Shook, Hardy & Bacon, L.L.P.
600 14th Street, NW, Suite 800
Washington, DC 20005-2004

Kari A. Schulte
Cook, Vetter, Doerhoff & Landwehr PC
231 Madison Street
Jefferson City, MO 65101

John M. Seaman
Bouchard, Margules & Friedlander, PA
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Kristine L. Sendek Smith
Beveridge and Diamond PC
1350 I Street NW, 7th Floor
Washington, DC 20005

Mitzi T. Shannon
Kemp Smith LLP
221 N. Kansas, Suite 1700
El Paso, TX 79901

la-934042

Case 2:07-md-01840-KHV-JPO   Document 94   Filed 08/14/07   Page 13 of 15

Patrick Shay
Rodey Dickason Sloan Akin & Robb PA
PO Box 1888
Albuquerqaue, NM 87103

Michael W. Sillyman
Kutak Rock LLP
8601 N. Scottsdale Road, Sufite 300
Scottsdale, AZ 85253

Benjamin Silva
Silva & Saucedo PC
201 Third Street NW, Suite 1800
PO Box 100
Albuquerque, NM 87103

Cyril V. Smith
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202-1031

Chad A. Stegeman
Akin Gump Strauss Hauer & Feld
580 California Street
San Francisco, CA 94104

Jill M. Steinberg
Baker, Donelson, Bearman, Caldwell & Berkowitz
First Tennessee Bldg., 20th Floor
165 Madison Avenue
Memphis, TN 38103

John S. Stone
John S. Stone, LLC
1500 SW First Avenue, Suite 770
Portland, OR 97201

Stephen Stublarec
Latham & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111-2562

Regan A. Sweeney
Wallace King Domike and Reiskin, PLLC
1050 Thomas Jefferson Street, NW
Washington, DC 20007

William J. Taylor
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Kathryn D. Terry
Whitten, Nelson, McGuire, Wood, Terry & Roselius
PO Box 138800
Oklahoma City, OK 73113

Stephen M. Tillery
Korein Tillery, LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101

Douglas M. Todd
Phillips McFall McCaffrey McVay & Murrah, PC
101 N. Robinson, 13th Floor
Oklahoma City, OK 73102

Dana W. Tucker
Fox Galvin, LLC
One Memorial Drive, 8th Floor
St. Louis, MO 63102

Donald H. Tucker
Smith Anderson Blount Dorsett Mitchell & Jernigan
PO Box 2611
Raleigh, NC 27601

Timothy W. Van Ronzelen
Cook, Vetter, Doerhoff & Landwehr PC
231 Madison Street
Jefferson City, MO 65101

Sean P. Vitrano
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202-1031

Bryan A. Vroon
Vroon & Crongeyer
1230 Peachtree Street, Suite 2450
Atlanta, GA 30309

L. Mark Walker
Crowe & Dunlevy
1800 Mid-America Tower
20 North Broadway
Oklahoma City, OK 73102

Elizabeth M. Walsh
Thelen Reid Brown Raysman & Steiner LLP
701 8th Street, NW
Washington, DC 20001

M. James Weems
Daniel Coker Horton & Bell
PO Box 1084
Jackson, MS 39215-1084

Joe R. Whatley
Whatley Drake & Kallas LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203

Jarrod J. White
Cabaniss Johnston Gardner Dumas & O'Neal
PO Box 2906
Mobile, AL 36652-2906

Linda K. Williams
Linda K. Williams, PC
10266 SW Lancaster Road
Portland, OR 97219

Thomas G. Wolfe
Phillips McFall McGaffrey McVAy & Murrah, PC
101 N. Robinson, 13th Floor
Oklahoma City, OK 73102

Christopher M. Wolpert
Rodey Dickason Sloan Akin & Robb PA
PO Box 1888
Albuquerque, NM 87103

William C. Wright
Willaim C. Wright PA
319 Clematis Street, Suite 902
West Palm Beach, FL 33401

Carl Wyatt
Glassman, Edwards, Wade & Wyatt, PC
26 North Second Street
Memphis, TN 38103

Shane C. Youtz
900 Gold Avenue SE
Albuquerque, NM 87102

Lisa J. Zastrow
Kummer Kaempger Bonner Renshaw & Ferrario
3800 Howard Hughes Pkway, 7th Fl;oor
Las Vegas, NV 89169

Kathryn M. Zynda
Corbyn Law Firm
211 N. Robinson Avenue, Suite 1120
Oklahoma City, OK 73102

                                              s/David F. McDowell
                                              David F. McDowell