IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION<br><br>(This Document Relates to All Cases) | )<br>)<br>)<br>) Case No. 07-md-1840-KHV-JPO<br>)<br>)<br>)<br>)<br>) |

**JOINT UNOPPOSED MOTION TO ADOPT**
**JOINT MOTION TO DISMISS AND MEMORANDUM IN SUPPORT**

E-Z Mart Stores, Inc., Frost Petroleum Equipment, LLC, Magness Oil Company, Petromark, Inc., Rivercity Energy Company, Inc., Thomas Petroleum, Inc., B-B Oil Company, Incorporated, Coulson Oil Company, Diamond State Oil LLC, Freeman Oil Company, L&L Oil Company, Inc., Ligon Oil Company, Inc., La Sher Oil Company, and Port Cities Oil, LLC, by and through their attorneys Mitchell, Williams, Selig, Gates and Woodyard, P.L.L.C. (collectively "Moving Defendants"), for their Joint Unopposed Motion to Adopt Joint Motion to Dismiss and Memorandum in Support, ("Motion") state:

1. On August 30, 2007, the Honorable U.S. Magistrate Judge James P. O'Hara entered Scheduling Order No. 1 in this matter. Scheduling Order No. 1 provided that the defendants should file a consolidated Motion to Dismiss by October 19, 2007.

2. On October 5, 2007, the Court entered an Order granting plaintiffs' Unopposed Motion for Extension of time. The Court's October 5, 2007 Order provided that the defendants' time for filing a consolidated Motion to Dismiss was extended to October 22, 2007 at 9:00 a.m.

3. On October 22, 2007, several defendants filed a Joint Motion to Dismiss and a Memorandum in Support.

4.     Subsequently, on October 22, 2007, the Judicial Panel on Multi-District Litigation entered a Transfer Order whereby *Charles Jones, et al. v. E-Z Mart Stores, Inc. et al.*, Eastern District of Arkansas case no. 4 07-CV-00000246 ("the Arkansas Matter") was transferred to the Court for consolidated treatment, and the Court entered the Transfer Order on its docket. The Moving Defendants are all named defendants in the Arkansas Matter.

5.     For the reasons stated in the brief ("Brief") filed in support of this Motion, the Moving Defendants request that they be allowed to adopt the Joint Motion to Dismiss and Memorandum in Support.

6.     Counsel for the Moving Defendants has conferred with co-lead counsel for the plaintiffs, who has kindly stated that plaintiffs do not oppose this Motion.

WHEREFORE, the Moving Defendants respectfully pray that the Court enter an order granting their Motion to Adopt Joint Motion to Dismiss and Memorandum in Support and awarding them all other relief to which they are entitled.

Respectfully submitted,

**/s/ Sherry P. Bartley**
Ark. Bar No. 79009

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201
(501) 688-8800
*Attorneys for E-Z Mart Stores, Inc., Frost Petroleum Equipment, LLC, Magness Oil Company, Petromark, Inc., Rivercity Energy Company, Inc., Thomas Petroleum, Inc., B-B Oil Company, Incorporated, Coulson Oil Company, Diamond State Oil LLC, Freeman Oil Company, L&L Oil Company, Inc., Ligon Oil Company, Inc., La Sher Oil Company, and Port Cities Oil, LLC*

Approved by:

/s/ George A. Zelcs
George A. Zelcs
Co-lead Counsel for Plaintiffs

Korein Tillery, LLC
205 N. Michigan Plaza, Suite 1950
Chicago, IL 60601
Phone: 312-641-9750
Fax: 312-641-9751

CERTIFICATE OF SERVICE

I, Sherry P. Bartley, do hereby certify that a true and correct copy of the foregoing was filed via the United States District Court for the District of Kansas CM/ECF system which will send a notice of the electronic filing to counsel of record this 23rd day of October, 2007.

**/s/ Sherry P. Bartley**