IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION<br><br>(This Document Relates to All Cases) | )<br>)<br>)  Case No. 07-md-1840-KHV-JPO<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the court is a Joint Unopposed otion ("Motion") to Adopt Joint Motion to Dismiss and Memorandum in Support filed by E-Z Mart Stores, Inc., Frost Petroleum Equipment, LLC, Magness Oil Company, Petromark, Inc., Rivercity Energy Company, Inc., Thomas Petroleum, Inc., B-B Oil Company, Incorporated, Coulson Oil Company, Diamond State Oil LLC, Freeman Oil Company, L&L Oil Company, Inc., Ligon Oil Company, Inc., La Sher Oil Company, and Port Cities Oil, LLC ("Moving Defendants").

For good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the Moving Defendants have adopted the Joint Motion to Dismiss and Memorandum in Support that was filed in this matter on October 22, 2007.

Dated this 24th day of October, 2007, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge