IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION ) ) ) (This Document Relates to Case No. 2:07cv2492) ) ) ) | MDL No. 1840  Case No. 07-MD-1840-KHV/JPO |

_____

**STIPULATION AND ORDER OF DISMISSAL AS TO MARATHON PETROLEUM COMPANY LLC**

WHEREAS this matter comes before the Court upon the joint application of plaintiffs S. Garrett Cook, Jr. and Don Hall, individually and on behalf of all others similarly situated, and defendant Marathon Petroleum Company LLC to dismiss Marathon Petroleum Company LLC as a defendant from this action;

WHEREAS plaintiffs filed this Complaint, captioned *Cook, et al. v. Hess Corporation, et al.*, on August 22, 2007, in the United States District Court for the Middle District of Alabama, and the case was subsequently transferred to this Court;

WHEREAS the Complaint alleges that certain plaintiffs purchased motor fuel from defendant Marathon Petroleum Company LLC in the state of Alabama;

WHEREAS Marathon Petroleum Company LLC does not engage in the retail sale of motor fuel in Alabama;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that:

1.Marathon Petroleum Company LLC be and hereby is dismissed as a defendant in this case.

| | |
|---|---|
| s/ J. Paul Sizemore | s/ Amy M. Crouch |
| J. Paul Sizemore, Esq. | Tristan L. Duncan, Esq. |
| ASB 9286 077J | MO Bar Number 39525 |
| Attorney for Plaintiffs S. Garrett Cook, Jr., | Rebecca J. Schwartz, Esq. |
| Don Hall and others similarly situated | MO Bar Number 46341 |
| GIRARDI KEESE | Amy M. Crouch, Esq. |
| 1126 Wilshire Boulevard | MO Bar Number 48654 |
| Los Angeles, CA  90017 | Attorneys for Defendant Marathon Petroleum |
| Phone:  (213) 977-0211 | Company LLC |
| Fax:  (213) 481-1554 | SHOOK, HARDY & BACON L.L.P. |
| E-mail:   psizemore@girardikeese.com | 2555 Grand Blvd. |
| | Kansas City, Missouri 64108-2613 |
| | Phone:  (816) 474-6550 |
| | Fax:  (816) 421-5547 |
| | E-mail:    tlduncan@shb.com |
| |             rschwartz@shb.com |
| |             amcrouch@shb.com |

SO ORDERED this 18th day of December 2007.

                                                         s/ Kathryn H. Vratil
                                                       HONORABLE KATHRYN H. VRATIL
                                                       UNITED STATES DISTRICT JUDGE