IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **IN RE: MOTOR FUEL TEMPERATURE** | ) | MDL Docket No. 1840 |
| **SALES PRACTICES LITIGATION** | ) | Case No: 07-MD-1840-KHV |
| | ) | |
| **This Document Relates to:** | ) | |
|    Rushing, et al. v. Alon USA, Inc., et al., | ) | |
|       Case No. 06-7621 | ) | |
|    Wilson, et al. v. Ampride, Inc., et al., | ) | |
|       Case No. 06-2582 | ) | |
|    Vanderbilt v. BP Corp. North America, | ) | |
|       Inc., et al., Case No. 06-1052 | ) | |
|    Foster, et al. v. BP North America | ) | |
|       Petroleum, Inc., et al., | ) | |
|       Case No. 07-62059 | ) | |
|    Lerner, et al. v. Costco Wholesale Corp., | ) | |
|       et al., Case No. 07-1216 | ) | |
|    Delgado v. Allsup's Convenience Stores, | ) | |
|       Inc., Case No. 07-202 | ) | |
|    Graham v. Chevron USA, Inc., et al., | ) | |
|       Case No. 07-193 | ) | |
|    Williams, et al. v. BP Corporation North | ) | |
|       America, Inc., et al., Case No. 07-179 | ) | |
|    Sagalyn v. Chevron, Inc., et al., | ) | |
|       Case No. 07-430 | ) | |
|    Redstone, et al. v. Chevron USA, Inc., | ) | |
|       Case No. 07-20751 | ) | |
|    Aguirre v. BP West Coast Products, LLC | ) | |
|       Case No. 07-1534 | ) | |
|    Wash v. Chevron USA, Inc., | ) | |
|       Case No. 07-37 | ) | |
|    Kohut, et al. v. Chevron USA, Inc. | ) | |
|       Case No. 07-285 | ) | |
|    Conlin, et al. v. Chevron USA, Inc., | ) | |
|       Case No. 07 0317 | ) | |
|    Barker, et al. v. Chevron USA, Inc., | ) | |
|       Case No. 07-00293 | ) | |
|    Couch, et al. v. BP Products North | ) | |
|       America, Inc., et al., Case No. 07-291 | ) | |
|    Cook, et al. v. Hess Corp., Case No. 07-750 | ) | |
|    Jenkins, et al. v. Amoco Oil Co. | ) | |
|       Case No. 07-661 | ) | |
| | ) | |

CERTIFICATE OF SERVICE OF DEFENDANT
COSTCO WHOLESALE CORPORATION'S OBJECTIONS AND RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS

Defendant Costco Wholesale Corporation, by its attorneys, does hereby certify that its Objections and Responses to Plaintiffs' First Set of Interrogatories to Defendants were sent by electronic mail on the 17th day of March, 2008 to the following Liaison Counsel for Plaintiffs and Liaison Counsel for Defendants:

Thomas V. Bender
Walters Bender Strohbehn & Vaughan, P.C.
1100 Main Street, Suite 2500
Kansas City, MO 64105
tbender@wbsvlaw.com

Martin M. Loring
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Martin.loring@huschblackwell.com

Dated: March 17, 2008                    Respectfully submitted,


                                         By:  /s/David F. McDowell
                                              David F. McDowell
                                              MORRISON & FOERSTER LLP
                                              555 West 5th Street, Suite 3500
                                              Los Angeles, CA 90013-1024
                                              Telephone:  (213) 892-5383
                                              Facsimile:  (213) 892-5454
                                              E-mail: DMcDowell@mofo.com

                                         Attorneys for Costco Wholesale Corporation

CERTIFICATE OF SERVICE

I hereby certify that on March 17th, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

                                         /s/ David F. McDowell

la-969122