## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION | MDL No: 1840<br>Case No. 07-md-1840-KHV-JPO |

This pleading relates to:
*Mark Rushing, et al. v. Alon USA, Inc., et al.*, Case No. C-06-7621
*John Telles, et al. v. Conocophillips Co. and Wal-Mart Stores, Inc.*, Case No. C-07-1305
*Kenneth Becker, et al. v. Marathon Petroleum Company, LLC, et al.*, Case No. 07-136
*Richard Galauski, et al. v. Amerada Hess Corporation, et al.*, Case No. 1:33-av-1

### ENTRY OF APPEARANCE

COMES NOW J. David Butler of the law firm of Richardson Patrick Westbrook & Brickman, LLC, pursuant to Local Rule 5.1(d), and hereby enters his appearance in this MDL proceeding as counsel of record on behalf of the Plaintiffs in the actions captioned: *Mark Rushing, et al. v. Alon USA, Inc., et al.*, Case No. C-06-7621 (N.D. Cal.); *John Telles, et al. v. Conocophillips Company and Wal-Mart Stores, Inc.*, Case No. C-07-1305 (N.D. Cal.); *Kenneth Becker, et al. v. Marathon Petroleum Company, LLC, et al.*, Case No. 07-136 (D. Del.); *Richard Galauski, et al. v. Amerada Hess Corporation, et al.*, Case No. 1:33-av-1 (D.N.J.).

Respectfully submitted,

*[signature]*

J. David Butler, Esquire
Richardson Patrick Westbrook & Brickman, LLC
1730 Jackson Street
Post Office Box 1368
Barnwell, South Carolina 29812
Phone: 803-541-7850
Fax: 803-541-9625
Email: dbutler@rpwb.com

Attorney for Plaintiffs Mark Rushing, John Telles, Kenneth Becker, and Richard Galauski

Date: June 18, 2008

## Certificate of Service

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/EVF system, which will automatically send a notice of electronic filing to all persons entered as of that date.

*[signature]*

J. David Butler, Esquire

2