## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: MOTOR FUEL TEMPERATURE | ) | |
| SALES PRACTICES LITIGATION | ) | MDL No. 1840 |
| | ) | |
| (This Document Relates to | ) | |
| Marvin Bryan v. Esso Virgin Islands, Inc.; | ) | **Case No. 07-MD-1840-KHV/JPO** |
| TexacoCaribbean, Inc.; Hess Oil Virgin Islands; | ) | |
| Domino Oil Company, Inc. (Case No. 08-72 ) | ) | |
| KC Civil Case No. 08-2517- KHV-JPO | ) | |
| _____ | ) | |

AND ORDER

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED that, by agreement of the undersigned parties and

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendant Hess Oil Virgin

Islands is dismissed without prejudice in the separate civil action:  Marvin Bryan v. Esso

Virgin Islands, Inc.; Texaco Caribbean, Inc.; Hess Oil Virgin Islands; Domino Oil Company,

Inc., Case No. 2008/72, District Court of the Virgin Islands, Division of St. Thomas and St.

John with each party to bear their own attorneys' fees and costs.

Dated:  June 30, 2008

s/ J. Paul Sizemore
J. Paul Sizemore
Girardi and Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
(213) 977-0211
(213) 482-1154 (Facsimile)
Attorney for Plaintiff Marvin Bryan

Dated:  June 30, 2008

s/Brian J. Molloy
Brian J. Molloy
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Woodbridge, NJ 07095
(732) 855-6083
(732-726-6699 (Facsimile

Attorneys for Defendant Hess Oil Virgin Islands, Inc.

SO ORDERED this 23rd day of October, 2008.


s/ Kathryn H. Vratil
HONORABLE KATHRYN H. VRATIL
United States District Judge