## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION | )<br>)  MDL No: 1840<br>) |
| (This Document Relates to All Cases) | )<br>) |
| | )  Case No. 07-md-1840-KHV-JPO<br>) |

## DEFENDANT COSTCO WHOLESALE CORPORATION'S CERTIFICATION OF COMPLIANCE WITH DISCOVERY

Defendant Costco Wholesale Corporation certifies that on or about February 20, 2009, it completed its production of the documents it agreed with plaintiffs to produce in response to Plaintiffs' First Set of Document Requests in this litigation.

Dated: February 24, 2009          Respectfully submitted,


By:   /s/ David F. McDowell
          David F. McDowell
          California State Bar Number 125806
          MORRISON & FOERSTER LLP
          555 West Fifth Street, Suite 3500
          Los Angeles, California  90013-1024
          Telephone: (213) 892-5383
          Facsimile:  (213) 892-5454
          E-mail:  DMcDowell@mofo.com

          Attorneys for Costco Wholesale
          Corporation

la-1017983

## CERTIFICATE OF SERVICE

I certify that this pleading was filed electronically on the CM/ECF System on February 24, 2009, which caused all CM/ECF participants to be served by electronic means, as is more fully shown by the Court's Notice of Electronic Filing.

/s/   David F. McDowell

la- 10179831866559.01.GRIFFINJ