# EXHIBIT B

## CLASS ACTION SETTLEMENT NOTICE

**TO:** All residents of the States listed below who, after **January 1, 2001,** purchased gasoline from Costco.

States Covered by Proposed Settlement: Alabama, Arizona, Arkansas, California, Delaware, Florida, Georgia, Indiana, Kansas, Kentucky, Louisiana, Maryland, Mississippi, Missouri, Nevada, New Jersey, New Mexico, North Carolina, Oklahoma, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, the District of Columbia and Guam.

YOU ARE HEREBY NOTIFIED that a proposed class action settlement has been preliminarily approved by the Court in In re Motor Fuel Temperature Sales Practices Litigation, Case No. 07-MD 1840 (United States District Court, District of Kansas). The complaint alleges that Costco misled consumers by marketing motor fuel at temperatures above 60 degrees Fahrenheit without adjustment for the fuel's temperature. Costco denies all claims and liability.

If you purchased gasoline at Costco in one of the identified states after January 1, 2001, your rights may be affected by the settlement of this action. For further information regarding the settlement and your rights, including information on how to object to the terms of the settlement agreement, please visit the website http://www.Costco.com/fuel settlement.pdf or write to Fuel Settlement Notice, P.O. Box 34680, Seattle, WA 98124.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE.**

la-1020197