# EXHIBIT E

EXHIBIT E – PRESS RELEASE

Costco Wholesale Corporation and attorneys representing plaintiffs in various class actions concerning the sale of "hot fuel" disclosed today that they have reached a proposed settlement. The settlement is subject to court approval and other terms and conditions.

The agreement requires Costco over time to install in certain states, to the extent permitted under the laws of those states, fueling pumps that dispense gasoline on a temperature-corrected basis, using a standard of 60 degrees Fahrenheit. Jeff Cole, vice president of Gasoline Operations for Costco stated: "We have entered into this agreement as part of our commitment to servicing our members, believing that some of our members may appreciate the additional transparency associated with selling gasoline in this fashion, not because such a step is or has been required by law or because our prior dealings with our members concerning sales of gasoline have been unlawful or deficient."

Thomas V. Girardi, one of the lead lawyers in the class action case stated that "Costco is the leader - in fairness - in these troubled economic times." Other than incentive payments to class representatives, the agreement does not call for the payment of any sums to the class members who may be eligible to participate in the settlement.

###