# EXHIBIT F

(To:   Director of State Weights & Measures;
      State Attorney Generals;
      U.S. Attorney General)

(Date)

Re:   *In re Motor Fuel Temperature Sales Practices Litigation*, MDL 1840
       <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. §1715 *et seq.*</u>

Dear Mr./Mrs. _____:

You have received this letter because a proposed class action settlement has been filed that involves activities in your State. The settlement was entered into between Costco Wholesale Corporation and class plaintiffs in a series of lawsuits that have been consolidated in a multi-district litigation proceeding titled *In re Motor Fuel Temperature Sales Practices Litigation (In re Motor Fuel)*. *In re Motor Fuel* is currently pending in the United States District Court for the District of Kansas before the Honorable Kathryn Vratil as case number 07-md-1840-KHV-JPO.

Pursuant to the notice provisions of the Class Action Fairness Act of 2005, 28 U.S.C. §1715 *et seq.*, we have enclosed a CD containing the following information in PDF format:

1. A copy of the class plaintiffs' <u>Unopposed Motion of Plaintiffs for Order Conditionally Certifying Settlement Class, Preliminarily Approving Class Action Settlement, Directing Distribution of Class Notice, Setting Hearing for Final Approval of Class Action Settlement and Appointing Class Counsel,</u> that was recently filed in *In re Motor Fuel*. This document includes several exhibits, including the Class Action Settlement Agreement and Release; Class Notice; Proposed Order of Preliminary Approval and Proposed Final Order and Judgment. These documents detail class members' right to be excluded from the class action settlement, as well as the rights of objectors.

2. A copy of the class plaintiffs' Consolidated Amended Complaint and Second Consolidated Amended Complaint filed in *In re Motor Fuel*. Also included are briefings related to motions to dismiss *In re Motor Fuel*, and an order denying the same.

3. Pursuant to 28 U.S.C. §1715(b)(7)(B), Costco must provide estimates of the number of class members and estimated proportionate share of the claims per State. This information is based on the most accurate data available to Costco. Based upon that data, Costco reasonably estimates the number of class members residing in each affected State and the estimated proportionate share of the claims of such members to the entire settlement as follows:

| **STATE** | **NUMBER OF CLASS MEMBERS** | **SHARE** |
|---|---|---|
| • Alabama | | |
| • Arizona | | |
| • California | | |
| • Florida | | |
| • Georgia | | |
| • Indiana | | |
| • Kansas | | |
| • Kentucky | | |
| • Maryland | | |
| • Missouri | | |
| • Nevada | | |
| • New Jersey | | |
| • New Mexico | | |
| • North Carolina | | |
| • Oregon | | |
| • Pennsylvania | | |
| • South Carolina | | |
| • Tennessee | | |
| • Texas | | |
| • Utah | | |
| • Virginia | | |

4. The judicial hearing for final approval is schedule for _____, 2009. Per 28 U.S.C. §1715(d), the Motion and Settlement Agreement described in paragraph 1 above states that an order giving final approval of the proposed settlement may not be issued earlier than 90 days after the appropriate Federal and State officials have been served with this Notice.

5. At this point, no judicial opinions regarding the material described in paragraph 1 above have been issued in *In re Motor Fuel*.

6. If you have any objection to this settlement, or entry of the Final Order and the injunctive relief set forth therein regarding Costco's future business practices, you must act consistent with the objection procedures set forth in the documents referenced in paragraph 1 above.

7. If you have any questions regarding this Notice or the settlement, please contact Plaintiffs' Co-Lead Counsel Robert Horn at Horn Aylward and Bandy, LLC, 2600 Grand Blvd., Suite 1100, Kansas City MO 64108, (816) 421-0700.