IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION | ) MDL No: 1840<br>) No. 07-md-1840-KHV-JPO<br>) |
| This Document Relates To: | ) |
| PHYLLIS LERNER, ET AL., | ) No. 2:07-CV-02405<br>) [*Transferred from USDC*<br>) *Central District of California* |
| Plaintiffs, | ) Case No. CV -07-01216 GHK-FMDX]<br>) |
| vs. | ) |
| COSTCO WHOLESALE CORPORATION., ET AL. | ) |
| Defendants. | ) |

## NOTICE OF *ERRATA* RE:
## LERNER CALIFORNIA PLAINTIFFS' APPENDIX OF EXHIBITS
## IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, EXHIBIT "I"

Lerner California Plaintiffs file this notice of errata to correct Exhibit "I" to their appendix of exhibits in support of Motion for Class Certification. The corrected Exhibit "I", "Declaration of Larry A. Sackey in Support of Lerner California Plaintiffs' Memorandum in Support of Motion For Class Certification" is attached to this notice.

Respectfully submitted this 1st day of June, 2009.

*S/ THOMAS V. GIRARDI*

By:_____

THOMAS V. GIRARDI
HOWARD B. MILLER
GRAHAM B. LIPPSMITH
GIRARDI & KEESE

1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Telephone: 213-977-0211
Facsimile: 213-481-1554
tgirardi@girardikeese.com

LARRY A. SACKEY
LAW OFFICES OF LARRY A. SACKEY
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Telephone: 310-575-4444
Facsimile: 310-575-4520
Attorneys for Plaintiffs

ROBERT A. HORN
HORN AYLWARD & BANDY, LC
2600 Grand Boulevard, Suite 500
Kansas City, MO 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
rhorn@hab-law.com
Attorneys for Plaintiffs

# DECLARATION OF THOMAS V. GIRARDI

I, Thomas V. Girardi, hereby declare:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and am a member of the law firm of Girardi | Keese, attorneys of record in this action. If called upon, I could and would competently testify to the following from my own personal knowledge.

2. My office previously submitted an incorrect version of the May 29, 2009 Declaration of Larry Sackey that neglected to include that the declaration was sworn under the penalty of perjury. Attached hereto as Exhibit I is a true and correct copy of the corrected May 29, 2009 Declaration of Larry Sackey in support of motion for class certification that includes Mr. Sackey's declaration under the penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2009 at Los Angeles, California.

_____
THOMAS V. GIRARDI

1

# CORRECTED EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE: MOTOR FUEL TEMPERATURE          )
SALES PRACTICES LITIGATION             )
                                       ) MDL No: 1840
(This Document Relates to: 2:07-cv-02300  ) No: 07-md-1840-KHV-JPO)

## DECLARATION OF LARRY A. SACKEY IN SUPORT OF LERNER CALIFORNIA PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, LARRY A. SACKEY, declare as follows:

1. I am licensed to practice in the State of California before all California State Courts, California Federal Courts, the Ninth Circuit Court of Appeal, and the United States Supreme Court.

2. Along with William Litvak of Dapeer, Rosenblit & Litvak, LLP, I am counsel of record for Plaintiffs in the California action captioned as <u>Phyllis Lerner, et al. vs. Costso Wholesale Corp., et al.</u>, Case No. CV07-01216GHK (FMOX). I make this declaration in support of Plaintiffs' Motion for Class Certification and respectfully request consideration for appointment as Class Counsel.

3. I received my Bachelor of Arts degree in Political Science from California State University at Northridge, California in 1969, and thereafter received my Juris Doctor degree from the University of San Diego in 1972.

4. I began practicing law at offices located in San Bernardino County California from 1973 through 1980 and became a partner in the firm Tuckerman and Sackey in 1977. My practice included civil business litigation, personal injury, products

liability litigation and family law. As a partner at Tuckerman and Sackey, I directly represented more than 800 individuals in various lawsuits; I tried over 20 jury trials to verdict; and I was lead counsel in over 100 court trials.

5. In 1981, I formed the Law Offices of Larry A. Sackey. I focused my practice on civil business litigation and family law. From 1981 through 1991, I tried over 25 additional civil jury trials, including the successful prosecution of a civil bank fraud case, and obtained a jury verdict assessing compensatory and punitive damages of approximately $700,000. Porcu v. First City Bank, Los Angeles Superior Court.

6. In 1991, I joined the Law Offices of Herbert Hafif as a senior trial lawyer. The Law Offices of Herbert Hafif is a nationally recognized firm responsible in large part for the introduction of the concept of "class action" litigation in California in the 1960's. During my tenure with Mr. Hafif's office, I achieved many multi-million dollar personal injury verdicts and obtained multi-million dollar verdicts and settlements in other cases including products liability, intellectual property, telecommunications, ERISA, unfair business practices, misappropriation of trade secrets, insurance law including bad faith, employment law, contract claims and securities litigation.

7. Along with Herbert Hafif, I acted as co-counsel in the case of Weyerhaeuser v. Cal Fed Bank, which resulted in a verdict in excess of $30 million dollars against the California Federal Bank for commercial fraud and civil RICO claims. I have also been successful in obtaining sizable settlements against many major Fortune 500 corporations that have resulted in monetary awards in the tens of millions of dollars.

8. I also have a wide range of experience litigating within the federal court system. I have tried scores of cases through the appeals process, primarily before the United States Central District Court of California, and the U.S. Ninth Circuit Court of Appeal. Furthermore, I have tried four federal jury trials to verdict before the United States Central District Court of California regarding claims of commercial fraud, product liability and ERISA. Of major significance is the case I litigated against Walt Disney Pictures, in which a favorable settlement was achieved on behalf of plaintiff. The case was widely reported by most major newspapers, television and radio networks around the country. Estate of Jahn v. Walt Disney Pictures, United States District Court, Central District of California.

9. I personally have more than 20 years of experience litigating complex commercial matters, including numerous consumer class actions. In Byrd v. Sprint, Case No. CV92-18979, Circuit Court of Jackson County, Missouri, I along with other counsel, directly represented a distinct subgroup of approximately ninety "opt outs" plaintiffs whose case was successfully resolved.

10. I have also served as class counsel in Boyce et. al. v. 24 Hour Fitness et. al., Case No. 03-cv2140, United States District Court, Southern Division of California, which included a $37 million dollar recovery for Plaintiffs. The verdict was approved by the trial court, and funds have been distributed to the class members.

11. In Barnicle v. American General, San Diego Superior Court Case No. EC011865, I acted as class counsel for the plaintiff class, resulting in a class settlement

valued in excess $60 million dollars for American General policyholders who received an unjust premium charge increase.

12. I served as class counsel in <u>Rodriguez v. Metropolitan Life</u>, Case No. 235846 SPC, Kern County Superior Court, on behalf of thousands of plaintiffs regarding claims that Metropolitan Life unjustifiably increased the cost of insurance to its universal life policyholders. A class settlement of $40 million dollars was negotiated on favorable terms for the plaintiff class.

13. I also acted as class counsel in <u>Massey v. Shelter Life Insurance Company</u>, Case No. 05-4106-CV-NKL, United States District Court for the Western District of Missouri. The <u>Massey</u> class action was brought on behalf of thousands of Shelter Life policyholders who received unjustifiable premium charge increases. The class settlement in excess of one million dollars was approved by the trial judge in 2006.

14. In addition to the court approved class action settlements in which I have been certified as class counsel as enumerated above, I also have been co-lead class counsel in several other class actions, including <u>Block v. Ohio State</u>, United States District Court for the Western District of Missouri, Case No. 06-04118 and its related California case, <u>Lukens v. Ohio State Life Insurance Co.</u>, Los Angeles County Superior Court, Case No. BC 263545. A $22 million dollar class settlement was achieved for the plaintiff class, and the settlement was approved in 2007.

15. In <u>Sueoka v. United States</u>, Case No. 02-56973, United States District Court, Central District California, I served as co-class counsel for a nationwide plaintiff class, consisting of more than 15,000 claimants against the United States for

disgorgement of improper expense and deductions imposed on seized currency and cost bonds.

16. In May 2009, I concluded a very successful settlement on behalf of a plaintiff class of information technology workers against Sony Pictures Entertainment Inc. <u>Noble v. Sony Pictures Entertainment Inc.</u>, Case No. BC 372645, Superior Court County of Los Angeles.

17. The Law Offices of Larry A. Sackey, along with William Litvak of Dapeer, Rosenblit & Litvak, LLP, are well positioned to coordinate the discovery, motion practice, pretrial practice and trial of these class actions, and can dedicate substantial resources to representing the class. Both firms have already devoted considerable attorney time and resources to the litigation and discovery in this case and will continue to do so until the matter is resolved. The Law Offices of Larry A. Sackey has adequate resources and requisite experience necessary to serve as class counsel in this matter.

I declare under penalty of perjury under the law of the United States of America that foregoing is true and correct.

Executed on May 29, 2009, at Los Angeles, California.

_____
Larry A. Sackey