IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE: MOTOR FUEL TEMPERATURE        )
SALES PRACTICES LITIGATION           )  MDL No. 1840
                                     )  Case No. 07-MD-1840-KHV-JPO
(This Document Relates to All Cases) )

## NOTICE OF FILING OF PROPOSED REVISED CLASS NOTICE

In accordance with the Court's August 13, 2009 Memorandum and Order (Doc. 1273), defendant Costco Wholesale Corporation ("Costco") submits a revised Class Action Settlement Notice attached as Exhibit A. Specifically, the revised Notice addresses the requirements noted by the Court on page 18 of the Order. Counsel for Costco has conferred with Class Counsel regarding the form and substance of the attached revised Notice and has received their approval.

In addition, Costco respectfully requests that the Court set the hearing for final approval of the settlement. *See* Order, p. 19.

/s/ Greg L. Musil
GREG L. MUSIL          KS #13398
AMY E. MORGAN          KS #18796
of
POLSINELLI SHUGHART PC
6201 College Blvd., Suite 500
Overland Park, KS  66211
913-451-8788
913-451-6205 (fax)
gmusil@polsinelli.com
amorgan@polsinelli.com

ATTORNEYS FOR DEFENDANT
COSTCO WHOLESALE CORPORATION

2555002.02

2555002.02

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of August, 2009, this pleading was filed electronically on the CM/ECF System, which caused all CM/ECF participants to be served by electronic means.

/s/ Greg L. Musil
Attorneys for Defendant
Costco Wholesale Corporation