**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **IN RE: MOTOR FUEL TEMPERATURE** | ) | |
| **SALES PRACTICES LITIGATION** | ) | |
| | ) | **MDL No. 1840** |
| **(This Document Relates to All Cases)** | ) | **Case No. 07-MD-1840-KHV** |
| | ) | |
| _____ | ) | |

**ORDER**

On August 18, 2009, the Court entered a memorandum and order which, <u>inter alia</u>, preliminarily (1) approved the proposed settlement with Costco Wholesale Corporation; (2) certified the proposed settlement class; and (3) scheduled the final approval hearing for April 1, 2010 at 9:30 a.m. <u>See</u> <u>Memorandum And Order</u> (Doc. #1273) filed August 13, 2009. In the memorandum and order, the Court found that the parties' proposed notice to settlement class members did not comply with Rule 23(c)(2)(B), Fed. R. Civ. P.[1] <u>See</u> <u>id.</u> at 18. Specifically, the Court found that the proposed notice did not state (1) the definition of the class certified; (2) that a class member may enter an appearance through an attorney; (3) that the Court will exclude any member who requests exclusion; (4) the time and manner for requesting exclusion; or (5) the binding effect of a class judgment on members under Rule 23(c)(3). <u>See</u> <u>id.</u> In addition, the Court found that under Rule 23(e)(3), the individual notice should contain a fair description of the terms of the proposed

---

[1]    Rule 23(c)(2)(B) requires that the class certification notice clearly and concisely state the following in plain, easily understood language:
   (i) the nature of the action;
   (ii) the definition of the class certified;
   (iii) the class claims, issues, or defenses;
   (iv) that a class member may enter an appearance through an attorney if the member so desires;
   (v) that the court will exclude from the class any member who requests exclusion;
   (vi) the time and manner for requesting exclusion; and
   (vii) the binding effect of a class judgment on members under Rule 23(c)(3).
Fed. R. Civ. P. 23(c)(2)(B).

settlement and class members' options with regard thereto.  See id.  The Court ordered the settling

parties to submit a revised notice which complies with Rule 23(c)(2)(B) and (e)(3).  See id. at 19.

In addition, the Court stated that it would set a date for the final approval hearing at the time it

approves individual notice to settlement class members.  See id. at 19.

On August 21, 2009, Costco submitted a revised proposed notice to settlement class

members.  See Exhibit A to the Notice Of Filing Of Proposed Revised Class Notice (Doc. #1278).[2]

The Court has reviewed the revised notice and finds that it contains the criteria set forth in

Rule 23(c)(2)(B) and a fair description of the settlement pursuant to Rule 23(e)(3).

**IT IS THEREFORE ORDERED** that the Court approves individual notice to settlement

class members in the form of Exhibit A to the Notice Of Filing Of Proposed Revised Class Notice

(Doc. #1278).  In addition, the Court schedules the final approval hearing for **April 1, 2010 at**

**9:30 a.m.**

Dated this 27th day of August, 2009 at Kansas City, Kansas.

                                        s/ Kathryn H. Vratil
                                        Kathryn H. Vratil
                                        United States District Judge

---

[2]       Costco states that plaintiffs' counsel has approved the form and substance of the
revised proposed notice.