# Gary Hendrix D.C.
803 N. Arizona Blvd. Coolidge, AZ 85128
Phone (520) 723-3441

9/16/2009

Clerk of the Court
United States District Court
500 State Ave.
259 U.S. Courthouse
Kansas City, Kansas 66101

Re: Motor Fuel Sales Practices Litigation, Costco

Dear Members of the Court,

Thank you for allowing me the opportunity to express my displeasure with the proposed settlement offer in regards to the Motor Fuel Sales Practices litigation regarding Costco. I do not think that this settlement does anything to protect and to compensate the alleged wrongs outlined by the representing counsel for Costco members. The proposal to install temperature compensating gas pumps will only benefit future Costco members; again of no benefit to the current class that is being represented. It would seem that the settlement should be re-worked to give some compensation to the group that the alleged wrong occurred against.

My suggestion would be to cut the attorneys' reimbursement to one third of the proposed amount, and distribute the remaining two-thirds of said amount to the former members of Costco that actually purchased gas. Said amount could be distributed based on the amount of gas purchased at over 60 degrees, or even simpler, give each member of the represented class a gift card representing their respective two-third share.

I do understand that the amounts to each member would be likely very small, but it would be fair. As it is currently written, this proposal is not fair to the represented class. It truly does add merit to the old saying, "Only the lawyers get rich in class action suits." Please make changes to this proposal, as it currently does not, in any way, benefit the members of the protected class.

Sincerely,

*[signature]*

Gary Hendrix

Cc:   Robert Horn                           David F. McDowell
      Horn Aylward and Bandy, LLC           Morrison & Foerster
      2600 Grand Blvd, Ste 1100             555 W. Fifth St.
      Kansas City, MO 64108                 Los Angeles, CA 90013