Dacus and Sondra Grant



**FILED**

SEP 25 2009

Clerk

By: _____

RE: Motor Fuel Sales Practices Litigation, MDL Docket No. 1840.

Clerk of the Court United States District Court
500 State Ave. 259 U.S. Courthouse
Kansas City, Kansas 66101

Dear Sir or Madam,

We object to the proposed settlement based upon the following reasons.

1. It is common knowledge that fuel expands and contracts based on temperature.

2. Costco clearly states on their pumps, "This device dispenses gasoline solely by volume measured in standard gallons (231 cubic inches). It does not adjust for temperature or other factors which may affect the energy content of each gallon dispensed." Or something similar as long as I can remember.

3. We believe that this is just another example of why we need tort reform in the United States.

4. This should be under the purview of the states involved and if state regulations require consumer notification, then Costco and anyone else should be liable under state law. This should be legal matter not a and not a civil suit matter where lawyers get rich.

We have been members of Costco for over ten years and we believe that if Costco was going to rip off their customers, they could surly find a better way than this. In our opinion this is a frivolous lawsuit and should be dismissed outright.

Sincerely,

Dacus Grant          Sondra Grant

cc: Proof of Service with the Court stating that we mailed copies to the following:

| CLASS COUNSEL Robert A. Horn<br>Horn Aylward & Bandy, LLC 2600<br>Grand Blvd., Ste. 1100<br>Kansas City, MO 64108 | COSTCO COUNSEL<br>David F. McDowell<br>Morrison & Foerster LLP<br>555 W. Fifth St. Los<br>Angeles, CA 90013 |
| --- | --- |