Bruce R. Hudson
4723 Lakewood Blvd
Naples, FL 34112
239-963-4404

September 22, 2009

Clerk of the Court
United States District Court
500 State Ave.
259 U.S. Courthouse
Kansas City, Kansas 66101

Re: Motor Fuel Temperature Sales Practices Litigation, Case No. 07-MD 1840 (U.S. Dist. Ct., KS)

Dear Sir:

I am a member of the class, and I object to the settlement laid out in the Class Action Settlement Agreement between Costco Wholesale Corp. and the plaintiffs for the following reasons:

Fuel is stored underground and has a thermal mass that insures a relatively low variance in delivered temperature when compared with fuel dispensed in supply tankers. Thus the corresponding variance in energy density is also low. It is rare that its temperature will vary significantly in either direction from the 60 degrees Fahrenheit standard because of its underground storage. The degree of expansion between 60 degrees F and the highest likely dispensing temperature of 80 degrees F in summer is so minimal (less than 1%) that it cannot be accurately measured with current dispensing technologies. Therefore the fraud allegedly perpetrated by Costco is theoretical, and not real. *It exists only when extrapolated to the aggregate of the class in this case, but it is not real or measurable by the individuals in the class.*

The cost of compliance by Costco will far exceed the benefit derived by the class and most likely will result in higher prices to Costco customers. These higher prices may not be measurable at the Costco pump, where the price transparency of the market influences pricing. More likely Costco customers will carry the costs of this compliance in the prices of other Costco good and services. Both the class and Costco will suffer with this settlement.

Lastly, I am offended by the upper limit, Ten Million Dollars, on attorney fees for this frivolous case. This case is nothing more than extortion by the legal firms that have brought this suit against Costco on behalf of Costco's members. With this settlement, Costco's members lose, Costco loses but the attorneys win.

The settlement may ultimately stand; however, I urge the court not to reward the attorneys who have brought this suit. This action will only compound the loss that the class will bear, as the attorney costs paid by Costco will also flow ultimately to the class, who are Costco members! The attorneys are not acting in the interests of the class.Rewarding this misuse of our courts is not just wrong, it is immoral.

Sincerely,

Bruce R. Hudson

## Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1: Delivery by U.S. Mail: Proof of Service by Mail**

I declare that I am over the age of eighteen years and not a party to this action.

My address is __4723 Lakewood Blvd__. On __23/9/09__,
__Naples, FL 34112__           (date)

I served the attached __objection to settlement__ by placing
                              (name of document)

a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail, addressed as follows:

__Robert A Horn__          __David F McDowell__
__Horn, Aylward + Bandy LLC__   __Morrison + Foerster LLC__
__2600 Grand Blvd, Suite 1100__   __555 W. Fifth St__
__Kansas City, MO 64108__   __Los Angeles, CA 90013__

**Part 2: Personal Delivery:**

I declare that on _____, I personally delivered the attached
                    (date)

_____ to _____,
(name of document)     (name of recipient)

at _____.
     (location)

Part 3: I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on __9/23/09__ at
                                                                    (date)
__Lancaster PA__.
     (city)

__Bruce R Hudson__          __[signature]__
(type or print name)             (signature)