September 25, 2009



**FILED**
OCT 0 1 2009

Settlement Administrator
PO Box 12985
Birmingham, AL 35202-2985

Subject:   MDL Docket No. 1840
           In re Motor Fuel Sales Practices Litigation

To Whom It May Concern:

I request that I be excluded from the Settlement In re Motor Fuel Sales Practices Litigation, MDL Docket No. 1840.

I don't like class action suits in general principal and object to the proposed settlement. No one asked me if I wanted to do this and now I have to write letters saying I don't want it when I didn't agree to it in the first place.

Also, I do not know what a Proof of Service is so you'll have to take my word that I mailed these papers.

I do not have a receipt for fuel purchased after 01/01/01 but I did purchase fuel.

*Patricia Ann Eagan*

Patricia Ann Eagan
330 Unity Circle
Sacramento, CA 95833
(916) 921-2447


Copies with original signatures sent to:

        COURT
        Clerk of the Court
        United States District Court
        500 State Avenue
        259 U.S. Courthouse
        Kansas City, Kansas 66101

CLASS COUNSEL
Robert A. Horn
Horn Aylward & Bandy, LLC
2600 Grand Blvd., Ste. 1100
Kansas City, MO 64108

COSTCO COUNSEL
David F. McDowell
Morrison & Foerster LLP
555 W. Fifth St.
Los Angeles, CA 90013