# FILED

Ronald Schroeder
8729 Kings Hill Dr.
Cottonwood Heights, UT 84121-6135
(801)208-1595

SEP 24 2009
TIMOTHY M. O'BRIEN, Clerk
By_____ Dep''

September 19, 2009

The Honourable Kathryn H. Vratil
U.S. District Court for the District of Kansas
500 State Ave., 259 U.S. Courthouse
Kansas City, Kansas 66101.

Re: Case No. 07-MD 1840-KHB-JPO, MDL No 1840/ Costco fuel pump problem.

Dear Hon Vratil:

This settlement appears inherently unfair to class representatives that were former customer of Costco. I am no longer a member or customer of Costco, but am being asked to surrender my rights to any future possible claims, with absolutely no benefit to me. Why would anyone agree to this? I object to this agreement, and would like to opt out of this class action complaint.

Attached is a receipt showing a fuel purchase made at Costco Wholesale in Murray, UT on Feb, 3, 2007

Respectively,

Ronald Schroeder

Enclosure

```
Costco Wholesale 764
5201 S Intermountain
      Murray, UT

Invoice #   0040270
Date        02/03/07
Time        04:29PM
Auth #      501591

Amex Acct #
3XXXXXXXXX3001
Exp. Date 04/07

Pump    Gallons    Price
 07     11.987    $1.999

Product            Amount
 Unleaded          $23.96

Total Sale         $23.96

SALE - Card Swiped
APPROVED
Refer # 0010016180

     Thank you for
  Shopping at Costco!
```