Bill and Nancy Wood
28007 Oakhaven Lane
Menifee, CA 92584

951-679-7563

**FILED**

OCT 20 2009

October 16, 2009

Clerk of the Court
United States District Court
500 State Avenue
259 U.S. Courthouse
Kansas City, Kansas 66101

Subject: In re Motor Fuel Sales Practices Litigation

Dear Clerk of Court:

We are Costco members and regularly purchase gasoline from Costco. We object to any settlement or judgment against Costco in the subject litigation for the following reasons:

1. Most substances, including motor fuels, expand with increasing temperatures and contract with decreasing temperatures.
2. The standard heat content (BTU) of a given volume (gallon) of a motor fuel is determined at a defined temperature ($60^\circ$ F). Any change in the temperature of the motor fuel will also change its actual BTUs per gallon.
3. Motor fuels historically have been sold on a volumetric basis with no price adjustment for temperatures deviating from $60^\circ$ F. Costco posted notices on their gasoline pumps that explain this situation. Motor fuels historically have not been sold on a heat content basis.

People presumably have objected to receiving fewer than standard BTUs per gallon when temperatures rise above $60^\circ$ F. Has anyone complained about receiving more than standard BTUs per gallon when temperatures fall below $60^\circ$ F? For example, we noted that Minnesota, a state where we have purchased gasoline from Costco, is not included in this litigation.

We believe the only reason a settlement or judgment should occur is if Costco has taken willful action to increase the temperature of the gasoline above $60^\circ$ F prior to its sale. Because the temperature expansion/contraction property of substances and the historic volumetric basis of motor fuel sales are both common knowledge, we believe these factors alone are not sufficient for a settlement or a judgment against Costco.

In absence of such willful action, we believe this lawsuit should be dismissed. The only outcome of a settlement or judgment will be increased costs for Costco, thus leading to higher gasoline prices. Any customer savings stemming from temperature-compensated gasoline sales will be offset by the higher gasoline prices.

Sincerely,

William A. Wood

Nancy L. Wood

ENCL: Copies of letters mailed to Robert A. Horn, Horn Aylward & Bandy, LLC (Class Counsel), and David F. McDowell, Morrison & Foerster LLP (Costco Counsel).