

**"Sid & Sue Hasler"**
**<sshasler@verizon.net>**
10/27/2009 01:06 AM

To <ksd_vratil_chambers@ksd.uscourts.gov>

cc

bcc

Subject  Case No. 07-MD 1840  Failure to install temperature sensors and make subsequent adjustments to gasoline charges by Costco?

History:          This message has been forwarded.

Your Honor,

I would like to respectfully request this lawsuit be dismissed as frivolous and self serving by the organizers.

It is a classic case of some over zealous lawyers looking for a corporation to sue with cash on hand.  In the end, this will be at the expense of customers that will pay for the Lamborghini's of a few, while they assuage their consciences with a pittance payout to those same customers that they are living off of.

If the purposes of those filing the class action lawsuit were real, they would not receive any recompense for this, ever.

Class action lawsuit's have their place.  This isn't it.  Have Costco install the temperature sensors, forget about this lawsuit, and save the federal court's time for its' intended purpose.

Respectfully yours,

Sid Hasler
(a Costco member that just received a postcard notifying me of my right to withdraw from the lawsuit if I so desire.  I really would rather the class action lawsuit filers would be fined for misuse of a public resource, and leave my name out of their list of, "abused customers".)