

| | | |
|---|---|---|
| "Chuck & Tessa Balkon" <email_me@united.net> 10/27/2009 11:04 PM | To | <ksd_vratil_chambers@ksd.uscourts.gov> |
| | cc | |
| | bcc | |
| | Subject | Costco Class Action |

Honorable Kathryn Vratil
500 State Ave., Suite 511
Kansas City, Kansas 66101

I was recently served notice that I am, by fiat, a participant in yet another class action lawsuit (Case 07-MD1840). I want nothing to do with this menace lawsuit and will receive nothing from it as the total settlement will go to the attorneys who have filed this claim. Plus, I will actually be harmed by this lawsuit as Costco will undoubtedly pass on the cost of the settlement to the end consumer (me). Can you please explain to me why I must jump through hoops to OPT OUT of this lawsuit? To me, that is like a ballot initiative that counts a 'yes' vote for everyone that does not go to the polls. If I felt I was harmed by Costco, I would take the initiative to opt in. The playing field seems tilted for the plaintiff. I just want to be left alone.

Thank you,

Chuck Balkon
140 Lodge Hall Rd
Nolensville, TN 37135