24 September 2009

Clerk of the Court
United States District Court
500 State Avenue
259 U.S. Courthouse
Kansas City, Kansas 66101

**FILED**

**NOV - 2 2009**

Clerk, U.S. District Court
By: _____ Deputy Clerk

cc: Costco Counsel
    Class Counsel

RE: Costco motor fuel sales practices litigation

    I am not affiliated with Costco or any other party involved in this lawsuit in any way other than I am a long time Costco member. I received a notification of pending litigation against Costco and I would like to petition the court to dismiss this pending action as it will adversely affect Costco members rather than benefit them.

    In the end, Costco will not directly pay the proposed settlement at all. Costco members ultimately pay the settlement through increases in prices. I have been a Costco / Price Club member since 1984 and I have bought both gasoline and diesel from them throughout those years. I buy fuel from them because they offer lower prices. In retrospect I have never noticed that I traveled fewer miles on a tank of their fuel nor have I noticed that my tank would hold more gallons of their fuel than other fuel sources.

    I request to speak at the fairness hearing, traveling at my own expense, to voice my opposition to the settlement. I do NOT request to be excluded from the Class so as to allow me to speak at the fairness hearing.

    The only party to actually benefit from the proposed settlement is the self-appointed class action attorney who, through this settlement, would receive up to $10,000,000 from the very members he is supposedly representing. From this fee the attorney would pay an "incentive" fee of $2,500 to 5 Costco members.

    I further request that this letter be distributed to the Costco membership as was the notice letter. I feel that Costco members are intelligent and will see that the pursuit of this litigation will not benefit them. I encourage every Costco member to opt out of the proposed settlement. If 2,500 members choose to opt out it allows Costco to cancel the proposed settlement and I encourage them to do so.

Respectfully,

*[signature]*

Daniel C. Perry
1520 Stone Rim Loop
Buda, Texas 78610

I have been a Costco member while residing in California, Nevada and Texas.