FILED
NOV 17 2009
Clerk, U.S. District
By:_____ Deputy Clerk

1906 Raleigh Avenue
Austin, Texas 78703
November 14, 2009

The Honorable Kathryn H. Vratil
United States District Court Judge - District of Kansas
500 State Avenue, Suite 511
Kansas City, Kansas 66101

Subject: Opt out process for the Settlement In re Motor Fuel Temperature Sales Practice Litigation, MDL Docket No. 1840

The opt out process for the CostCo Motor Fuel Temperature Sales Practice Litigation is unfair, unnecessarily restrictive, and should be changed.

According to the Class Action Settlement postcard (copy attached) and the Stipulation of Class Action Settlement Agreement and Release, Case 2:07-md-01840-KHV-JPO Document 1015-2 Filed 04/22/2009, the opt out process for the litigation requires "proof of purchasing gasoline from CostCo after 1/1/01." No such proof of gasoline purchase was required from me to be made a member of the class. The fact I received the Class Action Settlement postcard should be sufficient proof for me to use to opt out of the class.

As the opt out process has been made unnecessarily onerous, it should be altered. Return of the postcard to show class membership, along with a letter requesting to be dropped from the class, should be sufficient for opting out.

The settlement should be set aside until a fair and equitable opt out process is established.

Diane Olbert

cc: Robert A. Horn
Horn Aylward Bandy
2600 Grand Boulevard, Suite 1100
Kansas City, MO. 64108

David F. McDowell
Morrison & Foerster LLP
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013-1024

Attorney General Greg Abbott
P.O. Box 12548
Austin, TX 78711-2548

P.O. Box 451802
Omaha, NE 68145-8002

Presorted
First-Class Mail
US Postage
PAID
Costco Wholesale

# IMPORTANT INFORMATION
## ABOUT A CLASS ACTION SETTLEMENT



```
**********AUTO**5-DIGIT 78703
36984699
DIANE M OLBERT
1906 RALEIGH AVE
AUSTIN, TX 78703-2643
```

---

### CLASS ACTION SETTLEMENT NOTICE

**TO: All residents of Alabama, Arizona, Arkansas, California, Delaware, Florida, Georgia, Indiana, Kansas, Kentucky, Louisiana, Maryland, Mississippi, Missouri, Nevada, New Jersey, New Mexico, North Carolina, Oklahoma, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, the District of Columbia and Guam who purchased gasoline from Costco, between 1/1/01 and 4/22/09.**

The Court in In re Motor Fuel Temperature Sales Practices Litigation, Case No. 07-MD 1840 (U.S. Dist. Ct., KS) has preliminarily certified a class comprised of the persons identified above and preliminarily approved a proposed class action settlement. The complaint alleges that Costco (and others) misled consumers by marketing motor fuel at temperatures above 60 degrees Fahrenheit without adjusting for the fuel's temperature. Costco denies any wrongdoing. If the settlement is approved, Costco will install automatic temperature correcting pumps in certain states under specified conditions. Except for the representatives, the class will not receive any payment.

If you are in the class defined above, your rights may be affected by this settlement. If you do NOT want to be bound by a class judgment, the Court will exclude you ONLY if you send a letter by mail stating: "I request that I be excluded from the Settlement in In re Motor Fuel Temperature Sales Practices Litigation, MDL Docket No. 1840." You must also include: (1) your full name and current address; (2) your signature and (3) proof of gasoline purchase from Costco after 1/1/01. You must postmark your exclusion request to Settlement Administrator, PO Box 12985, Birmingham, AL 35202-2985 **NO LATER THAN FEBRUARY 23, 2010. REQUESTS FOR EXCLUSION THAT ARE NOT POSTMARKED ON OR BEFORE FEBRUARY 23, 2010, WILL NOT BE HONORED.**

If you do nothing, you WILL be included in the class and will be bound by the settlement and class judgment. You will not be able to pursue any other lawsuit against Costco concerning or relating to the claims alleged in these lawsuits. You may also file with the court objections to the settlement by March 2, 2010. The Court will hold a hearing in this case on April 1, 2010, to consider whether to approve the settlement. You may ask to appear at the hearing, either in person or through an attorney of your choosing. For further information regarding the settlement and your rights to participate or object, visit http://www.Costco.com/fuelsettlement.pdf or write to Fuel Settlement Notice, PO Box 12985, Birmingham, AL 35202-2985.



**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE.**

09C1306_A 9/09