# Brian Rush

3500 N Hayden Rd #705• Scottsdale, AZ 85251• Phone: 720-190-3249
E-Mail: brianerush@gmail.com

Date: November 27th, 2009

Court and Counsel

Re: Motor Fuel Sales Practices Litigation

Clerk of the Court
United States District Court
500 State Ave.
259 U.S. Courthouse
Kansas City, Kansas 66101

Costco Counsel
David F. McDowell
Morrison & Foerster LLP
555 W. Fifth St.
Los Angeles, CA 90013

Class Counsel
Robert A. Horn
Horn Aylward and Bandy, LLC
2600 Grand Blvd. Ste. 1100
Kansas City, MO 64108

```
            FILED
         DEC 0 1 2009
      TIMOTHY M. O'BRIEN, Clerk
      By_____ Deputy
```

To Whom It May Concern: "I OBJECT!"

I am writing to express my objection to the action brought against Costco regarding the Motor Fuel Sales Practices Litigation. I was surprised to receive the postcard notification of this action and especially surprised to read that as an alleged victim in this action, I stand no opportunity to reclaim my losses. Furthermore, I was appalled to find that the plaintiff's attorneys (attorney's representing me) were the only people who could potentially benefit from "winning" a settlement in this case. I find it annoying that if I choose to "opt out" of this case, I am required to spend my time writing and sending three letters of notification for this decision, and that by opting out my objections would therefore not be heard in this action. Therefore I DO NOT WANT TO OPT OUT. Instead, I would like the court and the plaintiff's attorneys to know, that I DO NOT SUPPORT THIS ACTION! I have been a Costco member for a number of years, and Costco has never "wronged" me in the past. If this alleged fuel issue did occur, I sincerely doubt it was intentional or malicious on Costco's part. As just an "average citizen," I see this suit as frivolous and an example of the problem that plagues our courts. Why should these lawyers be allowed to bring such an action and the victims in this case not be able to reclaim losses? Not to mention that if Costco were to lose and pay a settlement, ME, the Costco members would again be victimized. This second harm, the harm if Costco pays these "plaintiff's attorneys," would anticipatorily come in the form of higher consumer costs to Costco members like me. Please don't entertain this nonsensical action. As an alleged victim in this case, I do not support the plaintiff's perspective ("my own side") in this action.

Sincerely,

Brian Rush