# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION<br><br>This Document Relates to All Cases | MDL No: 1840<br><br>Case No. 07-MD-01840-KHV (JPO) |

## CERTAIN DEFENDANTS' MOTION FOR CERTIFICATION AND AMENDMENT OF ORDER PURSUANT TO 28 U.S.C. § 1292(B)

SHOOK, HARDY & BACON L.L.P.

Tristan L. Duncan, D. Kan. #70481
A. Bradley Bodamer, D. Kan. #11468
2555 Grand Blvd.
Kansas City, MO 64108

OF COUNSEL:

Laurence H. Tribe
Hauser Hall
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138

ATTORNEYS FOR 7-ELEVEN, INC., CIRCLE K STORES, INC., KUM & GO, LC, MURPHY OIL USA, INC., PILOT TRAVEL CENTERS, LLC, MARATHON PETROLEUM COMPANY LLC, SPEEDWAY SUPERAMERICA, LLC, SHEETZ, INC., MAC'S CONVENIENCE STORES, LLC., RACETRAC PETROLEUM, INC., QUIKTRIP CORPORATION, THE PANTRY, INC., AND WAWA, INC.

(*Additional Counsel Listed on next page*)

DORSEY & WHITNEY LLP

Cameron M. Hancock
136 South Main Street
Suite 1000
Salt Lake City, UT  84101-1685

ATTORNEYS FOR MAVERIK, INC.

-and-

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.

Sherry P. Bartley
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

ATTORNEYS FOR B-B OIL COMPANY, INC., COULSON OIL COMPANY, INC., DIAMOND STATE OIL LLC, FLASH MARKET INC., J&P FLASH INC., MAGNESS OIL CO., PORT CITIES OIL LLC, AND RIVERCITY ENERGY COMPANY INC.

-and-

ROUSE HENDRICKS GERMAN MAY PC

Charles W. German, KS #70040
Daniel B. Hodes, D. Kan. #78139
One Petticoat Lane Building,
1010 Walnut Street, Suite 400
Kansas City, MO 64106

WYATT, TARRANT & COMBS LLP

Donald J. Kelly
PNC Plaza
500 West Jefferson St.
Louisville, KY  40202

ATTORNEYS FOR THORNTONS INC.

-and-

3811177 v3

MURTAUGH MEYER NELSON & TREGLIA LLP

Robert T. Lemen
2603 Main St. - 9th Floor
Irvine, CA 92614

ATTORNEYS FOR SOUTH PACIFIC PETROLEUM CORPORATION

-and-

MANATT, PHELPS & PHILLIPS, LLP

Robert R. Begland
11355 West Olympic Boulevard
Los Angeles, CA 90064

ATTORNEYS FOR TESORO REFINING AND MARKETING COMPANY
AND DANSK INVESTMENT GROUP, INC.

3811177 v3

The undersigned Defendants move pursuant to 28 U.S.C. § 1292(b) for the Court to amend its December 3, 2009 Memorandum and Order (Doc. #1444) to certify an interlocutory appeal to the United States Court of Appeals for the Tenth Circuit of the following question:

> Where the Constitution commits to Congress the power to "fix the Standard of Weights and Measures" and where, pursuant to that power, Congress implemented a non-judicial standard setting process that has fixed a *volumetric* measure for dispensing, pricing, and advertising retail motor fuel, does the political-question doctrine bar judicial resolution of claims couched in the language of tort and contract where awarding the requested relief would require the court to devise and/or endorse an incompatible *non-volumetric* standard?[1]

Certification of an interlocutory appeal under 28 U.S.C. § 1292(b) is appropriate for the following two reasons. First, all three § 1292(b) requirements are satisfied:

- **The First Requirement.** The Court's Order involves a controlling question of law as to its jurisdiction to decide the cases.

- **The Second Requirement.** There is a substantial ground for difference of opinion regarding the controlling question of law presented, accordingly this requirement also is satisfied for the following reasons:

    - This case presents a question of first impression in that no federal appellate court has considered whether the political-question doctrine prevents a district court from entertaining state common-law and statutory claims when a favorable resolution of such claims would necessarily require the court to devise or endorse new Weights and Measures standards.

    - The circuit courts of appeal are split on the proper application of the *Baker* factors in the context of common-law claims.[2]

    - Specific aspects of the Court's Order highlight the existence of substantial grounds for difference of opinion.

---

[1] As discussed in the Suggestions In Support accompanying this Motion at 10-14, this question is as applicable to plaintiffs' disclosure and money damages claims as it is to their request for injunctive relief.

[2] *See*, *e.g.*, *The New Climate Litigation*, The Wall Street Journal, Dec. 28, 2009, at A16; Jennifer Koons, *Courts May Beat Congress, U.N. to Punch on Greenhouse Gases*, N.Y. Times, Dec. 17, 2009; Robert C. Cook, *Law Professor Says Climate Change Cases Will Be 'Irresistible' to U.S. Supreme Court*, Daily Environment Report, December 16, 2009, at A-6.

1

- **The Third Requirement.** Certification will materially advance the ultimate termination of the litigation either through dismissal or alternative resolution.[3]

Second, an interlocutory appeal regarding the Court's jurisdiction will best serve MDL-associated efficiency concerns.[4] Absent an interlocutory appeal prior to remand, Defendants will be required to appeal the Order in question to nine different circuit courts of appeal <u>after</u> individual trials in each of the transferor courts, which is neither efficient nor in the interest of avoiding inconsistent rulings.

In further support of its Motion, Defendants rely on the accompanying Suggestions in Support.

### REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument pursuant to D. Kan. Rule 7.2.

Dated: January 19, 2010.

Respectfully Submitted,
SHOOK, HARDY & BACON L.L.P.                OF COUNSEL:

  /s/ *Tristan L. Duncan*                  Laurence H. Tribe
                                           Hauser Hall
Tristan L. Duncan, D. Kan. #70481          1575 Massachusetts Avenue
A. Bradley Bodamer, D. Kan. #11468         Cambridge, Massachusetts 02138
2555 Grand Blvd.
Kansas City, MO 64108


ATTORNEYS FOR 7-ELEVEN, INC., CIRCLE K STORES, INC., KUM & GO, LC, MURPHY OIL USA, INC., PILOT TRAVEL CENTERS, LLC, MARATHON PETROLEUM COMPANY LLC, SPEEDWAY SUPERAMERICA, LLC, SHEETZ, INC., MAC'S CONVENIENCE STORES, LLC.,

---

[3] Section 1292(b) appeals are proper to help advance settlement negotiations. *See In re: Independent Service Organizations*, No. MDL-1021, 1997 WL 450028, at *4 (D. Kan. July 17, 1997); Scheduling Order No. 3, at 7, 11-12 (Nov. 20, 2009) (Doc. #1429) ("…*if* plaintiffs obtain a favorable class certification ruling, then the court will require the parties to engage promptly in mediation or another alternative dispute resolution (ADR) process" during any Rule 23(f) appeal).

[4] Importantly, Defendants do not seek a stay beyond the stay already in place from the Court's Scheduling Order No 3; therefore, the contemplated schedule is unaffected by Defendants' request for certification.

2

3811177 v3

RACETRAC PETROLEUM, INC., QUIKTRIP CORPORATION, THE PANTRY, INC., AND WAWA, INC.

*(Additional Counsel Listed on next page)*


DORSEY & WHITNEY LLP

Cameron M. Hancock
136 South Main Street
Suite 1000
Salt Lake City, UT  84101-1685

ATTORNEYS FOR MAVERIK, INC.

-and-

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.

Sherry P. Bartley
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

ATTORNEYS FOR B-B OIL COMPANY, INC., COULSON OIL COMPANY, INC., DIAMOND STATE OIL LLC, FLASH MARKET INC., J&P FLASH INC., MAGNESS OIL CO., PORT CITIES OIL LLC, AND RIVERCITY ENERGY COMPANY INC.

-and-

ROUSE HENDRICKS GERMAN MAY PC

Charles W. German, KS #70040
Daniel B. Hodes, D. Kan. #78139
One Petticoat Lane Building,
1010 Walnut Street, Suite 400
Kansas City, MO 64106

WYATT, TARRANT & COMBS LLP

Donald J. Kelly
PNC Plaza
500 West Jefferson St.
Louisville, KY  40202

3811177 v3

4

ATTORNEYS FOR THORNTONS INC.

-and-

MURTAUGH MEYER NELSON & TREGLIA LLP

Robert T. Lemen
2603 Main St. - 9th Floor
Irvine, CA 92614

ATTORNEYS FOR SOUTH PACIFIC PETROLEUM CORPORATION

-and-

MANATT, PHELPS & PHILLIPS, LLP

Robert R. Begland
11355 West Olympic Boulevard
Los Angeles, CA 90064

ATTORNEYS FOR TESORO REFINING AND MARKETING COMPANY
AND DANSK INVESTMENT GROUP, INC.

5

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document was filed electronically with the U.S. District Court for the District of Kansas, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons on this 19th day of January 2010.

                                                    __/s/ *Tristan L. Duncan*_____
                                                    ATTORNEY FOR DEFENDANTS

3811177 v3