IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE MOTOR FUEL | ) | CIVIL NO. 07-MD-1840-KHV-JPO |
| SALES PRACTICE LITIGATION | ) | MDL NO.: 1840 |

OBJECTION AND NOTICE OF INTENT
TO APPEAR AT FAIRNESS HEARING

TO:  THE CLERK AND ALL PARTIES
     AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the "Legal Notice by Order of the Court" (hereinafter "Notice"), authorized by this Court, the following named Plaintiffs/Class Members/Objectors ("Objectors") have submitted objections according to the procedure prescribed in the Notice by mailing a letter to the designated persons in envelopes postmarked March 2, 2010. A copy of the letter with postmarked envelopes accompanies this notice as Exhibit A.

FURTHER TAKE NOTICE that Objectors intend to appear at the Fairness Hearing in regard to their objections.

Objectors are:

Mike McKerley
1356 Starcross Drive
Birmingham AL 35216
(205) 223-5250

Bonnie Anderson
14600 SW 24th Court Road
Ocala FL 34473
(352) 693-4909

Carroll Putnam
3778 Eunice Road
Jacksonville FL 32250
(904) 223-3198

David V. Kenner
412 W. 56th St.
Kansas City, MO 64113
(816) 460-1822

Charles B. Zuravin
6634 Oakmont Way
West Palm Beach, FL 33412
(561) 775-1840

Karen Waldvogel
1447 Felton St
San Diego, CA 92102
(619) 840-8775

Respectfully submitted,

*/s/ Kenneth E. Nelson*

Kenneth E. Nelson
Nelson Law Firm, P.C.
Attorney for Objector Kenner
2900 City Center Square
1100 Main Street
Kansas City, MO 64105
Ph: 816-421-7225
Fax: 815-642-8274
kennelson@mclaw.com

N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr., P.A..
Attorney for Objector Putnam
115 Northeast 6th Avenue
Gainesville, Florida 32601-3416
Ph: 352-378-9859
Fax: 352-338-1858
E-mail: N.A.Bacharach@att.net

Frank H. Tomlinson
Attorney at Law
Attorney for Objector McKerley
15 North 21st Street, Suite 302
Birmingham AL 35203
Ph: 205-326-6626
Fax: 205-328-2889
htomlinson@bellsouth.net

Paul S. Rothstein
Law Offices of Paul S. Rothstein
Attorney for Objector Anderson
626 NE First Street
Gainesville, FL 32601
Ph: 352-376-7650
Fax: 352-374-7133
psr@rothsteinforjustice.com

Edward W. Cochran
Law Offices of Edward W. Cochran
Attorney for Objector Zuravin
20030 Marchmont Rd.
Cleveland Ohio 44122
Ph: 216-751-5546
Fax: 216-751-6630
edwardcochran@wowway.com

Darrell Palmer, LL.M.
Law Offices of Darrell Palmer
Attorney for Waldvogel
603 North Highway 101, Ste A
Solana Beach, CA 92075
Ph: 858-792-5600
Fax: 866-583-8115
darrell.palmer@palmerlegalteam.com

## CERTIFICATE OF SERVICE

This is to certify that on March 3, 2010, a true and correct copy of the aforementioned was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Kenneth E. Nelson*

Kenneth E. Nelson