IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE  ) <br> SALES PRACTICES LITIGATION         ) <br>                                                            )     **MDL No. 1840** <br> **(This Document Relates to All Cases)**   )    **Case No. 07-MD-1840-KHV** <br>                                                            ) <br> _____) | |

## ORDER

On August 13, 2009, the Court entered an order which conditionally certified a settlement class and preliminarily approved a proposed settlement with Costco Wholesale Corporation. See Doc. #1273 filed August 13, 2009. The final approval hearing is scheduled for April 1, 2010. See id. at 21. Several proposed class members have objected to the proposed settlement. See, e.g., Objection To Proposed Settlement (Doc. #1578) filed March 1, 2010 and (Protective) Objection And Notice Of Intention To Appear At Fairness Hearing On Proposed Settlement And Award Of Attorneys' Fees And Expenses (Doc. #1579) filed March 2, 2010. The Court directs that on or before **March 19, 2010,** plaintiffs and Costco file a written response to these objections and any other objections to which they deem a response necessary.

Dated this 4th day of March, 2009 at Kansas City, Kansas.

                                                       s/ Kathryn H. Vratil
                                                       Kathryn H. Vratil
                                                       United States District Judge