IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE MOTOR FUEL | ) CIVIL NO.  07-MD-1840-KHV-JPO |
| SALES PRACTICE LITIGATION | ) MDL NO.  1840 |

REPORT TO U.S. MAGISTRATE
FOR STATUS CONFERENCE

COME NOW Mike McKerley, Bonnie Anderson, Carroll Putnam, David V. Kenner, Charles B. Zuravin, and Karen Waldvogel, by and through counsel, and respectfully submit this Report to U.S. Magistrate James P. O'Hara for the Status Conference set for October 20, 2010:

1.	Mike McKerley, Bonnie Anderson, Carroll Putnam, David V. Kenner, Charles B. Zuravin, and Karen Waldvogel (collectively "McKerley Objectors") filed objections to the proposed Settlement Agreement in the Costco settlement.

2.	At the fairness hearing conducted by Judge Vratil on April 1, 2010, the McKerley Objectors, through one of their counsel, Kenneth E. Nelson, raised the issue concerning lack of commonality and inadequate representation with regard to the different consumer-protection statutes of the "States at Issue."

3.	Elaborating on the objection on April 8, 2010, the McKerley Objectors filed Supplemental Suggestions in Support of Objections to Settlement (Doc. #1630).  Plaintiff sought to strike said pleading (Doc. #1634) but Judge Vratil denied the request because "[i]t is plaintiffs' burden . . . to show that the named representatives can adequately represent the interests of all members of the proposed settlement class" (Doc. #1707 at 36).

4.	Judge Vratil's Memorandum and Order (Doc. #1707), on pages 35-36 notes that Objectors' Supplemental Suggestions (Doc. #1630) raised the issue of significant differences

among the various state consumer-protection laws.  (An apparent scrivener's error refers to the "Alkon" Objectors in the Order, but the pleading actually was filed by the McKerley Objectors.)

5. The main basis for Judge Vratil's rejection of the proposed Settlement as submitted was that the Settlement was not structured to assure that the named plaintiffs represented all the class members with similar interests. (Doc. #1707 at 38).  Judge Vratil then says:

> If the parties restructured the settlement to ensure adequate representation of settlement class members, it appears that the proposed settlement would be fair, reasonable and adequate for class members in conversion and non-conversion states.  (Id. at 39).

6. The conversion states are Alabama, Arizona, California, Florida, Georgia, Kentucky, Nevada, New Mexico, North Carolina, South Carolina, Tennessee, Texas, Utah and Virginia.  The non-conversion states are Indiana, Kansas, Maryland, Missouri, New Jersey, Oregon and Pennsylvania.  The named class representatives are Zachary Wilson, who represents the Kansas claims; Joanne Korleski, who represents the South Carolina claims; Phyllis Lerner and Herb Glaser, who represent the California claims; and James Graham, who represents the Virginia claims.  If the class is divided into subclasses for each state, be it a conversion or a non-conversion state, there are seventeen subclasses (states) unrepresented.  McKerley Objectors report that Mike McKerley is ready, willing, and able to represent the Alabama claims in a subclass; Bonnie Anderson, Carroll Putman and Charles B. Zuravin can represent the Florida claims in a subclass; David V. Kenner can represent a Missouri subclass.

7. The subclass representatives would request that each be awarded the $2,500.00 incentive which is contemplated in the proposed Settlement Agreement for each representative.

8.       McKerley Objectors stand ready to assist in the restructuring of the proposed Settlement and welcome the opportunity.

Respectfully submitted,

   /s/                             

| | |
|---|---|
| Kenneth E. Nelson (Bar No. 70337) | |
| Nelson Law Firm, P.C. | Paul S. Rothstein |
| Attorney for Objector Kenner | Law Offices of Paul S. Rothstein |
| 2900 City Center Square | Attorney for Objector Anderson |
| 1100 Main Street | 626 NE First Street |
| Kansas City, MO 64105 | Gainesville, FL 32601 |
| Ph: 816-421-7225 | Ph: 352-376-7650 |
| Fax: 815-642-8274 | Fax: 352-374-7133 |
| kennelson@mclaw.com | psr@rothsteinforjustice.com |
| | |
| N. Albert Bacharach, Jr. | Edward W. Cochran |
| N. Albert Bacharach, Jr., P.A.. | Law Offices of Edward W. Cochran |
| Attorney for Objector Putnam | Attorney for Objector Zuravin |
| 115 Northeast 6th Avenue | 20030 Marchmont Rd. |
| Gainesville, Florida 32601-3416 | Cleveland Ohio 44122 |
| Ph: 352-378-9859 | Ph: 216-751-5546 |
| Fax: 352-338-1858 | Fax: 216-751-6630 |
| E-mail: N.A.Bacharach@att.net | edwardcochran@wowway.com |
| | |
| Frank H. Tomlinson | Darrell Palmer, LL.M. |
| Attorney at Law | Law Offices of Darrell Palmer |
| Attorney for Objector McKerley | Attorney for Objector Waldvogel |
| 15 North 21st Street, Suite 302 | 603 North Highway 101, Ste A |
| Birmingham AL 35203 | Solana Beach, CA 92075 |
| Ph: 205-326-6626 | Ph: 858-792-5600 |
| Fax: 205-328-2889 | Fax: 866-583-8115 |
| htomlinson@bellsouth.net | darrell.palmer@palmerlegalteam.com |

## CERTIFICATE OF SERVICE

This is to certify that on October 11, 2010, a true and correct copy of the aforementioned was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

   /s/                            
Kenneth E. Nelson