October 29, 2010

Owen F Silvious
16497077 FCI-2 Butner
PO Box 1500
Butner, NC 27509

Clerk
United States District Court
District of Kansas
500 State Avenue, Ste 259
Kansas City. KS 66101-2400

**FILED**

NOV 4 2010



RE:   In re MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION
      Civil Action No.  07-MDL-1840-KHV
      District of Kansas

SUBJECT:   OPT-OUT LETTER

I have read on Lexis Nexis Legal Research that an Indirect Purchaser Class Action was fined in the above civil action against the named defendants in the action although I have never seen a Legal Notice indicating that an Indirect Purchaser Class Action has been filed with instructions on how to opt-out of the Indirect Purchaser Class Action.

This letter is to inform the Court that I Opt-Out of any Indirect Purchaser Class Action pertaining to the above litigation.

In that I have never seen a legal notice instructing how to opt-out of the Indirect Purchaser Class Action, I am hereby filing this Opt-Out Notice with the Clerk to be included on the Docket Sheet and filed in the court files.

Respectfully submitted,

Owen F Silvious