### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

_____
                                                                )
**IN RE: MOTOR FUEL TEMPERATURE**     )     **MDL No. 1840**
**SALES PRACTICES LITIGATION**               )
                                                                )     **Case No. 07-MD-1840-KHV**
**(This Document Relates to All Cases)**     )
                                                                )
_____ )

### PLAINTIFFS AND DEFENDANT COSTCO WHOLESALE CORPORATION'S JOINT MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs and Defendant Costco Wholesale Corporation ("Costco") respectfully move this Court for an extension of time to file their renewed motion for final approval of class action settlement ("Renewed Final Approval Motion") from November 29, 2010 to and including December 13, 2010.

Plaintiffs and Costco diligently have been negotiating the terms of an amended settlement agreement to address the concerns expressed by the Court in its August 13, 2010 Order.  [Doc. No. 1707.]  As of the date of this motion, Plaintiffs and Costco continue to negotiate the amended settlement agreement and request a 14-day extension of time to attempt to finalize the amended agreement.  This short extension is sought for good cause and not for purposes of delay.

For the foregoing reasons, Plaintiffs and Costco respectfully request a 14-day extension of time to file their Renewed Final Approval Motion, from November 29, 2010 to and including December 13, 2010.

/
/
/
/
/

la-1100516

Dated: November 29, 2010

Respectfully submitted,

/s/ Robert A. Horn_____
Robert A. Horn (KS #70254)
HORN AYLWARD & BANDY, LC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Telephone 816-421-0700
Facsimile 816-421-0899
rhorn@hab-law.com

/s/ Thomas V. Girardi_____
Thomas V. Girardi
GIRARDI AND KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Telephone: 213-977-0211
Facsimile: 213-481-1554
tgirardi@girardikeese.com

**LEAD COUNSEL FOR PLAINTIFFS**

/s/ Thomas V. Bender_____
Thomas V. Bender (KS #22860)
WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.
 2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
(816) 421-6620
(816) 421-4747 (Facsimile)
tbender@wbsvlaw.com

**LIAISON COUNSEL FOR PLAINTIFFS**

 /s/ David F. McDowell_____
David F. McDowell
MORRISON & FOERSTER LLP
555 West 5th Street, Suite 3500
Los Angeles, CA 90013-1024
Telephone:  (213) 892-5383
Facsimile:  (213) 892-5454
E-mail: dmcdowell@mofo.com

2

la-1100516

          Gregory L. Musil (KS #13398)
          Amy E. Morgan (KS #18796)
          POLSINELLI SHUGHART PC
          6201 College Boulevard, Suite 500
          Overland Park, KS 66211
          Telephone:  (913) 451-8788
          Facsimile:  (913) 451-6205
          E-mail: gmusil@polsinelli.com
                 amorgan@polsinelli.com

**ATTORNEYS FOR DEFENDANT
COSTCO WHOLESALE CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of November, 2010, **Plaintiffs and Defendant Costco Wholesale Corporation's Joint Motion For Extension of Time to File Renewed Motion for Final Approval of Class Action Settlement** was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

*/s/ Joseph A. Kronawitter*
Joseph A. Kronawitter

**ATTORNEY FOR PLAINTIFFS**

la-1100516