IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION | ) ) ) | MDL No. 1840 |
| (This Document Relates to All Cases) | ) ) | Case No. 07-MD-1840-KHV/JPO |

**SETTLEMENT REPORT
SUBMITTED BY PLAINTIFFS RELATED TO
<u>COSTCO WHOLESALE CORP.</u>**

Subsequent to the Court's August 13, 2010 Order related to the proposed Costco settlement, Plaintiffs and Costco have engaged in numerous substantive settlement discussions. As a result of those discussions, the parties have an agreed, written settlement agreement to present to the Court for final approval. The agreement must now be signed by the twenty-two class representatives and Costco, and the parties should be able to file a motion for final approval of the amended settlement agreement by January 31, 2011. In addition, Plaintiffs will also file their motion for attorney's fees in connection with the Costco settlement in the near future. The parties have agreed to engage the services of attorney/mediator Dennis Gillen to assist the parties, pursuant to Local Rule 54, to reach agreement if possible on an attorney fee. The parties are working to schedule the mediation in Kansas City within the next thirty days.

2

DATE:  January 5, 2011.        Respectfully submitted,

                               **HORN AYLWARD & BANDY, LLC**

                                 */s/ Robert A. Horn*
                               Robert A. Horn            KS Bar # 70254
                               2600 Grand Boulevard, Suite 1100
                               Kansas City, MO 64105
                               Telephone 816-421-0700
                               Facsimile 816-421-0899
                               rhorn@hab-law.com

                               Plaintiffs' Co-Lead Counsel


### CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

                                 */s/ Joseph A. Kronawitter*

2