IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE<br>SALES PRACTICES LITIGATION<br><br>(This Document Relates to All Cases) | )<br>)<br>) MDL No: 1840<br>)<br>) No: 07-md-1840-KHV-JPO |

**PLAINTIFFS' RENEWED MOTION AND MEMORANDUM IN SUPPORT OF FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

# EXHIBIT B
# (ORIGINAL FILED CONVENTIONALLY WITH THE COURT CLERK'S OFFICE)

**IMPORTANT INFORMATION**
**ABOUT A CLASS ACTION SETTLEMENT**

**COSTCO**
**WHOLESALE**

P.O. Box 34520
Seattle, WA 98124-8809

Presorted
First-Class Mail
US Postage
PAID
Costco Wholesale

RECEIVED
FEB - 2 2010
LEGAL DEPT.

## CLASS ACTION SETTLEMENT NOTICE

**TO: All residents of Alabama, Arizona, Arkansas, California, Delaware, Florida, Georgia, Indiana, Kansas, Kentucky, Louisiana, Maryland, Mississippi, Missouri, Nevada, New Jersey, New Mexico, North Carolina, Oklahoma, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, the District of Columbia and Guam who purchased gasoline from Costco, between 1/1/01 and 4/22/09.**

The Court in In re Motor Fuel Temperature Sales Practices Litigation, Case No. 07-MD 1840 (U.S. Dist. Ct., KS) has preliminarily certified a class comprised of the persons identified above and preliminarily approved a proposed class action settlement. The complaint alleges that Costco (and others) misled consumers by marketing motor fuel at temperatures above 60 degrees Fahrenheit without adjusting for the fuel's temperature. Costco denies any wrongdoing. If the settlement is approved, Costco will install automatic temperature correcting pumps in certain states under specified conditions. Except for the representatives, the class will not receive any payment.

If you are in the class defined above, your rights may be affected by this settlement. If you do NOT want to be bound by a class judgment, the Court will exclude you ONLY if you send a letter by mail stating: "I request that I be excluded from the Settlement in In re Motor Fuel Temperature Sales Practices Litigation, MDL Docket No. 1840." You must also include: (1) your full name and current address; (2) your signature and (3) proof of gasoline purchase from Costco after 1/1/01. You must postmark your exclusion request to Settlement Administrator, PO Box 12985, Birmingham, AL 35202-2985 **NO LATER THAN FEBRUARY 23, 2010. REQUESTS FOR EXCLUSION THAT ARE NOT POSTMARKED ON OR BEFORE FEBRUARY 23, 2010, WILL NOT BE HONORED.**

If you do nothing, you WILL be included in the class and will be bound by the settlement and class judgment. You will not be able to pursue any other lawsuit against Costco concerning or relating to the claims alleged in these lawsuits. You may also file with the court objections to the settlement by March 2, 2010. The Court will hold a hearing in this case on April 1, 2010, to consider whether to approve the settlement. You may ask to appear at the hearing, either in person or through an attorney of your choosing. For further information regarding the settlement and your rights to participate or object, visit http://www.Costco.com/fuelsettlement.pdf or write to Fuel Settlement Notice, PO Box 12985, Birmingham, AL 35202-2985.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE.**

09C306_A 9/09