IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE ) <br> SALES PRACTICES LITIGATION ) <br> ) <br> (This Document Relates to All Cases) ) <br> ) | <br><br>MDL No: 1840<br><br>No: 07-md-1840-KHV-JPO |

### ALKON OBJECTORS'
### RENEWED OPPOSITION TO MOTION FOR ATTORNEYS' FEES

Pursuant to the Court's Order of August 13, 2010 (Docket No. 1707), class members Amy Alkon and Nicolas S. Martin renew their opposition to Plaintiffs' motion for attorneys' fees.

In the Alkon Objectors' Opposition to Approval of Amended Settlement (Docket No. 1783), Alkon demonstrated that as matter of both economics and law, the proposed injunctive relief was valueless to the class. Yet Plaintiffs, without at all addressing these legal and factual arguments, and without addressing the expert report of Dr. David R. Henderson, continue to persist in the fiction that the injunctive relief is worth more than $100 million. Plaintiffs have thus waived any claim that the injunctive relief is anything other than valueless.

Alkon renews and incorporates her arguments against the sole basis for Plaintiffs' claim, the discredited expert report of Dr. Andrew Safir, which, as documented in previous briefing, fails *Daubert* standards. *See also* Docket No. 1578, Docket No. 1615, Docket No. 1645, and Docket No. 1665. Rather than repeat arguments already before the Court, Alkon incorporates them by reference.

The Declaration of Professor Klonoff (Docket No. 1820.1) does not change this analysis. Professor Klonoff *assumes*, without any evidence, that the injunctive relief is worth over $100

Objection of Amy Alkon and Nicolas Martin
No. 07-md-1840

1

million. Klonoff Report ¶ 3. Professor Klonoff does not address the refutation of Dr. Henderson. Once the baseless premise that the injunctive relief in this case has any value to the class is removed from Professor Klonoff's report, as it must be, there is no basis for his conclusion that the attorney fee request is reasonable.

The Plaintiffs have created no value for the class, and are entitled to no attorneys' fees under Rule 23(h). Any other result would make this a self-serving settlement to benefit attorneys at the expense of class members.

Dated: April 22, 2011

Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank (D.C. Bar No. 450318)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW
No. 236
Washington, DC 20036
Telephone: (703) 203-3848
Email: tedfrank@gmail.com

Attorney for Objectors
Amy Alkon and Nicolas Martin

## **PROOF OF SERVICE**

I declare that:

I am employed in the District of Columbia. I am over the age of 18 years and not party to the within action; my office address is 1718 M Street NW, No. 236, Washington DC 20036.

The undersigned certifies that pursuant to Local rule 5.4.9(c), I caused to be served through Notice of Electronic Filing a copy of this Brief upon the following attorneys of record as indicated below.

| | |
|---|---|
| Robert A. Horn<br>HORN AYLWARD BANDY<br>2600 Grand Boulevard, Suite 1100<br>Kansas City, MO 64108 | David F. McDowell<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street, 35th Floor<br>Los Angeles, CA 90013-1024 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2011.

                                          */s/ Theodore H. Frank*
                                          Theodore H. Frank