IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re  MOTOR FUEL SALES PRACTICES LITIGATION | ) <u>Class Action</u><br>)<br>) Case No.: 07-MD 1840-KHV-JPO<br>) MDL No.:  1840<br>)<br>)<br>) |

OBJECTOR DARYL CHILIMIDOS'S
CONTINUED OBJECTION TO THE PROPOSED SETTLEMENT
<u>AS NOT FAIR, ADEQUATE, AND REASONABLE</u>

1. The settlement does not provide a substantial benefit to class members.

    (a) Class members are receiving no compensation for years of alleged overpayments to Costco for motor fuel.

2. The settlement is detrimental to the interests of those class members who purchased motor fuel from Costco at cooler temperatures.

3. The future relief contemplated by the settlement unfairly sacrifices class members' financial interests to the interests of non-class members.

4. The conversion of motor fuel oil dispensers is not a fair and reasonable resolution of the problem raised in the complaint. Rather, a notice advising consumers about the benefits of purchasing motor fuel at lower temperatures is a more economical resolution of this matter.

Dated:  April 29, 2011         Respectfully submitted,

<u>s/Lawrence W. Schonbrun</u>
Lawrence W. Schonbrun
(California State Bar  #054519)
Law Office of Lawrence W. Schonbrun
86 Eucalyptus Road
Berkeley, CA 94705
Tel: (510) 547-8070
Fax: (510) 923-0627
E-mail:  Lschon@inreach.com

Richard C. Wallace (KS #7536)
Evans & Mullinix, P.A.
7225 Renner Rd., Ste. 200
Shawnee, KS 66217-3043
Tel:  (913) 962-8700
Fax:  (913) 962-8702
E-mail:  richard@evans-mullinix.com

***Attorneys for Plaintiff Class Member/ Objector Daryl Chilimidos***

CERTIFICATE OF SERVICE

I declare that I am employed in the County of Alameda, California.  I am over the age of 18 years and not a party to the within action; my business address is 86 Eucalyptus Road, Berkeley, CA 94705.

I hereby certify that on April 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

s/Sandra Norris
Sandra Norris