IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION<br><br>(This Document Relates to All Cases) | )<br>)<br>) **MDL No: 1840**<br>)<br>) No: 07-md-1840-KHV-JPO |

**SUPPLEMENT TO MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS <u>AND MEMORANDUM IN SUPPORT THEREOF</u>**

Plaintiffs, for their Supplement[1] to their Motion for Award of Attorneys' Fees, Expenses and Class Representative Incentive Awards ("Plaintiffs' Motion")(Doc. # 1820),[2] state as follows:

Plaintiffs have supplied detailed time records to Costco Wholesale Corporation ("Costco") for all time spent on this litigation by the thirteen firms that comprise the Plaintiffs' Steering Committee ("PSC"), as well as six other firms that represent plaintiffs who filed one of the MDL "hot fuel" class action lawsuits against Costco. Yet, despite requests for Costco to supply Plaintiffs with its detailed time records, Costco has only provided the billing *rates* for partners, associates and paralegals who have defended Costco in this litigation, rather than the actual time billed to Costco by such individuals.

Plaintiffs' detailed billing records, as set forth on the charts attached as Exhibits to the Declaration of Co-Lead Counsel Robert A. Horn[3], reflect Costco-specific time (Exhibit B) and total time (Exhibit A) recorded by Plaintiffs' counsel in this litigation. The Costco-specific time includes work, and expenses (Exhibit C), directly attributable to activities associated with this

---

[1] This Court previously allowed Plaintiffs leave to file a supplement to their Motion for Award of Attorneys' Fees, Expenses and Class Representative Incentive Awards. *See* Order, Doc. # 1878, pg. 4.
[2] Plaintiffs' Motion, including the arguments, facts and authorities set forth therein, is incorporated herein by reference.
[3] The Declaration of Mr. Horn is attached hereto as Attachment 1, and filed under seal.

1

litigation and settlement with Costco, including, among other things, investigating facts and law related to Costco early in this action, drafting pleadings and written discovery directed at Costco, meeting and conferring with counsel for Costco to resolve discovery disputes, reviewing documents and information produced by Costco, and negotiating the terms of the settlement with Costco.  The total time reflected on Exhibit A to Mr. Horn's Declaration includes the time attributable to litigating all *other* issues in the MDL, including extensive time attributable to overarching issues in the MDL that would apply to *all* Defendants such as issues of law in connection with motions to dismiss and for summary judgment, numerous discovery issues related to all Defendants, and issues relating to and addressed in Plaintiffs' motions for class certification.

After the exercise of billing judgment and further reductions, the value of the *total* time incurred by the submitting Plaintiffs' counsel is set forth on Exhibit A to Mr. Horn's Declaration. The total value of the submitting Plaintiffs' counsel's Costco-specific time is set forth on Exhibit B to Mr. Horn's Declaration.  The value of this time would substantially increase if the Court were to apply the hourly rates of Costco's counsel, rather than the reasonable hourly rates set forth by Plaintiffs' counsel.

Expenses incurred by Plaintiffs' counsel for the litigation as a whole, and expenses attributable solely to Costco, are set forth on Exhibit C to Mr. Horn's Declaration.

Although Plaintiffs maintain that the proper fee analysis is the "common benefit" analysis articulated in Plaintiffs' Motion (Doc. # 1820), the requested attorney's fee is also wholly justified and reasonable based upon Plaintiff's billing records and the summaries attached hereto.

Dated: June 6, 2011                                  Respectfully submitted,


                                                ___*s/ Robert A. Horn*_____
                                                Robert A. Horn      KS Bar No. 70254
                                                HORN AYLWARD & BANDY, LC
                                                2600 Grand Boulevard, Suite 1100
                                                Kansas City, MO 64108
                                                Telephone 816-421-0700
                                                Facsimile 816-421-0899
                                                rhorn@hab-law.com

                                                CO-LEAD COUNSEL FOR PLAINTIFFS



**CERTIFICATE OF SERVICE**

     I hereby certify that on June 6, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.


                                                __*/s/ Joseph A. Kronawitter*_____