IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE: MOTOR FUEL TEMPERATURE )
SALES PRACTICES LITIGATION )
) MDL No: 1840
(This Document Relates to All Cases) )
) No: 07-md-1840-KHV-JPO

### ALKON OBJECTORS' NOTICE OF INTENT TO APPEAR

COME NOW Amy Alkon and Nicolas S. Martin ("Objectors"), members of the putative class, to object to the proposed settlement between Plaintiffs and Defendant Costco Wholesale Corp. ("Costco"). Ms. Alkon (171 Pier Ave #280, Santa Monica, California 90405, (310) 306-6160) is a resident of California. Mr. Martin (7916 Meadowbrook Drive, Indianapolis, IN 46240-2659, (317) 683-0227) is a resident of Indiana. Both individuals twice previously (Dkt. Nos. 1578, 1869) objected to proposed settlements; their signatures are available upon request.

Pursuant to ¶15 of the Class Notice, let this filing serve as notice that Theodore H. Frank intends to appear at the March 22 fairness hearing on behalf of the Alkon objectors in conjunction with their contemporaneously filed objection to the settlement in the above-captioned matter.

Dated: February 17, 2012                Respectfully submitted,

                                        */s/ Theodore H. Frank*
                                        Theodore H. Frank (D.C. Bar No. 450318)
                                        1718 M Street NW
                                        No. 236
                                        Washington, DC 20036
                                        Telephone: (703) 203-3848
                                        Email: tedfrank@gmail.com

                                        Attorney for Objectors
                                        Amy Alkon and Nicolas Martin

# PROOF OF SERVICE

I declare that:

I am over the age of 18 years and not party to the within action; my office address is 1718 M Street NW, No. 236, Washington DC 20036.

On February 17, 2012, I served the attached:

**ALKON OBJECTORS' NOTICE OF INTENT TO APPEAR**

__X__ By First Class Mail in that I caused such envelope(s) to be delivered via USPS to the addressee(s) designated.

| | |
|---|---|
| Robert A. Horn<br>HORN AYLWARD BANDY<br>2600 Grand Boulevard, Suite 1100<br>Kansas City, MO 64108 | David F. McDowell<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013-1024 |
| Clerk of the Court<br>United States District Court<br>500 State Ave.<br>259 U.S. Courthouse<br>Kansas City, KS 66101 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2012.

　　　　　　　　　　　　　　　　*/s/ Theodore H. Frank*_____
　　　　　　　　　　　　　　　　Theodore H. Frank

Notice of Intent to Appear of Amy Alkon and Nicolas Martin
No. 07-md-1840

2