IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION )<br>)<br>)<br>(This Document Relates to All Cases) )<br>)<br>) | MDL No. 1840<br><br>Case No. 07-MD-1840-KHV |

**SECOND DECLARATION OF DAVID F. MCDOWELL REGARDING PERSONS WHO SUBMITTED OBJECTIONS TO THE AMENDED CLASS ACTION SETTLEMENT**

I, David F. McDowell, under penalty of perjury, hereby declare as follows:

1. I am an attorney admitted to practice law in the courts of California and a partner at Morrison & Foerster LLP, counsel of record for Defendant Costco Wholesale Corporation in the above-captioned action. I make this declaration based on personal knowledge and on the basis of information provided to me by the Settlement Administrator and my colleagues at Morrison & Foerster LLP.

2. On February 22, 2012, pursuant to the parties' Supplemental Memorandum Regarding Proposed Notice to Class Members of Amended Settlement [Doc. No. 3034] and the Court's November 18, 2011 order [Doc. No. 3037], I submitted a declaration to lodge with the Court copies of objections to the Amended Stipulation of Class Action Settlement Agreement and Release ("Amended Settlement") submitted by U.S. mail, e-mail, or electronically through the "objection" link on Costco's Fuel Settlement Website, located at http://www.Costco.com/fuelsettlement.pdf.  [Doc. No. 3747.]

3. Since February 22, 2012, the parties received objections from the following objectors by U.S. mail, one of which is untimely:  (1) Brett Reynolds (No. 80016) and (2) Maria A. Hanley and Albert M. Wasilewski, Jr. (No. 80017).  I submit this second declaration to lodge with the Court a comprehensive set of objections to the Amended Settlement, which includes

la-1160654

these two additional objections.  For the Court's convenience, this declaration and the attached exhibits supersede Doc. No. 3747 in its entirety.

4.      A chart of objections submitted by U.S. mail or e-mail as well as true and correct copies of the objections themselves (labeled as such with a unique objection "ID" number), including the objection of Brett Reynolds (No. 80016), are attached as Exhibit A.  Exhibit A is comprehensive and includes those objections that have separately been filed with the Court to date.

5.      The "objection" form available through Costco's Fuel Settlement Website requested Settlement Class Members to provide the following information:  Full Name, Street Address, City, State, Zip Code, E-mail Address, Reasons you object to the Amended Settlement, Signature, and Date.  A screenshot of the "objection" form that was available through the Fuel Settlement Website is attached as Exhibit B.

6.      I am informed that when a Settlement Class Member clicked on the "submit" button at the bottom of the "objection" form, the data fields identified in Paragraph 5 above automatically populated an Excel spreadsheet.  A true and correct copy of this spreadsheet, reformatted for filing purposes, is attached as Exhibit C.  Exhibit C contains all timely submissions made via the "objection" form available on the Fuel Settlement Website.  A number of these "objections," however, appear to be misdirected opt outs.  I understand that Plaintiffs' counsel is reviewing these submissions and conducting any necessary follow-up to determine whether these submissions were misdirected.

7.      One Settlement Class Member submitted an objection electronically that Costco believes may be untimely.  [*See* Doc. No. 3019 (setting February 17, 2012 as the deadline for Settlement Class Members to object to the Amended Settlement).]  Although the objection is dated February 17, 2012, I am informed that the Fuel Settlement Website recorded it was received on February 18, 2012.  A spreadsheet containing this potentially untimely objection is attached as Exhibit D.  Subject to the Court's approval, Costco proposes to treat this objection as timely made.

8.      As stated in Paragraph 3 above, the parties received an untimely objection by U.S. Mail from Maria A. Hanley and Albert M. Wasilewski, Jr. (No. 80017).  In the objection, the objectors requested the parties to accept the "correspondence as a request to file comments out of time."  A chart containing this untimely objection as well as a true and correct copy of the objection (labeled with a unique objection "ID" number) is attached as <u>Exhibit E</u>.  Subject to the Court's approval, Costco proposes to treat this objection as timely made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of March 2012, in Los Angeles, California.

                                                         /s/ David F. McDowell_____
                                                         David F. McDowell

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of March, 2012, the **Second Declaration of David F. McDowell Regarding Persons Who Submitted Objections to the Amended Class Action Settlement** was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

The undersigned further certifies that on the 2nd day of March, 2012, the foregoing document was sent via electronic mail to counsel for the following objectors who filed a Notice of Intent to Appear at the Fairness Hearing:

Theodore H. Frank
Attorney for Objectors Amy Alkon and Nicolas Martin
tedfrank@gmail.com

/s/ David F. McDowell
David F. McDowell

*Attorney for Defendant*
*Costco Wholesale Corporation*

la-1160654