IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION ) ) ) ) (This Document Relates to All Cases) ) ) ) | MDL No. 1840  Case No. 07-MD-1840-KHV |

**SECOND DECLARATION OF DAVID F. MCDOWELL REGARDING PERSONS WHO SUBMITTED OBJECTIONS TO THE AMENDED CLASS ACTION SETTLEMENT**

# Exhibit B

la-1133641

# OBJECTION

**IMPORTANT: Your objection must be submitted no later than <u>February 17, 2012</u>. You may not submit an objection if you request to be excluded from the Amended Settlement.**

Name of lawsuit: *In re Motor Fuel Sales Practice Litigation*, MDL Docket No. 1840

| | |
|---|---|
| Full Name* | |
| Street Address* | |
| City* | |
| State* | --- |
| Zip Code* | |
| E-mail Address* | |
| Reasons you object to the Amended Settlement* | |

By typing your name below and submitting this form, you are submitting the objection above to the Amended Settlement.

| | |
|---|---|
| Signature * | s/ |
| Date* | |

If you would like to appear in Court to present your objection, you must submit a "Notice of Intention to Appear in the Motor Fuel case." Instructions for submitting a Notice of Intention to Appear are contained in Paragraph 15 of the "Legal Notice by Order of the Court" posted at www.Costco.com/fuelsettlement.pdf

[Submit]