**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| | ) | |
| **IN RE: MOTOR FUEL TEMPERATURE** | ) | **MDL No. 1840** |
| **SALES PRACTICES LITIGATION** | ) | |
| | ) | **Case No. 07-MD-1840-KHV** |
| **(This Document Relates to All Cases)** | ) | |
| | ) | |
| | ) | |

**SECOND DECLARATION OF DAVID F. MCDOWELL REGARDING PERSONS WHO
SUBMITTED OBJECTIONS TO THE AMENDED CLASS ACTION SETTLEMENT**

# Exhibit C
## Public Redacted Version

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|-----------------------------------------------|-----------|------|---------------|
| 1 | Gary K. Beights | REDACTED | | | | | use Costco fuel during the dates listed herein. | Gary K. Beights | 12/24/11 | 12/24/11 |
| 2 | Edward Danko | | | | | | I object to this Amended Settlement because there is no compensation provided to the Costco Members who were over charged for fuel. The only Costco Members being compensated are the "friends" of the attorneys who have been selected by the attorneys to represent Costco Members in each State. This is unfair and has the appearance of being dishonest. Costco Members have been provided no information on how these so-called Members were even selected. Attorneys get 10 million dollars, their "Costco Member Friends" get $2000.00 each and the rest of the Costco Membership receives zero. To fairly correct this I purpose the Attorney fees be cut in half, and the resulting five million dollars be refunded to Costco Members who purchased fuel. I further ask the court to require a lottery or drawing be set up in each State among Costco Members who purchased fuel to fairly select the Costco Representative Member for each State. | edward danko | 12-24-2011 | 12/24/11 |
| 3 | Evan Julber | | | | | | Awarding the Plaintiff attorneys in this matter anywhere near $10,000,000 is ridiculous. $10million, really?<br><br>It's the customers of Costco, like myself, who were allegedly harmed by the difference in volume based on temperature – NOT THE ATTORNEYS.<br><br>Please send these class-action thugs a message: they may submit their hours and be paid minimum wage, at most, and certainly NO MORE THAN THE LEAST AMOUNT PAID to the members of the Class.<br><br>In awarding huge sums to the attorneys, you end up hurting the very people – US, THE CONSUMER – that were allegedly hurt in the first place. The $10million comes from our wallets, not Costco's. Costco will need to increase their prices to cover the settlement – no brain surgery here. At a minimum, their insurer will raise rates to everyone to cover the settlement and who ends up paying then? Yes, us.<br><br>This class-action ends up enriching a few at the expense of many. It is justice, gone very, very bad. | Evan Julber | 12/24/11 | 12/24/11 |
| 4 | Charles Silver | | | | | | The court's refusal to approve the settlement when originally presented implies a finding that the original class was uncertifiable, presumably because a separate representative was required for each state. This being so, the parties cannot simply appoint single-state representatives and present the same settlement for approval a second time. They must go back to the drawing board and negotiate new terms, with the representatives of each subclass bargaining for only the members of the relevant state. In my particular case, this means that the representative of the Texas subclass must bargain solely for the benefit of Texas purchasers, including me. The notice provides no evidence that this happened. Therefore, the representation appears to be inadequate and the settlement cannot lawfully be approved. | Charles Silver | 12/24/11 | 12/24/11 |

1

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | David J Neill | REDACTED | | | | | The proposed settlement of this matter includes no reimbursement for the customers of Costco who suffered damages due to Costco's allegedly fraudulent and at the very least negligent actions that resulted in overcharging their members and the public.   The approved settlement rather proposes only that the (i) Costco will in the future adopt the policies or equipment that was required in order for them not to improperly profiteer off their customers, and (ii) class counsel be compensated handsomely. Phrased another way, Costco proposes the following: 1) We'll pay no damages; 2) Admit no fault; 3) Provide no in-kind recompense to the damaged members, BUT WILL 4) "Promise" that in the future our company will adopt the very procedures and equipment that should have been in place in the past. (This missing equipment being the method via which they were able to deceive their customers.) I object to this settlement. I would be shocked to learn that any significant percentage of the certified classes would possibly consent to this travesty. Counsel for the classes is most certainly asleep at the pump. | David J. Neill | 12/24/11 | 12/24/11 |
| 6 | Mark R Patters | | | | | | Costco cheated me by selling me less gasoline than I paid for.  The settlement is - I get nothing and the attorneys get $10,000,000 (ten million dollars).  What a gross miscarriage of justice.  The court should be ashamed to approve this settlement. | Mark R. Patters | 12/24/11 | 12/24/11 |
| 7 | Dennis Hollingsworth | | | | | | The award pays the lawyers a substantial amount of money, the class representatives a nominal amount, and the victims nothing.  It is simply a windfall for the law firms looking for a way to enhance their practices, without compensating the victims in the least. | Dennis Hollingsworth | 12/24/11 | 12/24/11 |
| 8 | Phil Hong | | | | | | No "reasonable man" consumer would expect gasoline pumps to adjust for the very slight volume changes associated with temperature purchased gasoline from Costco at a temperature above 60 degrees Fahrenheit in CA | Phil Hong | 12/24/11 | 12/24/11 |
| 9 | GARY L WADE | | | | | | No "reasonable man" consumer would expect gasoline pumps to adjust for the very slight volume changes associated with temperature change. There is no implication at the pump that a "gallon" of gas is defined at a certain temperature. This type of extortionist litigation makes a mockery of our entire judicial system. I, for one, long ago lost all respect for judges who allow cases like this to move forward. | Gary L Wade | 12/24/11 | 12/24/11 |
| 10 | Peter Volny | | | | | | 1. Costco sells gasoline at lower prices than any other merchant. 2. There is no benefit to the customer. 3. This settlement will do nothing but drive the price of gasoline up at Costco. 4. Most of all I strongly object to the $10 million compensation to a bunch of unscrupulous ambulance chasers who are benefitting disproportionately. Caveat - I am not now nor ever have been employed by Costco. | Peter I. Volny | 12/24/11 | 12/24/11 |
| 11 | Ricardo T Lopez | | | | | | I feel as if I've been robbed and lied to. | rlopez | 12/24/11 | 12/24/11 |
| 12 | Xian Ming Su | | | | | | I did purchased the gasoline between January 1, 2001 and April 22, 2009, from Costco at a temperature above 60 degrees in Oakland CA costco. | xian ming su | 12/24/1011 | 12/24/11 |
| 13 | Frank | | | | | | I do not believe that a judge would let a case like proceed through the courts.  The only people who are going to make any money in this case are the attorneys. This type of suit should be outlawed. | Frank Tally | 12/24/11 | 12/24/11 |
| 14 | andrey sing foung yu | | | | | | As I am not a representative of my subclass, this amended settlement would not grant me compensation. | andrey sing foung yu | 12/24/11 | 12/24/11 |
| 15 | Howard Bowles | | | | | | Lawsuit is another attempt to extract money from .... you name it. Costco is the most honest and the most moral retailer on the planet that I have ever come across. To the instigators of this lawsuit "GET A LIFE" | Howard Bowles | 12/24/11 | 12/24/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | John Pleasnick | | | REDACTED | | | I believe that the plaintiff's requested legal fees are excessively high and will encourage further lawsuits of this sort. While Costco may have profited slightly by having the incorrect pumps installed, my representative counsel's fees requested ($10,000,000) is simply outrageous, especially for a settlement without court time. I would ask the judge to please award 20% of that amount as more than adequate compensation for work done. I am more than satisfied by the defendant's agreement to convert all pumps over the next five years. | John Pleasnick | 12/24/11 | 12/24/11 |
| 17 | Laura Curtis | | | | | | Why isn't Hawaii included in this lawsuit since our temperatures are 99% always above 80 degrees? Do we already have the protective temperature adjustment in place and if not we want to be included in the lawsuit. | Laura Curtis | 12/24/11 | 12/24/11 |
| 18 | Susanne davis | | | | | | I always get my fuel at Costco | Susanne davis | 12/21/11 | 12/24/11 |
| 19 | William Gary leeks | | | | | | The settlement provides a huge fee for the attorneys,  a small compensation for the class representatives,  and nothing at all for the class members to compensate for their economic loss as a result of fraud. | William Gary Leeks | 12/24/11 | 12/24/11 |
| 20 | Steve DiDomenico | | | | | | I object to the amount of fees that the attorneys for the class are seeking.  It should be commiserate with reasonable time/effort spent on the case, not some seemingly arbitrary ten-figure amount. <br><br> As a Costco member who has purchased many gallons of gasoline from them, while the outside ambient air temperature was above sixty degrees, I don't believe that the amount of "damage" to me and other Costco members who may have been affected by the lack of temperature adjusting gas pumps is in any way tied to a $10m attorneys fee.  All of the Costco gas stations where I have purchased gasoline have underground storage tanks and I doubt that the gasoline that I have purchased, even on the hottest of days, is ever much above 60 to 70 degrees Fahrenheit. | Steve DiDomenico | 12/24/11 | 12/24/11 |
| 21 | Timothy King | | | | | | The amendment is unnecessarily punitive and may harm business buy raising the cost of doing business.  This could eventually raise the price of goods, which will be born by the customer.  This will definitely not be good for California! | Timothy E King | 12/24/11 | 12/24/11 |
| 22 | Gabe Lopez | | | | | | I do have to agree that the result of this lawsuit serves little purpose. In this case the lawyers are the wrongdoers and must be punished for using our courts for this frivolous class action lawsuit! We the people who have been wronged get nothing! | Gabe Lopez | 12/24/11 | 12/24/11 |
| 23 | eugene khaw | | | | | | The agreement for Costco to install (if possible) temperature adjusted pumps is not exactly a victory, since Costco is free to pass the costs of the new pumps, etc onto the customers. <br><br> It does not appear that, after this settlement, customers will see cheaper gasoline. <br><br> Hence the majority of the class members obtain $0 redress, and might see more expensive gasoline (to pay for the new pumps) in the future. | eugene khaw | 12/24/11 | 12/24/11 |
| 24 | WALLY KOHL | | | | | | This entire thing is a lawyer's scam. Request for Exclusion that includes your full name, mailing address, e-mail address (if opting out electronically), your signature (or an electronic signature consisting of "/s" plus your typed name), and the following statement "I request that I be excluded from the Amended Settlement in In re Motor Fuel Temperature Sales Practices Litigation, MDL Docket No. 1840." You must submit your Request for Exclusion to the Settlement Administrator no later than February 17, 2012, either via U.S. mail to the Settlement Administrator at P.O. Box 12885, Birmingham, AL 35202-2985, or via the online "links" available | wally kohl | 12/24/11 | 12/24/11 |
| 25 | John T. Beatty, Jr | | | | | | I agree with paragraph 4 of the settlement whereby temperature sensitive fuel pumps will be installed at each gasoline dispensing facility. I think it unconscionable and I would hope the judge will agree that $10 million in legal fees is beyond excessive. What "value" did the lawyers provide to the plaintiffs? What is the dollar difference between existing pumps and the newer temperature sensitive ones? And is righting this difference worth a $10 million slap on the wrist? | John t. beatty, jr | 12/24/11 | 12/24/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Geoffrey Ellis | | | REDACTED | | | This is nothing but a money grab by the Plaintiffs lawyers. Fuel tanks are under ground and not substantially effected by air temperatures. There are greater sources of error in the fuel dispensing system. And negligible temperature effects will go both ways in regards to the error.<br><br>Bottom line the lawyers should get nothing for this effort, if they must be paid then award them minim wage.<br><br>If a temperature compensation is necessary then the regulatory rules should be changed. Suing company's for following the law/rules just adds cost that are passed onto the consumer who supposedly the lawyers are trying to help? Do not re-enforce this behavior. | Geoff Ellis | 12/24/11 | 12/24/11 |
| 27 | JARUSPORN NANGAM | | | | | | I got gas there all the time | jarusporn nangam | 12/27/11 | 12/24/11 |
| 28 | Raul del Portilo | | | | | | It has become obvious to anyone that cares to observe that if anyone collects a dime from a class action lawsuit, the firms representing the plaintiffs will get 9,999 cents of said dime. The firms representing the defendant will get a similar (or somewhat lesser amount). In other words, the lawyers will reap (or should I say) Rape) all of the benefits from a somewhat insignificant claim. It is shameful that our system bows to such manipulation, and I, as a lawyer myself, am embarrassed by those who have chosen to practice my profession, and take advantage of legal loopholes in order to profit. I further object that proper "correction" for the minute temperature compensation would make the practice of doing business selling fuel to consumers an unfair and unreasonable burden. Let's focus on the real abuses and stop this larceny being committed against legitimate businesses and wasting this courts valuable time. Mr. attorney, stop your thievery and earn a real living like the rest of us have to.<br>Thank you<br>Raul del Portilo ESQ. | Raul del Portilo | 12/24/11 | 12/24/11 |
| 29 | Harry J. Walters | | | | | | 1) Settlement benefits representatives and Law Firm, not the class<br>2) The Class uses a Costco card to access the fuel pump. Disbursement of a monetary settlement to the class would be easily accomplished through a discount or refund on future purchases of fuel.<br>3) If the majority of the class is excluded from the settlement, who is the party that was harmed? What standing does the "representative" have re: the "class" that entitles him/her to monetary compensation to the exclusion of the rest of the "class"?<br>4) $10,000.00 in legal fees calculates to over 33,000 hours of time at $300 per hour. Give me a break! | Harry J. Walters | 12/24/11 | 12/24/11 |
| 30 | Bin Gu | | | | | | The Amended settlement provides no compensation to customers for Costco's wrongdoing. The settlement appears to only enrich the lawyers without benefits to affected customers, especially customers in hot climates such as Texas. I object such settlement in the strongest term. Costco shall compensate all customers based on the amount of fuel purchased on days with high temperature (the amount can be easily obtained from the Costco credit card records or membership records since all fuel purchase requires membership validation). | Bin Gu | 12/24/11 | 12/24/11 |
| 31 | sherry loupe | | | | | | It is not something I want to join nor do I think we should sue anyone over such silly things, it is a waste of court time and money. NO THANKS>> | sherry loupe | 12/24/11 | 12/24/11 |
| 32 | Stuart Gilman | | | | | | I believe that the counsel's fee of $10M is exorbitant. Only plaintiff's counsel will benefit from this settlement, the benefit to the classes of consumers who may or may not have been shortchanged in the past is absolutely nil. The court should not approve such high fees for a class action suit where the represented class gets nothing. I'm not convinced that Costco harmed me significantly as complained (particularly since their prices were lower than competition and I have no reason to believe that competitors pumps operated any differently than Costco's), but even if they did, this looks like a nothing more than a deal by lawyers for lawyers resulting in a lottery payday for a few- I see no justice for either Costco or those of us in the classes of plaintiffs. | Stuart Gilman | 12/24/11 | 12/24/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | James H Martin | | | REDACTED | | | The settlement fails to require any reimbursement to consumers who overpaid for fuel at CostCo, yet the attorneys who filed the litigation stand to realize a substantial payment.  They should only be paid a small percentage of the amount which is actually recovered for the benefit of the class.  When there is no actual recovery of the overpayment by the class members, then the attorneys have not provided any benefit for those they purported represent and should receive nothing. | James H Martin | 12/24/11 | 12/24/11 |
| 34 | Richard Litalien | | | | | | I submit an objection to settlement. It provide(s) no protection for my loss(s) caused by the defendant(s). I move that I be included as one of the Class Representatives or be excluded as part of the settlement. | Richard K Litalien | 12/24/11 | 12/24/11 |
| 35 | Randal Stansberry | | | | | | This is just another example of lawyers run amuck and running up the cost of doing business in this country.  The courts should put an end to this nonsence and stop rewarding crooked lawyers.  I object to everything about this "settlement" (a.k.a. extortion).  Don't give these leaches anything, PLEASE. | Randal Stansberry | 12/24/11 | 12/24/11 |
| 36 | Randal Stansberry | | | | | | I object to giving good money to legal parasites who suck the blood out of the free enterprise system.  This case should be thrown out and the lawyers who brought the suit should be required to pay all legal fees. | Randal Stansberry | 12/24/11 | 12/24/11 |
| 37 | Jonathan Rabon | | | | | | I don't want to be a part of any of this Class Action Lawsuit.  I think this is one of the reasons this country is loosing jobs along with unions and wish the entire country would adopt the looser pay system they have in Texas. | Jonathan Rabon | 12/24/11 | 12/24/11 |
| 38 | Richard E. Maine | | | | | | Class Action Lawsuits are abused and cost corporations and customers as well.  Who do you think ends up paying the legal fees in the end?

I object to the 10 million dollars of attorney fees as being obscene. The fact that such obscene attorney's fees are common in class action suits does not make them any more reasonable. Rather, it contributes to the reputation of the legal system as being primarily for the enrichment of lawyers.

Note that in the end, the attorney fees essentially come from the class members. Although Costco most directly pays the fees, all of Costco's money comes in the end from their customers, who are the class members here. These proposed attorney fees are far more damage to me than the damage alleged to have been caused by Costco's actions.

The whole suit strikes me as a farce that benefits nobody other than the attorneys involved. The class attorneys allegedly representing me are not acting in any way that I see as being in my interest. Instead, I think this is just a scam to enrich themselves from my pocket (indirectly). | Richard E. Maine | 12/24/11 | 12/24/11 |
| 39 | Paul McAlinden | | | | | | The amended settlement results in enrichment to the sum of $10,000,000 for the attorneys, and negligible benefits for all but the class representatives.  However the impact of the $10,000,000 fee will ultimately be passed on to consumers by increased prices at Costco.  So there is in fact a detriment to the class members well in excess of the claimed harm.  I would be happy if the court settled the claim with the present stated compensation to the class representatives, and legal fees commensurate with that benefit only i.e. not in excess of the $2,000 per class representative.  In the alternative, I would accept a settlement based upon (a) reasonable hourly rate for legal services multiplied by (b) actual number of verifiable hours spent upon the case, subject to a maximum of the amount of hours that a pro-bono attorney might reasonable choose to spend on such a case. | Paul McAlinden | 12/23/11 | 12/24/11 |
| 40 | Peter Johnson | | | | | | I object to this settlement because it does nothing for the class membership except future costs.  I was not defrauded by Costco, the pumps clearly state that they don't adjust for temperature.

This settlement on enriches sleazy lawyers who seek to bring unjustified and unreasonable suits against businesses knowing that the corporations will settle to avoid costly litigation.

I urge the court to dismiss the suit and fine the lawyers and "class representatives" for bring such a frivolous suit. | Peter Johnson | 12/24/11 | 12/24/11 |

In re: Motor Fuel Temperature Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | QUANG V. NGUYEN | | | REDACTED | | | The Amended Settlement, as it stands now, is grossly unfair for the Class Members who have been the "victims", so speaks of Costco. The Class Members have been overpaying to Costco's gas and now they should be recuperated and/or refunded plus interest, if any deemed just. The Amended Settlement, if approved, would only benefit Class Counsels, and Costco who should install the temperature adjusting device on their pumps in the first place. | Quang V. Nguyen | 12/24/11 | 12/24/11 |
| 42 | Thomas Mayer | | | | | | The amended settlement will increase Costco's costs with no benefit to Costco's customers. Ultimately increasing the cost of gas at Costco's gas stations. | Thomas Mayer | 12/24/11 | 12/24/11 |
| 43 | Dannie Hedgpeth | | | | | | The only people benefiting from this lawsuit is the lawyers. And they are not providing any benefit to me, the consumer. For that reason I object to any settlement in this case. | Dannie Hedgpeth | 12/24/11 | 12/24/11 |
| 44 | Mark | | | | | | None Required. I request to be excluded. | Mark Slemen | 12/24/11 | 12/24/11 |
| 45 | Chen Su | | | | | | Requested attorney fees are absurdly high. It is a disgrace. Class members aught to be entitled to reimbursement. | Chen Su | 12/24/11 | 12/24/11 |
| 46 | Rodney Hopkinson | | | | | | Consumers get nothing, and the lawyers get $10 million. I am a lawyer, but you should all be ashamed of yourself. Costco, fight this if you did nothing wrong. The Court, regardless, do not approve a settlement where no one admits anything, consumers who were allegedly wronged get nothing, and the lawyers get $10M. | Rodney Hopkinson | 12/24/11 | 12/24/11 |
| 47 | Bjarne Steensgaard | | | | | | I concur with Costco's statement denying the allegations of wrongdoing in this case, but I also understand that there may be economic arguments in favor of a settlement without going to court. I believe the settlement unreasonably favors plaintiffs' attorneys and provides very little benefit to plaintiffs themselves. I would be in favor of the settlement if it was further amended to only allow attorney's fees and expenses not to exceed two hundred and fifty thousand dollars ($250,000). | Bjarne Steensgaard | 12/24/11 | 12/24/11 |
| 48 | Robb Gordon | | | | | | The plaintiffs (aside from the profit of 3rd-party lawyers) have not been compensated to any degree by the over-charges. | robb gordon | 12/24/11 | 12/24/11 |
| 49 | Robert Lyons | | | | | | How does somebody settle a lawsuit on my behalf where I do not receive ANYTHING? What is the benefit? This is outrageous. Maybe I don't deserve anything, but then there should be no class action suit. Costco always has been good to its customers. Just another example of greedy lawyers blackmailing someone. The only winner is always the lawyers. Throw the suit out and make the greedy lawyers pay the costs. | robert lyons | 12/25/11 | 12/24/11 |
| 50 | ANDY DALRYMPLE | | | | | | | ANDY DALRYMPLE | DEC 24 2011 | 12/25/11 |
| 51 | Walter R Davies | | | | | | My objection is not that the settlement in fair for us consumers but it is totally wrong for Costco. If someone would do a little studying they would learn that the temperature at the level that the fuels are is around 55 Deg. Year round there for the fuel temperature in the tanks would remain at a Constance temperature no matter time of year it is. With this information one can only decide for Costco since there is no change in the fuel temperature thought the year. If the tanks were above ground then there would be some difference but they are buried around 5 ft under ground where the temperature is at a steady temp of around 55 Deg. Walt Davies | Walter R Davies | 12/24/11 | 12/25/11 |
| 52 | Kevin slama | | | | | | I think the whole thing is absurd. The potential difference in cost to the consumer is minuscule at best. It's just another example of the whiny minority...I love Costco. This is a frivolous case and should be thrown out. | Kevin Slama | 12/25/11 | 12/25/11 |
| 53 | Greg Cecchi | | | | | | Costco is a great consumer advocate and they obviously did not intend to cheat anyone. The greedy attorney should be embarrassed and those suing should quit going to Costco if they are so unhappy. | greg cecchi | 12/24/11 | 12/25/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | Thomas L Snyder | | | REDACTED | | | I believe this is a frivolous suit and that no fee should be paid to any lawyer or law firm involved from the plaintiff side of this case. The amount of reduced energy content in gasoline dispensed above 60 degrees fahrenheit, I believe, must be trivial. In fact, the California Energy Commission has suggested that installation of temperature compensation devices on fuel pumps will cost more than the energy benefit accrued to consumers as a result of this installation. | Thomas L Snyder | 12/24/11 | 12/25/11 |
| 55 | Lynn Brandhorst | | | | | | I currently believe that this settlement only enriches the law firms bringing this suit while unfairly representing the actual damaged parties. I also doubt that the settlement is anything more than an agreement between these law firms and Costco to further only their direct | Lynn Brandhorst | 12/24/11 | 12/25/11 |
| 56 | James D Edwards | | | | | | Lawyers getting to much of the money!! | James D Edwards | 12/25/11 | 12/25/11 |
| 57 | John Garvin | | | | | | I hereby object to the settlement as presented in e-mail and the Costco Website. Though I have no way of knowing the extent to which each class representative "earned" a $2000 settlement amount while others receive nothing for past losses represented by the case settlement, at face value this does not appear to meet what I would normally understand as equity under the law. Though I imagine the class representative for each state MAY have had some demand made other than being named, this was not made clear. To my knowledge it could have been in name only and a passive role that would in fairness entitle them to little more than the rest of the class. | John P. Garvin | 12/25/11 | 12/25/11 |
| 58 | robert dale furrow | | | | | | they have taken my money for less qaid this seems to be the way of the world how much money? nobody's saying, but it's alot i'm sure we need to make them accountable for wrong doing! | robert furrow | 12/25/11 | 12/25/11 |
| 59 | Claudia O Soper | | | | | | It's not right for us to pay for the fuel we didnt receive. | Claudia O Soper | 12/25/11 | 12/25/11 |
| 60 | Edwin R Forsberg | | | | | | I object to the plaintiff's lawyer fees. This payment should be no more than a customary hourly rate, not to exceed $150 per hour. This should be well documented. There is no way that there were extreme expenses in this pitiful case. In reality it sounds to me more like something the lawyers dug up to give themselves a big paycheck, and then found the "plaintiffs" who would get a miniscule amount compared to what the attorneys would get in settlement. The only result from this lawsuit, other than a large unwarranted paycheck to some attorneys, will be increased prices at Costco. This demonstrates one of the major ongoing problems in America, frivolous lawsuits brought about or encouraged by unscrupulous attorneys in order to fill their pockets and in the long run it costs us all cash out of our pockets in increased retail prices from manufacturers, stores selling those products, and jobs going overseas to avoid these suits. Please do not add to this problem by overpaying for little work. Make them prove that they deserve this amount. Even if they were paid at $250/hour it would take 40,000 hours to build up this amount. Very unlikely that they spent over 400 on this "case". | Edwin R Forsberg | 12/25/01 | 12/25/11 |
| 61 | william phillips | | | | | | No compensation for those of us that were affected by this gross miscarriage of justice. | william c phillips | 12/25/11 | 12/25/11 |
| 62 | William F Stegman | | | | | | 1. I was not notified that I could serve as Florida class representative. 2. Not one cent of compensation to class members is provided for in the proposed settlement. Only class counsel will benefit financially. This reflects poorly on the legal profession and the administration of justice. | William F. Stegman | 12/25/11 | 12/25/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | Nathan Miller | | | REDACTED | | | The settlement solely rewards the attorneys who file frivolous class action lawsuits against large corporations. The actual consumers who suffered losses are not being compensated. The settlement as proposed makes this suit a giant farce designed to place money in their pockets. The plaintiffs attorneys should have to share the monetary settlement with the plaintiffs, or they should be awarded no compensation at all. And who are these special individuals that are earmarked to receive money, and why weren't ALL of the class members given the opportunity to do whatever they did to be eligible for a payment? | Nathan Miller | 12/25/11 | 12/25/11 |
| 64 | Frederick N. Ballard | | | | | | This benefit to the class members from this settlement is trivial. This is worse than a settlement for coupon. $10 million dollars in fees for this result is outrageous. A fee of $1 to the lawyers and $1 to each representative is the appropriate fee. | Frederick N. Ballard | 12/25/11 | 12/25/11 |
| 65 | Sonya Lowry | | | | | | I officially object to the amended settlement in the lawsuit Motor Fuel Sales Practice Litigation, on the grounds that it is not in the best interest of the classes and in fact, it harms the classes in question. Firstly, the premise of the suit is absolutely absurd. If you research the facts, you will find that, according to a report from an Oversight and Reform Committee of the House of Representative, a worst case scenario is that volume will change by 0.069% per gallon. This, combined with the fact that not compensating for such a small compensation ratio is standard practice in the industry, shows that this lawsuit is frivolous. Secondly, a settlement that pays an elite group of "representatives" a small sum and the lawyers, who conspired to bring such an unconscionable suit to bear, such an abundance of undeserved compensation, should never see the light of day. This suit should be wholly dismissed. I have been purchasing gasoline in the hottest state in the country (Arizona) for many years. I've certainly paid, during almost every month, for slightly more energy than I received. And now, due to the greed of a few, most of whom live in states that are far less affected, I will have to pay even more as the companies victimized by this misuse of the judicial system must raise prices to compensate for the huge payout they must make for absolutely no wrong doing to lawyers who have suffered no ill effects and "representatives" who were lucky enough to know someone. This lawsuit should be wholly dismissed! | Sonya Lowry | 12/25/11 | 12/25/11 |
| 66 | jane friedman | | | | | | as best I can tell, there is no payment to the people who actually were affected. everything goes to the lawyers and "class representatives." this is a travesty and illustrates the huge problem with class actions. the court should not approve it (I can't imagine what the prior proposal was that the court rejected). The court should definitely not approve the amount counsel is seeking. it is outrageous. Why do the representatives get compensation? Can you please state the total amount of the attorney's fees? | jane friedman | 12/25/11 | 12/25/11 |
| 67 | Paul Lee | | | | | | | Paul Lee | 2011 12:25 | 12/25/11 |
| 68 | Joan Buck | | | | | | There is no compensation provided to class members for damages incurred over previous 10 years.   I don't like class action settlements in which the Plaintiff's attorney receives a very large amount in "fees" and the members of the class receive nothing or next to nothing in compensation.   E.g. the class member receives a "discount" coupon for purchase of another product from Defendant! Lot's for the attorney and nothing for the class "smells bad." | Joan Buck | Dec. 25, 2011 | 12/25/11 |
| 69 | joseph baake | | | | | | customers should get full amount paid back. | Joseph Baake | 12/25/11 | 12/25/11 |
| 70 | Randolph Neal Menefee | | | | | | If I read the settlement correctly, the lawyers benefit from the suit while those who were cheated by CostCo receive no monetary compensation. | Randolph Neal Menefee | 12/25/11 | 12/25/11 |
| 71 | Martin Barackman | | | | | | I think these kind of cooked-up, class-action lawsuits over trivial issues are one of the major reason America is no longer competitive in the world. The attorneys make millions and each plaintiff gets pennies. It's a racket set up by the lawyers to line their pockets and I want no part of it. | Martin Barackman | 12/25/11 | 12/25/11 |

8

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | Harold Tynes | | | REDACTED | | | I get nothing. The lawyers get rich. This is crap. | Harold Tynes | 12/25/11 | 12/25/11 |
| 73 | Robert L. Dickson | | | | | | I object to any settlement that provides class counsel any lump sum payment, and will only approve or consent to a settlement which awards actual attorneys fees, with reasonable hourly billing rates, and a full accounting of all time billed to this matter. As an actual affected class member, I do not consent to class counsel being enriched for reaching a settlement while class members receive no or very little consideration. | Robert L. Dickson | 12/25/11 | 12/25/11 |
| 74 | Harry Avila | | | | | | A settlement with no compensation for the attorneys in the amount of $10,000,000.00 for the attorneys is quite unfair to all of us who purchased fuel in good faith and yet received less than the calculated gallons. Further this settlement encourages frivolous class action suits. I recommend an amended settlement with a significant reduction in attorneys' fees and funds distributed to the affected parties or, in lieu, to the American Red Cross. | Harry Avila | 12/25/11 | 12/25/11 |
| 75 | Rod Baydaline | | | | | | Why is this a class-action if none of the class members receives anything? This case is exactly why class-action lawsuits have such a bad reputation. Only the lawyers profit and the court blesses a sham outcome. Merry Christmas. Absolutely ridiculous. | Rod Baydaline | 12/25/11 | 12/25/11 |
| 76 | Mark Schmid | | | | | | I don't think the Amended Settlement is fair, reasonable, nor adequate. I think the Court should not approve it because the amount of money requested by Class Counsel is ridiculous. Costco has not attempted to fraud the public in any way, and has taken action in the past by posting notices, and will take action in the future by replacing pumping mechanisms. Therefore, Class Counsel should not be rewarded for this frivolous litigation which only serves the purpose of padding their pockets. The public members of the Settlement Class are receiving no compensation, and neither should the attorneys of Class Counsel. If Class Counsel receives NO compensation like the Settlement Class, then I would be a fair and reasonable settlement to this case. If Costco has to expend money to pay the Class Counsel for this case, it will increase costs to the consumer, and wind up HURTING the Settlement Class of this litigation overall. So, instead of compensating the Settlement Class, the court would be penalizing the Settlement Class, and no justice will have been served. I know the Court will determine the fees and costs to be paid to Class Counsel, and, under the Amended Settlement, Costco agrees to pay Class Counsel any fees and costs that the Court awards. I therefore ask the Court to award the ABSOLUTE MINIMUM TO ATTORNEY'S EXPENSES, AND NO AMOUNT TO ATTORNEY FEES. (In no way should the amount be $10,000,000.) | Mark Schmid | 12/25/11 | 12/25/11 |
| 77 | edarina hilao | | | | | | I want them to be responsible of not being compliant to the state motor sales practices . Consumer should be protected not be harmed if the temperature needs to be adjusted. Thanks | edarina hilao | 12/25/11 | 12/25/11 |
| 78 | Terry J. Mousseau | | | | | | I would think the error in dispensing was not intensional and probally due to poor or lack of information from the fuel dispensing provider. My guess is the consumer will get little compensation and the lawers will get $10,000,000, which the consumer will pay for in higher prices. | Terry J. Mousseau | 12/25/11 | 12/25/11 |
| 79 | Barbara Jones | | | | | | for four years I had been dealing with this pumping the gas over 60 degree... | Barbara J Jones | 12/25/11 | 12/25/11 |
| 80 | Barbara Jones | | | | | | for four years I had been dealing with this pumping the gas over 60 degree... | Barbara J Jones | 12/25/11 | 12/25/11 |
| 81 | Nikos Hardiwellas | | | | | | The Amended Settlement is not fair, not reasonable, and not adequate, as it awards excessive payments to attorneys and no payments to the plaintiffs. This is unfair practice and has to stop. I'd rather see $10M go to charity, rather than in the attorney's pockets | Nikos Hardiwellas | 12/25/11 | 12/26/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 82 | Joshua Aaron Stewart | | | REDACTED | | | I object to lawyers bringing litigation for the soul purpose of making millions of dollars.  This settlement is clearly only in the best interest of the attourneys whom brought it.  This litigation is nothing but a robbery by lawyers using the law to make money from someone who has it.  I object to the court awarding any lawyers fees nearing 10 million dollars and propose they get compensated equally to what the people they supposedly represent not to exceed $2,000.00.  I object to them underhandedly ammending this settlement and leaving anyone with a legitimate claim with essentially nothing.  I further object to this settlement actually settling anything except getting Costco off the hook from people they may have ripped off without having to compensate them at all. | Joshua Stewart | 12/25/11 | 12/26/11 |
| 83 | Laurine Connors | | | | | | I am against frivolous law suits. | Laurine Connors | 12/26/11 | 12/26/11 |
| 84 | Ralph W Baggett | | | | | | Its not fair I | ralph w baggett | 12/26/11 | 12/26/11 |
| 85 | Laureen E. Lankes | | | | | | I request that I be excluded from the Amended Settlement in In re Motor Fuel Temperature Sales Practices Litigation, MDL Docket No. 1840. | Laureen E. Lankes | 12/26/11 | 12/26/11 |
| 86 | Mark Raymond Ferraro | | | | | | I have been a Costco member since 1988, first in California and since 2010, in North Carolina.  I have purchased gasoline form Costco gas stations in these two states, as well as other states during vacations.  I object to the proposed settlement for the following reasons.  A.) I don't feel that I have been cheated by Costco in their dispensing of gasoline.  I'm not aware of any other gas stations that dispensed gasoline in any manner different than Costco.  I don't see anything in this case where Costco wilfully or purposely attempted to defraud me as a customer.  B.) As a Costco Club member, I feel that I gained good value for the price of their gasoline, due to the fact that at least in San Mateo County, CA, their gasoline prices were at a substantial discount from gasoline available at open market gas stations.  Any reduction in energy content was more than made up by the savings I enjoyed on each gallon purchased.  C.) As a willing member of a club that charges a fee to belong and has a set of rules that I agreed to follow, I believe this settlement agreement interferes with my contractual relationship with Costco and my fellow members of the club.  D.) The legal settlement and the fees being paid to the plaintiff's for bringing this trivial lawsuit is unjustified by the facts and the damages I suffered, if any.  This case represents everything that is wrong with our current legal system.  All compensation in this case goes to a very small group of lawyers, who accomplished no betterment to society.  Anyone who has purchased gasoline for a car since 1905 has to have known or should have known that energy content varies with temperature.  It is a fact of life, much like gravity.  If five year old children can figure out that falling off a chair or a swing should be avoided, then anyone old enough to purchase gasoline should know that Boyle's law (1662) is in effect.  Therefore for these reasons and a host of others, I object to this settlement and ask that the court reverse direction.  The plaintiff's should be reimbursing the court and Costco for these legal expenses.  This action has only increased the cost of justice and the price of goods at Costco. | Mark Raymond Ferraro | 12/26/11 | 12/26/11 |
| 87 | Judith Monahan | | | | | | Totally unfair to customers. | Judith Monahan | 12/26/11 | 12/26/11 |
| 88 | Jennifer L. DeReus | | | | | | I don't have time for this | Jennifer L. DeReus | 12/26/11 | 12/26/11 |
| 89 | Mark Loranger | | | | | | It gives any monetary awarded to the lawyers and not to any of the class members. | Mark Loranger | 12/26/11 | 12/26/11 |

10

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
## COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 90 | Mark Sherman | | | REDACTED | | | There is no compensation at all to the injured parties in the class, just a huge payment to the attorneys who pushed this suit. If the conclusion is that we were harmed, we should be compensated, not merely allowing the Costco to not harm others in the future. | Mark Sherman | 12/26/11 | 12/26/11 |
| 91 | leslie j szell | | | | | | How can the lawyers receive 10 million dollars to settle the case and the rest of us whom bought the gasoline paid the price Also the 2000 dollar fee paid to the so called representatives each,I question the process of how they were selected.Another royal screwing by the greedy lawyers and the rest of the sheep get nothing. Thank you if anyone wants to listen. | mr leslie j szell | 12/26/11 | 12/26/11 |
| 92 | sal | | | | | | because | sal alvarez | 12/26/11 | 12/26/11 |
| 93 | simon chan | | | | | | temperature above 60 degrees | simonchan | 12/27/11 | 12/26/11 |
| 94 | Edward Stanley Hotchkiss | | | | | | This is utter nonsense.  For each gallon of gasoline I paid, I received precisely one gallon, no more no less.  I was never defrauded or taken advantage of because it got hot outside.  If I buy milk, I expect 1 gallon, not a fixed number of calories that the dairy must adjust if refrigeration temperature varies. | Edward Stanley Hotchkiss | 12/26/11 | 12/26/11 |
| 95 | enrique lopez | | | | | | In exchange for assuring MY rights that were never violated, class action shysters are demanding $10 million in fees.  In essence, they are driving up the cost of my gasoline solely to line their pockets.  They should be ashamed. the motors of our cars are knocking | e | 12/26/11 | 12/26/11 |
| 96 | Daniel Gerdt | | | | | | I object to the use of false and misleading science used to enrich the legal council at the ultimate expense of the class. Council should not be given anything for this travesty of a claim | Daniel J Gerdt | 12/16/11 | 12/26/11 |
| 97 | Veronica Diaz | | | | | | i just want to be excluded | veronica | 12/26/11 | 12/26/11 |
| 98 | Thomas J Helean | | | | | | Whether A suit filed on behalf of some attorneys group or by some  government beurocratic agency; Or, most likely A combination of both, I reject their interference with one of the finest examples of our capabilistic society. And rather than trying to ruin by destructive socialization should try to emulate rather than destroy.  T.J. Helean | Thomas J Helean | 12/26/11 | 12/26/11 |
| 99 | Richard D Bailey | | | | | | Settlement provides no relief to the majority of the affected parties.  The only benefit applies to specific class representatives not to all actual affected parties.  Relief provided by Costco in the form of temperature compensating pumps would be necessarily required by the various states' bureau's of Weights and Measures to ensure proper fuel quantities are delivered and therefore the value obtained by counsel is negligible as states' BW&M would require the same as part of their normal duties as representatives of the various state's counsel.  Counsel representation provides negligible benefit to the vast majority of affected classes and without undue compensation to counsel.  Counsel representation provides negligible benefit to the majority of the classes not simply the few class any fee received should be viewed in the light of the benefit provided to the majority of the classes not simply the few class representatives. | Richard D. Bailey | 12/26/11 | 12/26/11 |
| 100 | Rebecca l Eyer | | | | | | This law suit is a waste of time and money. It is no fault of Costco or gas companies.  Blame it on Global warming. | Rebecca l Eyer | 12/26/11 | 12/26/11 |
| 101 | Richard Sun | | | | | | (1) The Amended Settlement does not address the injuries of the Settlement Class members.  (2) The Amended Settlement does not provide for a specific timetable for replacement of pumps in Non-Conversion states. | Richard Sun | 12/26/11 | 12/26/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|---------------------------------------------|-----------|------|---------------|
| 102 | Richard L. Swartzendruber | | | REDACTED | | | To the Judge of the court:<br><br>Your Honor, I submit my objection to you as follows. Since there will be no money given to the people who make up this class, I submit to you that there should be no class action and there should be no Attorney Fees Paid. I have been named in a number of these class action cases and have NEVER RECIEVED ONE DOLLAR from any of them. The Attorney who run these cases make MILLIONS of dollars . Therefore I feel that myself and the millions of other people who have our names used to make up this class are being used and just plain (SCAMED)!!!!!<br><br>Richard L. Swartzendruber<br><br>I Respectfully Submit This Objection To The Honorable Judge OfThe Court. I AM Only Asking That You Do The Right Thing In This Case. | Richard L. Swartzendruber | 12 - 26 - 2011 | 12/26/11 |
| 103 | Andrew F Shedosky | | | | | | The settlement appears to leave the consumer with no reimbursement for past nor future damages, while rewarding only the lawyers and representatives for each class. Also, the time frame for rectifying the problem is too long, allowing continued negative impact on the consumer. | Andrew F Shedosky | 12/27/11 | 12/27/11 |
| 104 | Steven Bone | | | | | | This lawsuit should be thrown out of court.<br><br>Every vendor has sold fuel without temperature compensation since the beginning of time. The weights and measures departments of states and counties certify the accuracy of dispensing devices according to their individual laws, rules, and regulations. Unless Costco was artificially warming the gas prior to dispensing (which is not even alleged) there is simply no damage to consumers and therefore no basis for a suit. | Steven Bone | 12/27/11 | 12/27/11 |
| 105 | David Duessel | | | | | | Perhaps the plaintiffs and lawyers involved should focus their efforts on lobbying for changes to the measurement system, but given there is no money in that effort they choose to take this path.<br><br>Legal fees of $10 million are excessive. There is no good reason for this lawsuit other than legal fees. I assume that when it is cold, the volume adjustment would go the other way.<br><br>Send a message to the lawyers, stop these kinds of lawsuits. | David Duessel | 12/27/11 | 12/27/11 |
| 106 | Bruce & Tina Venable | | | | | | We do not wish to be any part of this . This is what is wrong with the US - too sue happy! We love Costco and do not believe that they did anything wrong and do not want to be any part of this. | Bruce & Tina Venable | 12/27/11 | 12/27/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|----------------------------------------------|-----------|------|---------------|
| 107 | Michael Ranieri | | | REDACTED | | | It punishes everyone but only rewards the lawyers.  This is another example of frivolous lawsuits that drive the cost of business abnormally high. No damage has been proven, yet the plaintiff lawyers are the only ones who gain.  Gasoline under ground is maintained at a constant temperature.  There is no way, during its delivery, that it could expand so much that anyone would "suffer" any appreciable loss of gasoline.  Nothing has been mentioned about the delivery of gasoline at ambient temperatures below 60F.<br><br>Nobody should be due any monies and the plaintiffs and their lawyers should be slapped in the face and asked by the judge, "REALLY?" | Michael Ranieri | 12/27/11 | 12/27/11 |
| 108 | Terry Wayne Ables | | | | | | It is absolutely the responsibility of the gasoline vendor to insure the accuracy of fuel being delivered. Temperature swings should be accounted for in the delivery system, if not the consumer is being cheated | Terry W. Ables | 12/27/11 | 12/27/11 |
| 109 | Rickey D Wallace | | | | | | I live in the Central Valley of California where the temperatures are between 80 and 105 degrees for one quarter of the year. I purchased my gas exclusively from Costco during the period of time in question. I object to being excluded from compensation when there is $10,000,000.00 being requested by class counsel.  The issue is one that should be regulated by the Weights and Measures Department of the State. If compensation is due, it should go to the individuals who suffered the loss in a manner comparable to the amount of the loss suffered. | Rickey D Wallace | 12/27/11 | 12/27/11 |
| 110 | Maribell Torres | | | | | | Because I only gas at costco | Maribell Torres | 12/27/11 | 12/27/11 |
| 111 | angela | | | | | | The settlement should benefit the people it harmed, not just the attorneys. I have bought gas at Costco from the day they opened in Prescott, Arizona, over approximately $25,000 worth of gasoline in the time period stated in the settlement notice alone. What am I getting as a consumer...new gas pumps? Give me a break. I want back all that is owed to me for my loyalty to Costco and the false belief that I was actually saving money by buying my gas from Costco. No one has said what is actually cost the average consumer. Costco should have to give rebates or credits to each person who has purchased gas at their stores, especially the people who get gas on a regular basis like I do. | angela sumner | 12/27/11 | 12/27/11 |
| 112 | Lance Grucela | | | | | | This settlement enriches class counsel while failing to provide any remedy for the the the damages suffered by the class.  The class members in each state, including California, will not be made whole for the amounts charged to them for gasoline without controlling for temperature.<br><br>Certainly at this point in the litigation experts with knowledge as to the operation of these gasoline pumps and the effect that varying temperatures have on them have been able to estimate the overages charged to the thousands of consumers that purchase gasoline from Costco.  Surely these consumers rely on the trust established by the Costco brand to make purchasing decisions and therefore, they should also be remunerated for any violation of that trust.<br><br>Finally, It is offensive to see class counsel's request to be handsomely rewarded for this settlement which does nothing to correct the past behavior of the defendant. | Lance Grucela | 12/27/11 | 12/27/11 |

13

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
## COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|----------------------------------------------|-----------|------|---------------|
| 113 | J. Marsden DeLapp | | | REDACTED | | | The proposed settlement is not fair or reasonable for the class members because the class members get absolutely nothing.<br><br>It is grossly unfair for the class counsel to get millions of dollars while the class members get nothing.<br><br>If the class members get nothing, then the class council should get nothing! | J. Marsden DeLapp | 12/27/11 | 12/27/11 |
| 114 | Stephen Batham | | | | | | I believe Costco is making steps to correct its pumps and feel that since the situation is corrected, I feel that no payment should be made to class representatives or any other parties.<br><br>This doesn't make sense to me. Seems like the plaintiff attorneys make out like bandits and the net impact is consumers will ultimately pay more for the associated costs to Costco. Given that Costco gas is the cheapest around, even if every other station is saving the one percent by volume on hot summer days, it was still cheaper at Costco. The attorneys are just going to do this again and again for all the stations, probably backed by the retrofit companies. A better solution is to just pass a law and solve the problem if it needs to be solved, this settlement really does nothing for consumers in the class it purports to remedy as far as I can tell. | Steve Batham | 12/27/11 | 12/27/11 |
| 115 | Brad | | | | | | I found this on a CBS Money Watch Site<br><br>2. In the summer, you should only buy gas at night or early in the morning when the gas is cold. Because cold gas is more dense, you'll get more fuel for your money.<br><br>Really. Buying cold gas is a lot harder than it sounds, and the potential savings are scarcely worth it.<br><br>Consumer Reports thoroughly tested this theory using its own underground tank, similar to those used by gas stations. They found that it's surprisingly hard to accurately predict whether a given tankful of gas will be cold or warm. For starters, if gas was a given temperature when it was delivered from the tanker truck, it tended to stay that temperature for a while, even after it had been transferred. Not only that, but the first gas to be pumped in a given day could be warm because a certain amount of gas collects in the aboveground pump. So even if you manage to be the first customer of the day, you might still be buying warm gas.<br><br>After all that, even if you're successful in buying cold gas, the difference in density is so slight — perhaps a maximum of 1 percent per fill-up, according to Consumer Reports — that the savings are marginal. "It's an urban myth" that you should always buy gas at night or early in the day, says Gabriel Shenhar, senior auto test engineer for Consumer Reports. | Brad Lee Strong | 12/27/11 | 12/27/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|----------------------------------------------|-----------|------|---------------|
| 116 | Mark J. Buhler | | | REDACTED | | | I object to the Amended Settlement for the simple reason that it provides absolutely no compensation, relief, or other benefit or remedy whatsoever to me, or to the rest of the other class members for the alleged misrepresentation or fraud or otherwise wrongful conduct of Costco perpetrated during the period of January 1, 2001 - April 22, 2009.<br><br>As do all magicians and illusionists, Class Counsel and Costco alike seek to divert the attention of both the Court and Class Member away from reality, and to distract and deceive them with an illusion. The truth and reality, from which the eyes and mind should not be distracted, is that the proposed Amended Settlement provides no compensation, relief or benefit whatsoever to that specific class of individuals who allegedly were defrauded in the past when they purchased gasoline or other motor fuels from Costco between January 1, 2001 and April 22, 2009. The grand illusion and deception, attempted primarily by Class Counsel and to a lesser extent by Costco, is to try to get the Court and Class Members to think that the proposed Amended Settlement (i.e., to possibly take certain actions that might in the future benefit future purchasers of gas from Costco) somehow provides a remedy or benefit to past purchasers of gas from Costco.<br><br>The plain fact is that the proposed Amended Settlement only provides possible prospective benefit to a different class of individuals, i.e., those who might in the future purchase gas from Costco, other Costco has performed the terms of the Amended Settlement. All other sophistry and convoluted arguments offered by Class Counsel and Costco notwithstanding, the proposed Amended Settlement simply does nothing to alter, compensate or provide a remedy for individuals who purchased gas from Costco in the past, that is, from January 1, 2001 - April 22, 2009. Nor does it do anything to punish or sanction the misrepresentation or fraud allegedly perpetrated by Costco on its members for a period of more than eight years. Indeed, it would actually absolve Costco from any liability for the alleged wrongdoing during that period. The fact that the proposed Amended Settlement might prevent future fraud or misrepresentation by Costco does nothing whatsoever to compensate victims of past fraud or misrepresentation, and indeed in the process it would exonerate rather than punish the alleged perpetrator.<br><br>For the same reasons that I object to the proposed Amended Settlement as a whole, I object even more strenuously so that portion of the proposed Amended Settlement that would allow ANY attorneys' fees to the Class Counsel, much less the $10,000,000.00 greedily requested. Class Counsel have achieved nothing - zip, zero, nada - for the benefit of past purchasers of gas from Costco, the very class they purport to represent. Instead their proposed Amended Settlement would actually allow Costco to avoid any liability whatsoever for past wrongs to the very class members Class Counsel purport to represent. Their only achievement, if any, might be for the benefit of individuals who might purchase gas from Costco in the future, a "class" which is not even involved in this litigation and which they do not even ostensibly represent in this litigation. The fact that there may be overlap between the two classes does not overcome the reality that Class Counsel have not achieved anything to benefit past purchasers of gas from Costco, who they do claim to represent in this litigation.<br><br>As a past purchaser of gas from Costco, likely during the entire period from January 1, 2001 to April 22, 2009, this proposed Amended Settlement does absolutely nothing for me, and Class Counsel have achieved absolutely nothing for me. The same is also true for all other members of the class bound by this litigation whom they claim to represent.<br><br>For the foregoing reasons I object to the proposed Amended Settlement as a whole, and object specifically and strenuously to any award of attorneys' fees to Class Counsel. | Mark J. Buhler | 12/27/11 | 12/27/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 117 | Russell S Pierce | | | REDACTED | | | 1) I object to the attorneys' fees being requested by class counsel. The infringing behavior produced costs to consumers, not attorneys. Class counsel should be awarded no more than 50% of the amount paid in total to the harmed parties (class members). 2) I object to the incentive fee proposed for Class Representatives. Class Representatives should be awarded. However, as with Class counsel, Class Representatives should only receive financial remuneration if Class members are receiving financial remuneration. I object to any Class Representative remuneration exceeding 10% of the amount paid in total to the Class members. 3) I object to the provision that Costco may choose to rescind the agreement. It is unclear what counts as "material disruption". Moreover, Costco, in having a financial incentive to not perform the conversion, may administer the changes in a manner to "produce material disruption and there is (apparently) no oversight to prevent this. As such, it seems to this class member as if this provision negates the point of the class action and entails that the only result of this lawsuit is a financial award for Class Representatives and Class Counsel. | Russell S Pierce | 12/28/11 | 12/28/11 |
| 118 | John Williams | | | | | | I object to the settlement because only those listed are able to collect any damages.   What they deserve a "bonus" for having done the leg work to bring the suit, it is clear that they did not prevail.  That is evidenced by the fact that the vast majority of those damaged are receiving any compensation.  It is unfair to sue on behalf of a class and to receive compensation when they collected NOTHING for members of the class. | John Williams | 12/28/12 | 12/28/11 |
| 119 | Leigh Friedman | | | | | | Plaintiffs' attorneys should not get $10 million or anything close to that.  Such an award will only encourage these meritless lawsuits where there is no real damage and no real benefit to class members.  The class members will ultimately bear the cost as Costco will be forced to raise its prices to cover the attorneys' fees award.  These lawsuits are clogging the courts and naming California's businesses and economy.  The Court should send a message and give the attorneys' the exact same amount that class members are receiving - $0. plus their actual costs.  I don't intend to appear at the hearing, but I hope that my comments will be submitted to the Court for consideration. | Leigh Friedman | 12/28/11 | 12/28/11 |
| 120 | Carolyn Seeman | | | | | | I request that I be excluded from the Amended Settlement in in Re Motor Fuel Temperature Sales Practices Litigation, MDL Docket No. 1840.  I believe that the settlement terms are not reasonable. | Carolyn Seeman | 12/28/11 | 12/28/11 |
| 121 | Brady Redfearn | | | | | | This lawsuit is a waste of time and energy.  It is ludicrous that such a case be filed in the first place.  Nothing about this case is worth the time of our justice system. | Brady Redfearn | 12/28/11 | 12/28/11 |
| 122 | David Stackpole | | | | | | Looking over the documents, I see nothing that shows compensation to the plaintiffs, yet there is a request to compensate the attorneys for 10 million dollars.  Considering that this case should have been handled by each state attorneys office prosecuting COSTCO for fraud, I feel that this case is and has been strictly to bring in revenue to the firms who have pursued it.  Any compensation to the attorneys of record should be minimal or pro bono as a public assistance program.  Perhaps if they were forced to comply with this we would see litigation reduced to a level our courts could handle.  To many times these cases are settled with the attorneys reaping a large settlement and the plaintiffs (those who were cheated out of money or services) end up with nothing. | David L. Stackpole | Dec. 28, 2011 | 12/28/11 |
| 123 | William Baum | | | | | | These suits are ridiculous.  All they do is make the attorneys rich. | William Baum | 12/28/11 | 12/28/11 |
| 124 | SANJUANA DEL REAL | | | | | | be parth of the settlement | Sanjuana Del Real | 12/27/11 | 12/28/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|----------------------------------------------|-----------|------|---------------|
| 125 | Scott Wheeler | | | REDACTED | | | The decision not to compensate class members is wrong and an unrepresented outrage. The only ones getting a deal here are the attorneys and Costco itself for escaping its responsibilities to provide the correct amount of product for the amount paid to them. Are we fraud victims really supposed to be content with merely the thought that Costco will fix the gas dispensers and promise to never do it again? You must be joking. We deserve and demand nothing less than full pro rata compensation. Any other deal is a sellout of the membership class for a quick buck to the lawyers on both ends, a work holiday for the courts and a totally undeserved reprieve from damages for Costco. I vigorously oppose this. | Scott Wheeler | 12/28/11 | 12/28/11 |
| 126 | Denise Plum | | | | | | I've been buying my gas at Costco since I've became a loyal member. About 97% of my purchases is made at Costco. I deserve any amount back. Thanks. Happy New Year. | Denise Plum | 12/28/11 | 12/29/11 |
| 127 | John Choplin | | | | | | The settlement only benefits the attorneys and does not give restitution to those who actually had the damages, (The members). The attorney fees seem high, and those costs will only end up being carried over to the members so once again, the members receive very more harm than benefit out of this settlement. | John Choplin | 12/28/11 | 12/29/11 |
| 128 | Kenneth V. Truitt | | | | | | I cannot imagine why the court would even certify this frivolous suit. The class respresentatives should receive nothing, just like the rest of us who will end up paying more for gas. Costco will pass along the cost of the pump conversions to anyone buying fuel from them. The legal fees are absurd. Pay the lawyers the $42,000 proposed for the class representatives and be done with it. This is a perfect example of the legal system run amok. | Kenneth V. Truitt | 12/28/11 | 12/29/11 |
| 129 | Alina Zangaryan | | | | | | Purchased gasoline between given dates | Alina Zangaryan | 12/28/11 | 12/29/11 |
| 130 | Rajesh | | | | | | Why are only the class representatives being bought out? | Rajesh Chamakura | 12/28/11 | 12/29/11 |
| 131 | Wade Woodard | | | | | | How can any settlement be fair when class members receive no compensation? If the plaintiff attorneys and class representatives are receiving funds from settlement, then the class members should as well. | Wade Woodard | 12/30/11 | 12/30/11 |

17

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
## COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 132 | Peter Thomas | | | REDACTED | | | The members of the class--other than each state's class representative--stand to gain nothing from this settlement other than an assurance that over the next five years CostCo will replace pumps.<br><br>As I read the language, that means that by accepting this settlement and remaining in the class a class member gains nothing other than a promise that CostCo will eventually stop overcharging [or under-delivering] fuel on warm days.<br><br>It seems patently unfair for a large law firm to receive millions of dollars in legal fees when the people who actually purchased fuel from CostCo receive no compensation.<br><br>Unlike other companies, CostCo requires members to identify themselves each time they purchase gas. I find it hard to believe those records are unavailable now. Likewise, historical ambient temperature records are available from the National Oceanographic and Atmospheric Administration and the National Weather Service, among other sources.<br><br>Though admittedly computationally intensive, I believe it is possible to estimate the amount each class member was overcharged from a combination of company and government records.<br><br>In a case where no such calculation was possible, I could understand the Court accepting a sweeping, general class settlement. However, CostCo's distinctive membership-only fueling stations make it possible to calculate the likely harm each class member suffered.<br><br>In proposing a settlement, CostCo should make at least a reasonable effort to establish typical class member damages--perhaps by reviewing a statistically valid random sampling of class members fueling history over time.  If such an analysis showed a valid technique for reasonably estimating harm to each given class member based on a simpler measure--such as total fuel purchased over time--then the parties could include payment to class members either in cash settlements to past customers or future rebates to ongoing customers.<br><br>I object to any settlement that pays millions to counsel yet offers nothing more than future assurances to proposed class members such as myself that were harmed by CostCo's failure to use temperature-correcting pumps. | Peter L. Thomas | 12/30/11 | 12/30/11 |
| 133 | Ronald M Kuhn | | | | | | I have been a "Class Member" in several of these class action lawsuits including Firestone, Honda and securities related actions. They all propose the same settlement ie.. no actual or meaningful remuneration to the damaged parties- "Class Members." The attorneys get paid millions of dollars. These class action lawsuits have to be the biggest legally permissible racket in the world. A request of legal fees in the amount of $10,000,000 to the lawyers (an unharmed party) and some meaningless action on behalf of the harmed"Class Members" is rediculous. No wonder the public as a whole such a dim view of the legal system and vulturous law firms reaping huge monetary gains on the backs of the harmed individuals. I would request that the court award no more than the minimum wage or less in this case.<br><br>This is no settlement! All it does is enrich the attorneys and provide work for the court! | Ronald M Kuhn | 12/30/11 | 12/30/11 |
| 134 | Charles Andersen | | | | | | A settlement should make class members whole by refunding monies to them for how much they overpaid.<br><br>Any judge approving this so called settlement should be removed from office.  And people wonder what is wrong with this country?  It's the crooks running it.<br><br>Huge payout to attorneys, but NOT A CENT TO RIPPED-OFF CONSUMERS!  Patently unfair. | C Andersen | 12/28/11 | 12/30/11 |
| 135 | Jenika Mayer | | | | | | P.S. I am a NM member of the class who used a Costco AMEX card for all my gas purchases, but I did not receive notice of the original lawsuit or the first proposed settlement or the amended settlement.  I just found out about all this purely by accident.  Why? | Jenika Mayer | 12/30/11 | 12/30/11 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 136 | Peng Bai | | | REDACTED | | | The settlement is nothing more than a fraudulant scheme for the so called class layers and class representatives to rip off money, without any real benefit to the class members whom they purport to represent. It is a disgrace for the court to approve such a settlement, whose primary purpose seems to be a money making scheme for the legal profession. | Peng Bai | 1/12/2012 | 1/1/12 |
| 137 | Stan Gibb | | | | | | I object to class action law suits on principle. I object to the lawyers, judges and politicans who have prostituted the legal system for their gain. | Stan Gibb | 1/1/12 | 1/1/12 |
| 138 | Veronica Cuenca | | | | | | There shouldn't be an amended settlement. There should not have been a lawsuit to begin with. Costco should have only had to pay for the new devices they are going to put on their gasoline pumps. I would have objected to the lawsuit the first time around if I actually received an email about it. | Veronica Cuenca | 1/2/12 | 1/2/12 |
| 139 | Sandro Camarao | | | | | | The settlement should simply compensate the lawyers for their cost and force Costco to implement the temperature correcting pumps. | sandro camarao | 1/2/12 | 1/2/12 |
| 140 | cassandra pennington. | | | | | | No punitive damage should be awarded . With money being stolen in clear site by companies like Blackwater and Halliburton, I do not understand how we are spending time on frivolous lawsuits like this.<br>It's not ok to change temp.in fuel this be dangerous with risk and safety hazzard. | cassandra pennington | 1/2/12 | 1/2/12 |
| 141 | Jake Muzzy | | | | | | The settlement appears to benefit only the attorneys who have sued.  Costco customers will be the losers. | Jake Muzzy | 1/2/12 | 1/2/12 |
| 142 | Verhell King | | | | | | I don't think the Amended Settlement is fair, reasonable, or adequate. The Court should not approve it because more monies should be awrded to all involved | Verhell King | 1/3/12 | 1/3/12 |
| 143 | Barbara N Colbert | | | | | | The amount to representatives should be increased. | Barbara N Colbert | 1/3/12 | 1/3/12 |
| 144 | John Wigglesworth | | | | | | Costco should be made to pay more | John Wigglesworth | 1/3/12 | 1/3/12 |
| 145 | Michelle f Carey | | | | | | Increase amounts due from Costco | Michelle F Carey | 1/3/12 | 1/3/12 |
| 146 | Christine D Williams | | | | | | I believe representatives should recieve larger pay off | Christine D. Williams | 1/3/12 | 1/3/12 |
| 147 | Edgar C Nugent | | | | | | Costco has always been fair and equitable in my fuel purchases | Edgar C Nugent | 1/2/12 | 1/3/12 |
| 148 | Mitra Ahourajan | | | | | | The proposed Amended Settlement is unfair to members of the class who were supposedly represented by the named class representatives, and who expected and deserve compensation as members of a class of people who were affected by Costco's actions.<br><br>Moreover, many (most or all) members of the class are not currently represented by counsel, as they may have relied on their membership in this class by not opting out.  They may not understand the implications of the Amended Settlement, or even be properly notified, of its terms (which came via email).<br><br>By filing a class action claim, the named representatives of the class are expected to represent each of the class members and have a duty of care to the members of the class.  They should not be allowed to reap the benefits of a class action suit for their own personal benefit, to the detriment of the rest of the members of the class.  To allow for such a settlement would be to allow for an abuse of the intent and purpose of a class action lawsuit. | Mitra Ahourajan | 1/3/12 | 1/4/12 |
| 149 | ana luz alvarez-divar | | | | | | What did the attorney's do to warrant $10 million in attorney's fees?  What was their hourly rate, what did they do, what expenses did they incur?  Were the expenses and work done reasonable or where they just incurring billables?  I can see reasonable attorney's fees and expenses being owed but how can $10 million be reasonable? | Ana Luz Alvarez-Olivar | 1/4/12 | 1/4/12 |

In re: Motor Fuel Temperature Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 150 | Max Marshall | | | REDACTED | | | This lawsuit of neutral effect to consumers in general and detrimental to myself as a customer of Costco, since I believe that Costco would pass the cost on to me.<br>In effect, the plaintiffs attorneys are taking money from me and benefiting no one.<br>I accept the requirements imposed on Costco.<br>I object to the plaintiff's attorney fees and request that they be eliminated.<br>This opinion is entirely my own. No one has contacted me. I propose that other members of this class feel likewise, but will not file an objection.<br>Thank you. | Max Marshall | 1/5/12 | 1/5/12 |
| 151 | Craig Renetzky | | | | | | The settlement provides the attorneys involved close to ten million dollars. It provides those impacted by Costco's action. Zero dollars. This is unfair. | Craig Renetzky | 1/7/12 | 1/7/12 |
| 152 | Kenneth C. Morris | | | | | | The proposed attorney's fees are outrageous! One tenth the requested amount would be enough. | Kenneth C. Morris | 1/9/12 | 1/9/12 |
| 153 | Gary E. Jackson | | | | | | This Proposed Settlement offers nothing to millions of injured Plaintiffs—only a sum to the Subclass Representatives (with which I have no objection) and attorney's fees (if reasonable, I also have no objections).<br>I DO object to NOTHING for everyone else!<br>How can a "Class" be compensated if the Class gets NOTHING? I have heard of Coupon Settlements but this Proposed Settlement goes even beyond that to $0.00! It is absurd and totally unfair.<br>At least give us a coupon for future gas puchase discounts or SOMETHING! | Gary E. Jackson | 1/11/12 | 1/10/12 |
| 154 | Michael Lev | | | | | | I object to this settlement on the basis of the fact that no remuneration is provided to the members of the class. I would rather see Costco keep the $10m to use to keep prices at Costco low in the future than see it end up in the hands of attorneys who have done the class such a disservice that they have only recovered small payments for the named plaintiffs and fees for themselves. This settlement cannot possibly be viewed as fair and thus should be invalidated by the Court. | Michael Lev | 1/12/12 | 1/11/12 |
| 155 | ANA | | | | | | Costco sold motor fuel at temperatures above 60 degrees Fahrenheit. That could of damaged my vehicle. | ANA TOM | 1/12/12 | 1/11/12 |
| 156 | Jason Metcalf | | | | | | I have lived in several of the states listed in the suit during the specified time period. At no time do I believe I was impacted adversely by purchasing fuel at Costco. This is a ridiculous suit contrived by greedy individuals and attorneys.<br>I don't think Costco owes a dime in this settlement and its fees need to be reduced by my contesting of the settlement being named in the classes for New Mexico and Oregon.<br>Please reduce Costco's liability and the attorney and client proceeds appropriately. | Jason Metcalf | 1/11/12 | 1/11/12 |
| 157 | James A. Hermann | | | | | | I object to the class action suit because I'm tired of lawyers "gaming the system," to enrich themselves while ultimately, the "consumer" will end up paying the price in higher goods and services. | James A. Hermann | 1/12/12 | 1/12/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
## COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|----------------------------------------------|-----------|------|---------------|
| 158 | Annette Dennis | | | REDACTED | | | I received a card in the mail letting me know about the lawsuit from costco gas between January 1,2011 to April 22,2009 with the temperature above 60 degrees. So i am submitting my name and address. I get gas from costco all the time | Annete Dennis | January 12,2012 | 1/12/12 |
| 159 | Rickey Jay Burkhardt and Susan Lynn Burkhardt | | | | | | I purchased gasoline in AZ above 60 degrees between Jan.1,01 and Apr. 22,09 | Burkhardt and Susan Burkhardt | 1/12/12 | 1/12/12 |
| 160 | michael holguin | | | | | | car ran funie after puting in fuel | Rick Burkhardt and michael holguin | 1/11/12 | 1/12/12 |
| 161 | Charles F Murphy | | | | | | If Costco is found at fault, settlement proceeds should take the form of cardmember refunds, not payment to class representative. Also, settlement results should be made available to all members of the class. | Charles F Murphy | 1/12/12 | 1/12/12 |
| 162 | Nelly Viteri | | | | | | I have two cars and I used Costco gas like for 3 or 4 years ago and two of my cars are damage (they are overheat) please let me know If the Costco Gas have something to do with that …..? | Nelly Viteri | 1/12/12 | 1/12/12 |
| 163 | Anthony&Cecilia Pina | | | | | | enviornamental reasons | Cecilia Pina | 1/12/12 | 1/12/12 |
| 164 | DOUGLAS | | | | | | I HAD COSTCO MEMBERSHIP ACCOUNT DURING THAT PERIOD OF TIME,CURRENTLY I DO NOT HAVE MEMBERSHIP WITH THEM ANY MORE. | DOUGLAS ANDRADE | 1/12/12 | 1/12/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 165 | James A Landers | REDACTED | | REDACTED | | REDACTED | January 13, 2012<br><br>RE: In re Motor Fuel Sales Practices Litigation, MDL Docket No. 1840<br><br>Honorable James P O'Hara<br>United States District Court<br>500 State Ave<br>259 U.S. Courthouse<br>Kansas City, KS 66101<br><br>Dear Judge O'Hara:<br><br>I object to the settlement portion concerning the request for $10,000,000 by Class Counsel. I feel that it is completely out of line with the possible harm done to the represented class. I am a bank professional with over 45 years of experience and have regrettably seen the LAW as practiced by too many attorneys morph from a profession into a business.<br>I feel that just compensation should run in the vicinity of $150 per hour at the top for partners and downward to a maximum of $80 per hour for associates. Payment for expenses should also be detailed and be considered to be reasonable when measured by objective standards.<br>As an example of the Risk Reward scenario, years back I was a participant in a Class Action against Ford (I owned a Bronco II). Attorneys received something in the neighborhood of $3,000,000 and I, who was a member of the class at risk, was to receive a flashlight and a roadmap, neither of which I ever received.<br>Please understand that I am not opposed to real rewards when real harm is being addressed, but this whole matter is completely out of proportion.<br>Respectfully,<br>James A Landers<br>/s/ James A Landers | James A Landers | 1/13/12 | 1/13/12 |
| 166 | Roger Franke | | | | | | I understand and agree with the reasons of why the case was brought in the first place. But I do not understand why the only winners in any class action suit is the lawyer. Myself and many other honest and hardworking people were the victims here. The only thing we get is the ability to continue to purchase gas from pumps that should have been adjusted properly in the first place. Where is the justice in this? I realize that even over the time span this case covers my individual wrong is probably very small. But I still do not see how the lawyers can claim $10M is a fair payout to themselves. How have they been wronged? Beyond purchasing fuel in this case and married I do not see how they should profit. I wish for the day that a class action suit will be filed against class action attorneys for taking a piece of every American's wallet for themselves. But then who would be able to handle the case? | Roger Franke | 1/13/12 | 1/13/12 |
| 167 | salah eid | | | | | | I had to change my fuel pump twice in 2003-2004 | salah eid | 1/13/12 | 1/13/12 |
| 168 | charles ford | | | | | | I believe Costco gas should have known about the fuel temperature, before selling gas to there members. | Charles Ford | 1/13/12 | 1/13/12 |
| 169 | Rasha Reyn | | | | | | I was a part of this matter and put fuel in my car and several other cars from costco fuel.... | Rasha Reyn | 1/13/12 | 1/13/12 |
| 170 | Admon Lau | | | | | | Protect the consumer. | Admon Lau | 1/13/12 | 1/13/12 |
| 171 | Theodore Stalick | | | | | | A $10 million dollar haul for the Plaintiff's Attorney Fees on an issue that seems to be conjured up to line their pockets, that is something that I have a hard time agreeing with. | Theodore Stalick | 1/13/12 | 1/13/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 172 | Navid Sarabi | | | | | | Because we purchased costco gas. | Navid Sarabi | 1/13/12 | 1/13/12 |
| 173 | HECTOR ZAVALA | | | | | | purchased gasoline for my company.   ZAVALA MAINTENANCE,LLC | hectorzavala | 1/13/12 | 1/13/12 |
| 174 | Ralph Scott Lund | | | | | | I believe that CLASS COUNSEL - Robert A. Horn is practicing theft.

If costco complies with the laws in the individual states there should be no cause to change their practices and certainly no reason to pay Robert A. Horn any amount. | Ralph Scott Lund | 1/14/12 | 1/14/12 |
| 175 | Walter Coppridge | | | | | | I do not buy fuel from Costco | Walter Coppridge | 1/14/12 | 1/14/12 |
| 176 | Cale Batt | | | | | | The amended settlement stifles the free market.  As a class member who bought gas from Costco multiple times, I would like to see a judgment in favor of Costco and I think each party should pay their own attorney fees.  I believe Costco has done nothing wrong and this type of ridiculous lawsuit should not be allowed to waste the court's time.  I have no affiliation with Costco other than being a member who buys gas there.  I'm just an advocate of the free market economy who is not afraid to stand up for correct principles. | Cale Batt | 1/14/12 | 1/14/12 |
| 177 | Shelly Madison | | | | | | I object to this amended settlement under the provisions that I feel I have been wronged. To correct this I feel a cash settlement or equivalent be provided. Otherwise I ask that I be excluded from this Amended Class Action Settlement. | Shelly Madison | 1/14/12 | 1/14/12 |
| 178 | JianMin Zhou | | | | | | purchased gasoline from costco at a temperature above 60 defines fahrenheit | jianmin zhou | 1/15/12 | 1/15/12 |
| 179 | James | | | | | | Class Action suits disgust me.  The only winners are the lawyers.  Class members receive no payment but the class members are the ones who bought the gas.  I hope Costco wins and does NOT pay a penny. | James Hazel | 1/15/12 | 1/15/12 |
| 180 | Michael L. Greenberg | | | | | | Plaintiffs and class members get no monetary compensation while attorneys get millions in the settlement.  This common arrangement seems inherently unfair to plaintiffs. System seems to be set up for the benefit of lawyers and firms taking cases not the plaintiffs who were wronged. | Michael L. Greenberg | 1/15/12 | 1/15/12 |
| 181 | KERRI LOCKHART | | | | | | I overpaid many times for the gasoline purchases and should be financially compensated in some way.  Costco, the attorney's and class representatives should not be the only ones who benefit from myself and others overpayments! | KERRI LOCKHART | 1/15/12 | 1/15/12 |
| 182 | David Gustafson | | | | | | Me and my wife, Monica Gustafson, object to the Amended Settlement based on the fact that we were never notified that we were potential class representatives for this lawsuit.  We want to know why the Utah Class Representative, Jeff Jenkins, gets $2,000 and we will never see any remuneration as part of the settlement. | David Gustafson | 1/15/12 | 1/15/12 |
| 183 | Marie Shill | | | | | | I don't want to sue. | Marie Shill | 1/15/12 | 1/15/12 |
| 184 | Ileana Colombo | | | | | | I do not wish to be in the settlement class. | Ileana Colombo | 1/15/12 | 1/15/12 |
| 185 | leticia guerra | | | | | | my reason is because my car have a lot problems with the pump of gasoline | leticia guerra | 1/15/12 | 1/15/12 |
| 186 | Anne Woods | | | | | | There should be some recompense for the Costco members since they were overcharged for 8 years at the Costco gas pumps. | ////Anne Woods | 1/16/12 | 1/16/12 |
| 187 | Jose Pena | | | | | | Is not right what they are doing. | Jose Pena | 1/16/12 | 1/16/12 |
| 188 | kathie williams | | | | | | I kathie williams would like to remain in the settlement class action.01/16/2012 | kathie williams | 1/16/12 | 1/16/12 |
| 189 | Rachel J. Pratti-Pacheco | | | | | | Do not wish to be included without my consent. | Rachel J. williams Pratti-Pacheco | January 16,2012 | 1/16/12 |
| 190 | Renee Shaw | | | | | | I do not even remote believe that Costco committed fraud in pricing their fuel for me to buy. I knowingly bought my fuel from Costco, used it happily, and was glad to have actually saved money when compared to the other higher priced retail gas stations in the area! | Renee Shaw | 1/17/12 | 1/17/12 |

23

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
## COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 191 | Robert L. Sieber | | | REDACTED | | | 1. This is a classic frivolous class action lawsuit. Nobody was injured or cheated.<br>2. The proposed settlement benefits only a few people and the companies that make temperature-adjusting gas pumps. It will cost Costco a ridiculous amount of money to correct a non-problem.<br>3. When attorneys benefit from frivolous suits such as this one, it just encourages more of the same. Please, just say NO. | Robert L. Sieber | 1/17/12 | 1/17/12 |
| 192 | John Ray Dennis | | | | | | Its is hard to believe that a gaggle of lawyers recieve the only compensation. My family and, I spent $14,000 on fuel last year to run our business. How much was I overcharged? We truly need every cent! How much does corporate america really need? | John Ray Dennis | 1/17/12 | 1/17/12 |
| 193 | Rebecca E. Dennis | | | | | | It is hard to believe that a gaggle of lawyers recieve the only compensation. My family and, I spent $14,000 on fuel last year to run our business. How much was I overcharged. We truly need every cent! How much does corporate america really need? We have KIDS TO FEED !!!! | Rebecca E. Dennis | 1/12/12 | 1/17/12 |
| 194 | beverly jean | | | | | | costco need to do what right  thank you | beverly jean | 1/17/12 | 1/17/12 |
| 195 | Brian Douglas Hartl | | | | | | object to the 21 subclasses one for each state and unreasonable attorneys fees. | Brian Douglas Hartl | 1/17/12 | 1/17/12 |
| 196 | Elizabeth Oheno | | | | | | because the gas fuel was high in temperature and also they have misled their coustomers. | Elizabeth Oheno | 1/17/12 | 1/17/12 |
| 197 | Irene Spyropoulos | | | | | | costco should of know their where doing wrong. | Irene Spyropoulos | 1/17/12 | 1/17/12 |
| 198 | olympia morales | | | | | | motor fuel temperature sales litigation | olympia morales | 1/17/12 | 1/17/12 |
| 199 | Salma Lussy | | | | | | I am not objecting | Salma Lussy | 1/17/12 | 1/17/12 |
| 200 | David M Kahn | | | | | | I did purchase gasoline at a California Costco gas station late in the day during the period covered by the class action lawsuit, but I don't believe that Costco or any other gas station committed fraud when selling the gasoline. The entire purpose of this lawsuit is to enrich the class action lawyers, in my opinion they are nothing but human pirhanas. Whatever the settlement is, the only people getting rich here are the class action lawyers and for what? Nobody committed any type of fraud here. | David M Kahn | 1/17/12 | 1/17/12 |
| 201 | Maria Aguilar | | | | | | I don't agree that its possible that a client trusts the company and we waste money on gas without knowing that they're giving bad service. The gas wasn't in the right temperature. I think you guys should close all the gas stations down, with me receiving a card about the bad service. | Maria Aguilar | 1/17/12 | 1/17/12 |
| 202 | Nicholas J. Tsigounis | | | | | | My wife and I are both members of Costco.  My current membership number is  REDACTED  In reviewing the Settlement, while I found financial compensation for the attorneys, I DIDN'T see any financial compensation for those who were actually affected by COSTCO's actions.  If I have not read the agreement properly, please let me know so I might withdraw my objection. | Nicholas J. Tsigounis | 1/18/12 | 1/18/12 |
| 203 | Sylvia Mangunsong | | | | | | Notice of Amended class action settlement | Sylvia Mangunsong | January 18,2012 | 1/18/12 |
| 204 | Erik Nelson | | | | | | Requesting to be excluded from Amended Settlement till further investigation and or facts | Erik Nelson | 1/18/12 | 1/18/12 |
| 205 | Manny Salazar | | | | | | Wasn't safe for my health, for the environment and other people. Very Toxic. High Risk of a Fire bursting out. | Manny Salazar | 1/18/12 | 1/18/12 |
| 206 | GLEN BEAMAN | | | | | | GOTCHA LITIGATION ONLY DESIGNED TO MAKE THE LAWYERS RICH AND EXTORT MONEY FROM COSTCO.  MAKE THE ATTORNEY TRY EACH CASE TO DETERMINE IF ANY INDIVIDUAL WAS DAMAGED RATHER THAN LUMPING TOGETHER ALL CLAIMS | GLEN BEAMAN | 1/18/12 | 1/18/12 |
| 207 | Maria Salazar | | | | | | Wasn't safe for my health, for the environment and other people. Very Toxic. High Risk of a Fire bursting out. | Maria Salazar | 1/18/12 | 1/18/12 |
| 208 | Rina Orellana | | | | | | Wasn't safe for my health, for the environment and other people. Very Toxic. High Risk of a Fire bursting out. | Rina Orellana | 1/18/12 | 1/18/12 |
| 209 | Diana Doucet | | | | | | I think that they should have adjusted the pumps. No one said anything to any consumers. I bought gas at the Manassas and Winchester sites and was not pleased.<br>Thanks | Diana M. Doucet | 1/18/12 | 1/18/12 |
| 210 | Kin Wah Kung | | | | | | 1. Unreasonable Attorney Fee<br>2. Unjustified Plaintiffs' incentive | Kin Wah Kung | 1/18/12 | 1/18/12 |

24

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 211 | Daryl Kranich | | | | | | The requested attorney fees of $10,000,000. is completely unreasonable and should be reduced. Attorney's take all the money and the people get nothing! Give the money to the people in the case and not the attorney's. | Daryl Kranich | 1/18/12 | 1/18/12 |
| 212 | Judith Hecker | | REDACTED | | | | never bought gas at Costco | Judith Hecker | 1/18/12 | 1/18/12 |
| 213 | Marcia Righthour | | | | | | They sold the fuel knowing it was not the right thing to do. | Marcia Righthour | 1/18/12 | 1/18/12 |
| 214 | jasdip sohal | | | | | | i have put in fuel | jasdip sohal | 1/17/12 | 1/18/12 |
| 215 | parmjit singh | | | | | | i have costco card | p sohal | 1/17/12 | 1/18/12 |
| 216 | Sema | | | | | | This 'lawsuit' is just another of a long string of attempts by a few people, and their lawyers (who will be the main beneficiaries,) to get a possibly large sum of money that they did not earn! These frivolous lawsuits destroy the very fabric of capitalism by damaging honest businesses! It is probable (judging by past class action lawsuits that I have been a 'part of') that the lawfirms will receive a few million dollars from this suit, the top beneficiaries may receive a few thousand, and the rest of the people will get less than $10 (probably a LOT less)! I am NOT interested in receiving ANY money that I did not earn, just because I can get it!! Now that I have addressed the MORAL issues, let's look at the LEGAL issues! 1) Are ALL gas retailers required to adjust their prices based on a certain base temperature? I do not know of any companies that have done so, nor have I ever HEARD of any companies that have done so! 2) The amount of expansion due to the heat of the environment ABOVE GROUND is VERY MINIMAL! It is probably so slight as to not have a noticeable cumulative effect without purchasing HUGE amounts of gasoline over DECADES of time, and THEN you may be able to claim that you have lost a GALLON! 3) The cost, however, to Costco to lend to this matter will be HUGE by comparison (as stated above in terms of who will receive compensation, and in what amounts)! What next? How about we file a lawsuit against EVERY gas company because of the amount of fuel that evaporates while being transferred to the cars? Will this enable gas companies to legally RAISE the price of gas in areas that have COLDER climates, since the density of the fuel is greater due to COMPRESSION?!? We must STOP this madness before we succeed in further damaging the capitalist system on behalf of OUR GREED!!! Thank you for taking the time to read this! | Sema Bruner | 1/18/12 | 1/18/12 |
| 217 | ke cheng liu | | | | | | I purchased gasoline from costco at a temperature above 60 degrees fahrenheit during 2002 to 2009. | ke cheng liu | 1/18/12 | 1/18/12 |
| 218 | Richard Sovich, Jr | | | | | | This is frivolous litigation that benefits only the litigation lawyers.  For the good of the country, these types of litigation need not reward the few.  Not only will the class not receive any benefit from this settlement, it will be harmed by higher fuel prices that Costco will charge in the future.  Some times the fuel is warm, sometimes it is cold, part of the class gets less and part of the class gets more.  This is crazy and frivolous.  I see no reason to sue the milk companies for not measuring at a specific temperature.  As part of the class that is supposedly harmed, I see a far greater harm coming from the crooks that are posing to representing the class.   Throw this suit out as frivolous. | Richard Sovich, Jr | 1/18/12 | 1/18/12 |
| 219 | Nazli Lachman | | | | | | I object to this settlement because the consumer does not gain any benefit from this action suite will gain monetary Benefits this is simply unfair to the all Consumers who are involved in this Case | Nazli Lachman | 1/18/12 | 1/18/12 |
| 220 | JoonSang Hahm | | | | | | People say so. | joonsanghah m | 1/19/12 | 1/19/12 |
| 221 | Carlis Barnes | | | | | | Amended means to change foe the better or to improve and that's what should be done. | Carlis Barnes | 1/19/12 | 1/19/12 |
| 222 | Roy Coleman | | | | | | n/a | Roy L Coleman Sr | January 19,2012 | 1/19/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 223 | Perfecta Arteaga | | | REDACTED | | | I just recieved first notice 01/16/2012 and need time to read ALL the material in reference to my rights as a consumer. Also, I am noticing that I as a faithful consumer of Costco, do not appear to be receiving any monetary compensation for my part in this class action lawsuit. The temp. of the fuel affects the condition and mechanics of vehicles and I believe this may have caused my vehicle to perform poorly and finally break down without any known reason. I feel I should be compensated monetarily as well. I need time to catch up on all the specifics and need to know how I can submit my demand for compensation. I don't believe this is fair to the consumer. | Perfecta Arteaga | 1/19/12 | 1/19/12 |
| 224 | Jamie Daniel | | | | | | Costco has always gone above and beyond the law to ensure member safety. This law suit is crazy! | Jamie Daniel | 8/13/63 | 1/19/12 |
| 225 | Chad Schott | | | | | | In my view excessive attorney fees with nothing for the majority of the class holders & very little for a handful of others. | Chad Schott | 01 19 2012 | 1/19/12 |
| 226 | Kathy Geerman | | | | | | Costco did not advise their members of the motor fuel temperature adjustment on the fuel they sold by. The gallon until December 2007. Yet they were aware of this issue and profiting from this since Jan 1, 2007. I purchased all my fuel through them and living in California every time fuel was purchased with the exception of two to three months out of each year the temperature was over 60 degrees. I disagree with this settlement, I have spend 10's of thousands of dollars on fuel since Jan 2001 and to know I was charged more than what I got without some type of settlement is unjust. Also it states they have 5 years to correct the problem and over charge us more the is unacceptable. California temperatures are very seldomly under 90 degrees. I HOPE THAT A FAIR DECISION IS MADE ON THIS ISSUE AND THE AMENDED SETTLE DOES NOT SOUND FAIR FOR THE COSTCO MEMBERS WHO SPEND A HECK OF ALOT MORE THAN WHAT THEY GOT. THANK FOR YOUR CONCIDERATION. | Kathy Geerman | 1/19/12 | 1/19/12 |
| 227 | Roberto marcilla | | | | | | Mi caro suño cariboo en el motor. | Roberto m | 1/19/12 | 1/19/12 |
| 228 | Cameron Miller | | | | | | That is is a well known fact that fuel changes density with temperature. Also, my objection is that the lawyer is recieving 10 million dollars and the people he/she is so called protecting recieves zero dollars. | Cameron Miller | 1/21/12 | 1/20/12 |
| 229 | Kirk Owings | | | | | | I do not agree with the settlement and believe that Costco should take the temperature rise into consideration and that is like stealing gas when we are not getting as much as we are paying for. | Kirk Owings | 1/20/12 | 1/20/12 |
| 230 | dawn hastings | | | | | | because back then i did get gas from costco and in that time period i was having trouble with my car and i had too get my car fix because i did not know why and what had happen at that moment | dawn hastings | 1/20/12 | 1/20/12 |
| 231 | Bruce Kwasney | | | | | | No other retail fuel operation is using temperature volume compensated meters and since Costco is also selling fuel for less than other retailers, I find it hard to believe I got ripped off by buying fuel at Costco. Don't you lawyers have anything worthwhile to do? | Bruce Kwasney | 1/20/12 | 1/20/12 |
| 232 | Martha Page | | | | | | I don't think Costco did anything wrong. | s/Martha C. Page | 1/20/12 | 1/20/12 |
| 233 | Barbara Cobb | | | | | | Costco should have fought this lawsuit and not settled. This lawsuit is ridiculous--just another money grab by greedy lawyers. Costco adds value to my life. I won't participate in this farce. | Barbara J. Cobb | 1/20/12 | 1/20/12 |
| 234 | elizabeth gomez | | | | | | because I bouth fuel | elizabeth gomez | 1/19/12 | 1/20/12 |
| 235 | Nancy Draper | | | | | | I request to be excluded from the Amended Settlement. | Nancy Draper | 1/20/12 | 1/20/12 |
| 236 | irma wilson | | | | | | I buy gas at costco all the time. 2006-2012 | irma wilson | 1/20/10 | 1/20/12 |
| 237 | Elizabeth Trivette | | | | | | These class action lawsuits only serve one purpose - they make the lawyers rich. | Elizabeth Trivette | 1/21/12 | 1/21/12 |
| 238 | Gary Bangs | | | | | | This settlement settles nothing. If the complaint is legitimate, then ALL consumers should be provided a "rebate." If it is inaccurate and consumers were not being knowingly or intentionally cheated by Costco, then NO ONE should get anything. Especially the attorneys who brought this lawsuit. The current settlement simply pays the attorneys, who interestingly enough are telling the representations this is the best route to go. Best for the law firm anyway. | Gary Bangs | 1/21/12 | 1/21/12 |
| 239 | Lubov Zavali | | | | | | I had problem with my car - my warning light "check engine" was appear every time after I buy gas at Costco, and also driving miles, using Costco gas were decreasing as well. | Lubov Zavali | 1/21/12 | 1/21/12 |
| 240 | Edmond Harris | | | | | | I was a victim of this issue by Costco and would like to be compensated as soon as possible. Thank you | E Harris | 1/21/12 | 1/21/12 |
| 241 | Roseline Thadal | | | | | | I am a regular customer since JAN 2001 to present 2012. | roseline thadal | 1/21/12 | 1/21/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 242 | Joseph | | | REDACTED | | | I don't understand | Joseph Konapelsky | 1/21/12 | 1/21/12 |
| 243 | Gordon D Leak | | | | | | The settlement helps no-one but the lawyers involved in the case | Gordon D Leak | 1/21/12 | 1/21/12 |
| 244 | Edward B Praytor | | | | | | proposed settlement does not provide for payment to class members such as myself | Ed Praytor | 1/21/12 | 1/21/12 |
| 245 | Gillian Sullen | | | | | | Settlement provided nothing for end consumers of gasoline supposedly sold improperly. Settlement should be reduced to $2000 per attorney involved in the case who can show billable hours and/or have final settlement amount refunded by Costco directly to consumers who bought the gasoline. Note that Costco records all sales by member number and so the data should be available to administer the refunds to the consumers instead of the lawyers alone. If these solutions are unacceptable, I recommend the suit be thrown out entirely and the lawyers fined for bringing a frivolous lawsuit to the courts. | Gillian Opal Sullen III | 1.21.2012 | 1/21/12 |
| 246 | Werner A. Winz | | | | | | I object to this settlement. As I understand it, this suit is intended to correct alleged systemic overcharging for gasoline by Costco. As a class member, I allegedly paid more for my gasoline than I should have. Now with this settlement, only Mr Horn and his law firm will be enriched on the order of $10 million paid by Costco. Of course, Costco will need to pass on this litigation expense to its customers in the form of higher consumer prices. In essence, I will be robbed again by paying more than I should have. I request that the Court dismiss this settlement, as it only encourages overzealous pursuit of class actions by unscrupulous law firms seeking only to enrich themselves without regard for their "supposed" clients. This disgusts me. | Werner A. Winz | 1/21/12 | 1/21/12 |
| 247 | Jose Guzman | | | | | | I bought alot of gas | Jose Guzman | 1/21/12 | 1/21/12 |
| 248 | Charles Walton | | | | | | As I understand the amended settlement, only the class representative in each state receives any reimbursement due to damages caused by Costco providing less gasoline to the purchaser than the pump meter indicated. I object to all of the monetary reimbursement accruing to a single class representative! Essentially, the representative is getting my share of what Costco over charged. How unfair is that? I believe I have every right to a portion of the judgment based on my share of gasoline purchased compared to the total gasoline sold in Utah. I insist on an explanation as to why this should not be the case. Thank you. | Charles W Walton | 1/21/12 | 1/21/12 |
| 249 | Jerry Loeflebien | | | | | | Though correction to pumps would be a benefit for future customers, this affords me no monetary compensation for receiving less than I paid for nearly everytime I purchased fuel at Costco in NM & TX. Temps in NM and TX are regularly above 60 degrees, except during a few weeks each year and I have purchased 100s of gallons fuel from Costco since moving to NM in 2007 from UT (2004–2007). Why should legal council be the only ones to be compensated. Proof of purchase is easy, as it has always been on my American Express card as soley required by Costco. | Jerry J. Loeflebien | 1/21/12 | 1/21/12 |
| 250 | Tonya (no objection read below) | | | REDACTED | | | NO OBJECTION-JUST WANT TO BE ADDED TO THE CLASS ACTION FUEL SETTLEMENT. Unsure why I wasn't included, have had a Costco and Price Club card from 1991 to 2009 and purchase many tanks of fuel (gasoline.) Unable to remember my id #, but my name is Tonya Fields dob is REDACTED and the primary user's on my cards were: First of all Joseph Fields until 1989 and then Veronica Kneipp. I would like to be added to the class action settlement. Please let me know why I wasn't included. Thanks so much for your time. Tonya Fields REDACTED | Tonya Fields | 1/22/12 | 1/22/12 |

27

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 251 | Jacquelyn Stoler | | | REDACTED | | | In re Motor Fuel Sales Practice Litigation, MDL Docket No. 1840<br><br>The Class Counsel has put their own interests in obtaining a $10,000,000 fee ahead of the class they claim to represent when negotiating the settlement. This is nothing more than extortion by class counsel to 'shakedown' Costco.<br><br>As a Costco customer, this lawsuit penalizes me. I receive no compensation for my losses from irregular fuel pricing. Instead, I will be forced to pay higher prices at the pump as Costco recovers the cost of replacing their existing pumps before their expected lifetime, as well as the blackmail paid to class council.<br><br>I urge the court to reduce the fees to the class council to the bare minimum, so that it does not reward extortion. I urge the court to compensate Costco customers directly for their 2001-2009 losses, and allow Costco to follow state regulations regarding temperature compensated pumps, matching their competitors - so we Costco customers continue to see fair and competitive prices for fuel. | Malcolm Stoler | 1/22/12 | 1/22/12 |
| 252 | Linda alberti | | | | | | I am outraged that my name was added to this class action lawsuit.<br>I feel very strongly that these attorneys are bottom trawling for a source of easy money. I feel that this lawsuit is frivolous and will only benefit the attorneys who are attempting to line their pockets with their ridiculously excessive legal fees.<br>I do NOT have any confidence that these attorneys are genuinely concerned about the customers of COSTCO or how the measured rate of gas is affected by ambient temperature shifts.<br>This is NOT the first time I've read about legal firms who specialize in and pursue monies for gas quantity versus ambient temperature lawsuits! It sounds like the thing to do | Linda C. Alberti | 1/22/12 | 1/22/12 |
| 253 | aaron l toney | | | | | | I object to this settlement because the claims against Costco are groundless. Costco clearly posted notices on its pumps, and did not do anything wrong. | aaron toney | 1/21/12 | 1/22/12 |
| 254 | Jason Seaman | | | | | | Lawsuits like this are frivolous, waste judicial resources, hinder honest business development and reward those who practice predatory litigation, precepts to which I am vehemently opposed. | Jason Seaman | 1/22/12 | 1/22/12 |
| 255 | Lisa Mills | | | | | | I object to the plaintiffs' fee request.   The fees are not justified given the result.  They are ridiculously inflated given that the result is purely injunctive relief.  The consumer – me – the plaintiff's attorney purported client – received no monetary benefit for the alleged harm.  Instead, the plaintiff's attorneys are merely lining their pockets on the backs of hard working individuals who will be forced to bear the cost of this lawsuit by paying higher prices at the Costco pump.<br><br>I request that the Court please consider giving this attorney the same amount of monetary benefit that he gave me – $0.<br><br>Send a message that frivolous lawsuits like these do not help society.  They only benefit greedy plaintiff's attorneys to the detriment of business, and ultimately, individuals are harmed because they have to absorb the cost in higher priced goods. | Lisa Mills | 1/22/12 | 1/22/12 |
| 256 | STEVE UNDERWOOD | | | | | | Just another attempt by a bunch of shitass lawyers to steal money for themselves and taxpayers expense. There has never been a bigger bunch of thieves in society including the mafia. | STEVE UNDERWOOD | 1/20/12 | 1/23/12 |
| 257 | Nancy Cashman | | | | | | The only one who wins in these class action suits are the lawyers. You hurt the company that you sue and do not help the customer. Costco then has to make up the money they paid to the lawyers and again who is effected the customers. | NANCY CASHMAN | 1/23/12 | 1/23/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 258 | C Moriyama | | | | | | What was the point of this lawsuit? To fix a discrepancy in the the amount of fuel dispensed based on temperature or to literally line the pockets of litigious attorneys at the the public's expense?<br><br>Granted, without some type of consumer driven or regulatory pressure, corporations will dismiss deceitful practices, but the amount of this "settlement", NONE of which actually went back to the consumer in the form of lower fuel prices, fuel discounts or credits by the retailer, is absurd.<br><br>All Costco members will end up paying more to offset this "settlement". The only winners are the trial attorneys, who are laughing all the way to the bank. I am thoroughly disappointed in the courts decision on this matter. | C Moriyama | 1/19/12 | 1/23/12 |
| 259 | Margie A Boots | | | REDACTED | | | ADD NAME TO NOTICE.<br>BOTH MOTHER (ESTATE) AND DAUGHTER HAD AND USED COSTCO GAS DURING THIS PERIOD BUT ONLY DAUGHTER RECEIVED A NOTICE IN THE MAIL. | DC Boots | 1/23/12 | 1/23/12 |
| 260 | Sharon Jeronell Dixon | | | | | | The Reason for my objection is that it only benefits people who are still members because they can be assured that they will get the right amount of fuel they purchase in the future. Since I am no longer a member the benefit I receive is ??What?? | Sharon J. Dixon | 1/23/12 | 1/23/12 |
| 261 | ryan goodell | | | | | | Finally, I can not find any record of the Original Settlement but the only notice I received of this new suite January 21, 2012.<br>I like the fact that Costco has cheap gas and would like to keep it that way. As an engineer, I realize that the coefficient of thermal expansion of gasoline is negligible, and that this lawsuit is frivolous. Say goodbye to cheap gas if this goes through. | ryan goodell | 1/23/12 | 1/23/12 |
| 262 | Miloš Tichý | | | | | | The Case is stupid. The accusers shall find something more useful to do!!! | Miloš Tichý | 1/23/12 | 1/23/12 |
| 263 | Esad Alicic | | | | | | Only gas that I put in my car is from gas station at Costco store. If costco did something wrong and cheat on me I want them to pay back.<br>Best regards, | esadalicic | 1/23/12 | 1/23/12 |
| 264 | Mark Koch | | | | | | I object to the settlement on the basis that it is frivolous and lacks merit. This is once again a means for lawyers to profit. When purchase gas, I purchase by the measure of energy contained in that volume. Only those looking for controversy and to profit financially would assume otherwise. Costco, at no time advertised anything other than a volume of gas at a certain price. Costo made no promises as to the amount of energy being purchased. | Mark Koch | 1/23/12 | 1/23/12 |
| 265 | jorge L. Valle | | | | | | problems in the catalist sensor from my car mitsubishi lancer | Jorge L. Valle | 1/23/12 | 1/23/12 |
| 266 | Vince Parra | | | | | | Have not been include in the class action suit. | Vince Parra | 1/23/12 | 1/23/12 |
| 267 | Carolyn J Wells | | | | | | n/a | Carolyn J Wells | 1/23/12 | 1/23/12 |
| 268 | Leland Neely | | | | | | The amount being paid to the class representatives and class council ($10,000,000) is excessive. The expenses incurred by Costco in the management, execution and settlement of this class will be collected from the members in higher fees or merchandise pricing. As a member, that is unacceptable and untenable. Replacing the affected fuel pumps over a five year period represents normal equipment lifecycle replacement and activities that would be executed regardless of the lawsuit. To me this represents a waste of time for all parties involved. | Leland Neely | 1/23/12 | 1/23/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 269 | Richard G. Harris | | | REDACTED | | | There is no scientific evidence supporting the use of temperature correction for distribution and sale of gasoline at the retail level presented by the Plaintiffs. The most comprehensive review and study of this is the "Fuel Delivery Temperature Study," California Department of Energy Commission Study, March 2009, Document Number CEC-600-2009-002-CMF. This excellent study concludes that there are no positive financial benefits to utilizing temperature correcting pumps, and that in fact there is a NEGATIVE benefit arising from the cost of installing these expensive pumps. Since the cost of installing these temperature correcting pumps by Costco will be borne by the members of the settlement class, imposing a negative benefit solution is not in the best interests of the settlement class members. That there may be some direct, short-term circumstances to some members of the settlement class, it is clear that when the largest state in the settlement class cannot define a benefit to consumers, there is no justifiable reason to impose installation of these pumps at a high cost on the settlement class members. In addition, Plaintiff's counsel are attempting to extort $10,000,000 from Costco on the unsupported and totally bogus conclusion that the settlement class stands to accrue a benefit of approximately 100 million dollars from gaining a more equitable "gallon" dispensed at the pump. As is demonstrated clearly in the California Report, there is no benefit to be gained and therefore the calculation of fees payable to the attorney's by Costco cannot stand an analysis which rejects the fundamental premise upon which the request for fees is based. In both cases, installation of the pumps and payment of legal fees to Plaintiff's lawyers, the settlement class is damaged to the extent that the class members will ultimately pay for these costs when they are passed on to the class members in the form of higher prices for goods (including gasoline) so as to allow Costco to recoup these costs to the corporation. I would request that the Amended Settlement be rejected in totality. Since there is no benefit to the settlement class members, no fees should be paid to Plaintiff counsel for bringing forth a frivolous lawsuit without any basis for the complaint to be adjudicated in a positive manner for the members of the settlement class. As is typical in class action lawsuits, the lawyers walk away with millions of dollars and the settlement class members get nothing, or as is the case here, have a negative economic benefit settlement forced upon them. I cannot condone or accept any proposed settlement with Costco that will cost me more money, reimburse lawyers millions of dollars for damaging my financial status, and on the whole provide no positive benefit to me as a settlement class member

Costco member: REDACTED
Issue Date: 10/1994 | Richard G. Harris | 1/23/2012 | 1/24/12 |
| 270 | john hernandez | | | | | | While we can all applaude the fact that Costco will make appropriate changes to their gasoline pumps, the Court should seriously question awarding Class Counsel $10,000,000 as reasonable fees for this result. The Court should conduct a rigourous accounting of the efforts that were made to justify the requested award. Since there is no benefit to the settlement class members, no fees should be up costing the public even more. The penalties imposed should come directly from the officers of Costco. Individuals planned, and executed the theft and they alone should be held accountable for the damage. Costco stock holder should not bear the consequences of the deceit. | John Hernandez | 1/23/12 | 1/24/12 |
| 271 | Dale J. Ure | | | | | | Dale J. Ure        signed, Jan 24, 2012   REDACTED<br>Dale Ure "/s" | Dale J Ure | 1/24/12 | 1/24/12 |
| 272 | Shahid Rahmatullah | | | | | | I have solid and numerous reasons for objecting the Amended Settlement. | Shahid Rahmatullah | 1/23/12 | 1/24/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 273 | rosita ham | | | REDACTED | | | i did sumitted wrong paper/request for exclusion). I like to changed to Objection could you change it for me? thanks<br><br>here is reason for, I filled my gas so often.. without realizing the gas has problem. no wonder my acting up once a while | rosita ham | 1/24/12 | 1/24/12 |
| 274 | Alicia J. Flores | | | | | | I always buy gas (fuel) at Costco. I always trust Costco. I wanted to be assured safe with gas and etc. | Alicia J. Flores | Jan. 24, 2012 | 1/24/12 |
| 275 | Yuki Aoki | | | | | | N/A | Yuki Aoki | 1/24/12 | 1/24/12 |
| 276 | Daniel | | | | | | I am and should be intiled to any money settlement. | Daniel Nelson | 1/24/12 | 1/24/12 |
| 277 | Don Ray Hamilton | | | | | | After reading through the document it appears as if CostCo is going to receive what amounts to slap on the hand with feather.<br><br>What about those of us who played by the rules used their product and services trying to make ends meet.<br><br>At some point in time the little guys need to be considered and compensated for playing by the rules and the big corporations need to be punished for not.<br><br>Lets not let them get by with only having to report that they are fixing their problem but lets make sure those of use who damaged and are struggling get something out this court case.<br><br>Don Ray Hamilton. | Don Ray Hamilton | 1/24/12 | 1/24/12 |
| 278 | velma | | | | | | I object because I feel Costco has failed a legal obligation to provide quality fuel products that will not compromise the ongoing productivity of my automobile. | Velma Guster | 1/24/12 | 1/24/12 |
| 279 | Priscilla C. Le | | | | | | I am not fully member a year after I paid for renewal. | Priscilla Cruz Le | 1/24/12 | 1/24/12 |
| 280 | Brandy Garcia | | | | | | Lawsuit for loss settlement of gasoline i have purchased from Costco wholesale. | Brandy Garcia | 1/24/12 | 1/24/12 |
| 281 | J C Schweghofer | | | | | | If I understand the proposed settlement correctly, COSTCO has to change their pumps to accurately dispense the gas, the class representatives get $2000, the attorneys get $10,000,000, and the people who paid too much for their gas - the class members - get nothing??? This is an egregious perversion of justice and smacks of the good old boy relationship between the judiciary and the attorneys - this stinks !!! | J.C. Schweighofer | 1/25/12 | 1/25/12 |
| 282 | LILLIAM DORSEY | | | | | | I request that I be excluded from the Amended Settlement in re Motor Fuel Temperature Sales Practices Litigation, MDL Docket No. 1840. | Lilliam Dorsey | 1/25/12 | 1/25/12 |
| 283 | Ping Liu | | | | | | I purchased gasoline from Costco between Jan. 1, 2001 and April 22, 2009 in Florida. | Ping Liu | 1/25/12 | 1/25/12 |
| 284 | Giles Porter | | | | | | The settlement is not punitive to Costco nor does it settle the cost to the consumers of the product. | Giles Porter | 1/25/12 | 1/25/12 |
| 285 | Matthew Harker | | | | | | I object to class members not receiving any payment. How could any reasonable person believe that Class Counsel is representing the interests of the class when the proposed amended settlement provides that "class members will not receive any payment". Class Counsel should work to get the class compensation instead of just going for a quick payday for themselves. New counsel should be appointed to represent the class. | Matthew Harker | 1/25/12 | 1/25/12 |

31

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 286 | Rodney Slusher | | | REDACTED | | | The amount that is to be paid to the attorneys is sickening. As a victim of this, I'll most likely receive a few dollars, while these attorneys are getting massive amounts of money and I'm the one who suffered. I'd rather have a free lifetime membership to Costco than whatever the court decides to give me. Don't let the attorneys cash in on someone elses agony. | Rodney Slusher | 1/25/12 | 1/26/12 |
| 287 | Stephanie Ice | | | | | | I strongly disagree with our cultural addiction to filing frivolous lawsuits. Furthermore, as a consumer, I would rather NOT have my gasoline prices raised when "automatic temperature correcting pumps" become a government mandate and the cost for such is passed on to ME. Please DO NOT include me in this ridiculous lawsuit, and I hope that you discontinue this excuse to employ more lawyers. | Stephanie Ice | 1/26/12 | 1/26/12 |
| 288 | Kevin H. Shin | | | | | | I purchased gas from Costco during the indicated period and would like to be compensated. Thanks. | Kevin H Shin | 1/26/12 | 1/26/12 |
| 289 | Scott Musser | | | | | | 1. The notices placed on the fuel dispensers by Costco in December 2007 were clearly written, easy to understand, and sufficient to indicate that there would be a small variance in total energy content of the fuel I purchased based on the fuel's temperature. I understood and agreed to this variance in energy content when I made my purchase. Any Costco member with a high school education would also be able to understand this before making a fuel purchase, and would not have to make a fuel purchase if they did not agree with it (or understood it). It is not believe that Costco committed fraud, broke any law, or was unjustly enriched because of this variance. 2. The Amended Settlement will result in higher costs paid by me when I shop at Costco. The Settlement does not benefit me, nor any other Costco customer other than the Class Counsel and the 21 Class Representatives. 3. By the logic of this lawsuit, a similar "adjustment" mechanism would be needed with virtually all other liquid products sold by Costco. This would be very costly if not impossible to implement. For example, there is a slight decrease in the volume of soda in a can of Pepsi that occurs when it is chilled before drinking. This results in less drinkable volume of soda compared to the volume of soda the buyer was lead to believe they were purchasing. There are not even any warning labels on the soda packaging indicating that the drinkable content being purchased will vary with temperature. Yet no reasonable person would consider suing Costco because of this slight change in volume of a product. It is not reasonable to sue Costco because of the same effect occurring in a different product, gasoline. | Scott N. Musser | 1/26/12 | 1/26/12 |
| 290 | francisco rincan | | | | | | because I used costco for so many years and I purchased my gasoline all the time from costco in that state. | francisco rincan | 1/26/11 | 1/26/12 |
| 291 | jose | | | | | | well whatever is right go for it. Gasoline volume will fluctuate with the temperature bringing, on average, the amount of sold substance to the same volume as temp. correction pumps provide. | jose carpio | 1/26/12 | 1/26/12 |
| 292 | Konstantin Boudnik | | | | | | The case has no substance and only serves the interest of class action lawyers and harm great wholesale seller. | Konstantin Boudnik | 1/26/12 | 1/27/12 |
| 293 | Sonya | | | | | | I am objecting the settlement and don't want to be a part of this circus. It is unfair. | Sonya McQuerdor-Nava | 1.27.12 | 1/27/12 |
| 294 | Matthew Roschella | | | | | | I do not believe the only people to financially benefit in this matter are Class Action Plaintiff attorneys and Costco. The class members were the party that over paid for fuel, but they are not offered or provided a monetary settlement? Not logical. Plaintiff attorneys seek $10 mil and estimates are Costco may have benefited to the tune of $100 mil. This is precisely why class action lawsuits leave a bad taste in the mouth of the average person in America. The only winners are big business and attorneys who poach on their mis-steps. | Matthew Roschella | 1/27/12 | 1/27/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 295 | Larry R. Camp | REDACTED | | | | | We travel to the dinner theater in Indianapolis aLL THE TIME AND BUY our gas at Costco, as it is generally lower priced. While we have both purchased there, we do not live in Indiana, nor do we use credit cards, always paying cash. I think we should get a fair deal in the settlement, not just those who are offered credit cards and already have high credit. | Larry R. Camp | 1/28/12 | 1/27/12 |
| 296 | John Baker | | | | | | object to the settlement for several reasons: 1. The damages to the class members, if any, are so minimal that any legal fees paid by Costco are excessive. 2. There is no relief provided to the class members, so legal fees are not justified. 3. The expense of converting the pumps would be passed along to the customers and would exceed any overpayment by customers. Instead, I propose simply adding a sticker to each gas pump, refunding an approximate amount of overpayment to each class member, and limiting legal fees to 25% of the total amount paid to class members. | John Baker | 1/27/12 | 1/27/12 |
| 297 | John Baker | | | | | | NOTE: Although I am now living in Colorado, I previously used Costco gas pumps in Maryland and/or Virginia before moving to Colorado. I object to the settlement for several reasons: 1. The damages to the class members, if any, are so minimal that any legal fees paid by Costco are excessive. 2. There is no relief provided to the class members, so legal fees are not justified. 3. The expense of converting the pumps would be passed along to the customers and would exceed any overpayment by customers. Instead, I propose simply adding a sticker to each pump, refunding an approximate amount of overpayment to each class member, and limiting legal fees to 25% of the total amount paid to class members. | John Baker | 1/27/12 | 1/27/12 |
| 298 | Teresa Castillo | | | | | | Not interested | Teresa Castillo | 1/27/12 | 1/28/12 |
| 299 | Sally Tafoya | | | | | | not interested | Sally Tafoya | 1/27/12 | 1/28/12 |
| 300 | Linda Nelson | | | | | | I purchase gas doing the settlement dates. | Linda Nelson | January 28,2012 | 1/29/12 |
| 301 | eyasu h sequar | | | | | | i am costco members and regularly purchased fuel,and i believe my vehicle affect by their supplies. | eyasu | 1/29/12 | 1/29/12 |
| 302 | vincent a. russo | | | | | | I want to be included in the right decisions,concerning this case. | vincent a. russo | 1/29/12 | 1/29/12 |
| 303 | Brian K Hoffman | | | | | | 1) The company that did the wrongdoing buys itself new gas pumps. 2) Bloodsucking lawyers request 10 million dollars for themselves. 3) the people financially affected by the defective pumps? They get NOTHING. | Brian K Hoffman | 1/29/12 | 1/29/12 |
| 304 | Jeanne M Caligiuri | | | | | | This lawsuit demonstrates everything that is wrong about America today. Good going. Gasoline expands and contracts with temperature changes. 60 degrees Fahrenheit is the U.S. government standard for fuel measurement. A loss of mileage per gallon will occur if the gasoline is stored higher than 60 degrees. With the price of gasoline climbing, every mile per gallon is significant. | Jeanne M Caligiuri | 1/29/12 | 1/29/12 |
| 305 | bruce kim | | | | | | It does not adjust for temperature or other factors which may affect the energy content of each gallon dispensed. | brucekim | 1/29/12 | 1/30/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 306 | Richard Louie | | | REDACTED | | | don't want to be included | Richard Louie | 1/30/12 | 1/30/12 |
| 307 | Matthew Blandin | | | | | | This is a ridiculous lawsuit that only benefits the lawyers and the select representatives of classes. This is a sad excuse for a class action lawsuit. It is a fine example of lawyers and select people exploiting others to make a few dollars (or alot of dollars if you are the lawyers). | Matthew Blandin | 1/30/12 | 1/30/12 |
| 308 | mary ann mason | | | | | | I like trading with Costco. Class action settlements like this will be a great expense to Costco with the money going to lawyers and little going to consumers. The consumers will end up having to pay when Costco raises prices to cover the costs of the settlement. | MaryAnn Mason | 1/30/12 | 1/30/12 |
| 309 | Paul E. Francis | | | | | | Costco informed customers that the temp may vary. We chose to buy the gas. If Costco is required to install temp-sensitive pumps, then all gas distributions should be required to do so... perhaps with a state law. A class action lawsuit is not the way to decide this issue. It's not legally fair to Costco. | Paul E. Francis | 1/30/12 | 1/30/12 |
| 310 | Ferdinand Badiscou | | | | | | Three reasons: 1. I was included in this class action WITHOUT being asked if I wanted to.As if I'm some kind of unimportant quantity, and somebody else is ENTITLED to speak in my name! 2. I don't want to be part of a scheme by unscrupulous lawyers to legally rob a company. 3. If the said company indeed were at fault, the CONSUMERS (who were wronged) should get the financial reward, not the unethical lawyers who are looking just to bust their profits. This class action, with its players - lawyers and plaintiffs - makes me sick! | Ferdinand Badiscou | 1/30/12 | 1/31/12 |
| 311 | michaelle joseph luckner | | | | | | I,M A MEMBER OF COSTCO I SHOPPED HERE AND FULL MY CAR AT THE SAMETIME | michaellejose ph | 1/31/12 | 1/31/12 |
| 312 | luckner joseph | | | | | | costco is the one I go often for shopping and fuel my car | lucknerjoseph | 1/31/12 | 1/31/12 |
| 313 | James Kopp | | | | | | Trivial loss | James Kopp | 1/31/12 | 1/31/12 |
| 314 | Gary McLemore | | | | | | I wish to be included in this Class Action Settlement. I repeatedly purchased Costco fuel during the time period, but have not received any notice to inform me that I am included in any settlement. Please include me and note my mailing address. Thanks. | Gary McLemore | 1/31/12 | 1/31/12 |
| 315 | Lucia carrillo | | | | | | not coment | Lucia Carrillo | 1/31/12 | 1/31/12 |
| 316 | Ruth Beauchan | | | | | | There does not appear to be any fair benefit or compensation for Costco members for the overpayment made to Costco for fuel. | Ruth Beauchan | 2/1/12 | 2/1/12 |
| 317 | Micheal R Dennis | | | | | | We buy stuel from Costco All the time and we never know there was a problem. It was all way's hot it was over a 100 degree when we get are gas in the summer. | Micheal R Dennis | 2/1/12 | 2/1/12 |
| 318 | SAM YEARBY | | | | | | THIS IS VERY HARMFUL PRACTICE TO CIVILIANS. | SAM YEARBY | 2/1/12 | 2/1/12 |
| 319 | Claudia Mayor | | | | | | To never happen again | Claudia Mayor | 2/1/12 | 2/1/12 |
| 320 | MICHAEL | | | | | | This lawsuit affects people who bought gas, and I don't believe that the LAWYERS SHOULD BENEFIT from the consumers purchases! How outrageous! WHO is the judge that ruled on that one and when are the elections! I have purchased thousands of dollars in gas from Costco from 01-01-01 thru 4/22/09, and I think this is outragous that ATTORNY'S ARE NOW STEALING OUT OF OUR POCKETS! | M FILIPPELLI | 2/1/12 | 2/1/12 |
| 321 | jamie r mendoza | | | | | | was not satisfied | jamie mendoza | 2/1/12 | 2/1/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|----------------------------------------------|-----------|------|---------------|
| 322 | Virginia C. Wilber | | | REDACTED | | | I not only object to the Amended Settlement, I object to the entire law suit. In my opinion, it is mostly a way for the lawyers to obtain financial rewards.<br><br>But I most thoroughly object to the fact that I have to opt OUT rather than opt IN, due to the fact that most people won't take the time or bother and, therefore, it means more of a financial reward to the lawyers.<br><br>In my opinion, in cases like these, the lawyers are the lowest of the low - bringing the suit for financial gain, not for any real value. | Virginia C. Wilber | 2/1/12 | 2/1/12 |
| 323 | Hiland P. Weaver | | | | | | I wish to object to any settlement at this time, until further review by a member of the law field. Thank you.<br><br>Mr. H. Weaver | Hiland P. Weaver | 2/1/12 | 2/1/12 |
| 324 | pervin h barnes | | | | | | I have been fueling in costco so many years. | pervin h barnes | 2/1/12 | 2/1/12 |
| 325 | Alicia Guerrero | | | | | | Because I have put gas in costco during that time. | Alicia Guerrero | 2/1/12 | 2/1/12 |
| 326 | mercedes spell | | | | | | Motor Fuel Sales inaccurate | mercedes spell | 2/2/12 | 2/2/12 |
| 327 | Thomas Krym | | | | | | I think that this lawsuit is a total abuse of process and will not result in any ultimate benefit to Costco members. In fact, the costs of this settlement will be paid by us, the costco members, in increased prices and membership fees. The ONLY folks that will benefit from this lawsuit are the slimy, precipitous lawyers that have instigated it. | Thomas Krym | 2/2/12 | 2/2/12 |
| 328 | Alexander Leykand | | | | | | I hereby object to the Amended Settlement based on unfair distribution of payment between Class Members, Class Representatives and Class Counsel. Each Class Member, including myself, put a considerable time and effort in educating ourselves about the lawsuit (not to mention monetary damages and nervous stress generated by unfair business practice). Therefore, I think each Class Member is entitled to a $500 compensation for their part of intangible presence in reaching the settlement.<br><br>Thank you,<br>Alex Leykand | Alexander Leykand | 2/2/12 | 2/2/12 |
| 329 | Karuna Raina | | | | | | 1) I object to the $10M attorney fee and court costs. This is way too high and not justifiable. This should be reduced to $500K.<br><br>2) I object to class members receiving zero compensation. I respectfully recommend each member be provided a $10 Costco gift card as a goodwill measure and for continuing shopping with Costco. Yes, we expect Costco to always have state-of-art fuel dispensing technology - with clean pumps, and temperature adjusting dispensing.<br><br>Sincerely<br>Karuna Raina | Karuna Raina | 2/1/12 | 2/2/12 |
| 330 | Aram Khalil | | | | | | Insufficient | Aram Khalil | 2/2/12 | 2/2/12 |
| 331 | Suyen Duarte | | | | | | I did purchased Gas during that time. | Suyen Duarte | 2/3/12 | 2/3/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 332 | Edmund Wong | | | REDACTED | | | To whom it may concern,<br><br>As a member of the Settlement Class, I am writing to object to the class settlement in question. The settlement benefits no one but the Class Counsel and Class Representatives, and the lawsuit to which this settlement pertains is frivolous, disloyed, morally reprehensible, and driven purely by greed.<br><br>In the lawsuit, the Class Counsel alleges that Costco has been "unjustly enriched by selling motor fuel without compensating for expansion of motor fuels that occurs as temperatures increase." This statement is disingenuous. When consumers purchase gasoline, they purchase it by the gallon (a measure of volume), not by the amount of energy in the gasoline that is dispersed. It is ridiculous that the Class Counsel believes Costco "committed fraud" for selling exactly the product advertised: a gallon of gasoline. In fact, the settlement, which requires adjusting the very definition of a gallon—a measure that has been standardized since the 19th century—depending on the temperature, is nonsensical and is effectively saying that a gallon should sometimes be more than a gallon!<br><br>Even worse, the class settlement only provides benefit to the Class Counsel and Class Representatives (how this latter group of people was chosen is not described), while providing no benefit to the consumers for which the class settlement is theoretically supposed to help. The settlement "unjustly enriches" the Class Counsel with $10 million, while the consumer is stuck indirectly paying for the cost of this settlement and for unnecessary automatic-temperature-controlling pumps. Moreover, even if these pumps provide more gasoline in warmer conditions, Costco has every right to charge more for more gasoline. Finally, these automatic-temperature-controlling pumps only have to be installed under limited conditions. If the Class Counsel truly believed in their cause, why not require that Costco install these pumps in all states where it is legal?<br><br>In conclusion, despite the claim by the Class Counsel that "the proposed settlement is best for all Class Members," I strongly object to this fraudulent settlement, which is ultimately only in the best interest of the Class Counsel and Class Representatives.<br><br>Sincerely,<br>Edmund Wong | Edmund Wong | 2/3/12 | 2/3/12 |
| 333 | Susan Rossbach | | | | | | This settlement does not compensate or apologize to members who received gasoline that was not temperature-adjusted for volume changes in hot weather in Texas. Costco misrepresented that it was passing on low gas prices to its member-customers. Instead we received the cheapest gas available and paid by volume while Costco pocketed the "savings." | Susan M. Rossbach | 2/4/12 | 2/4/12 |
| 334 | Jose L Lemus | | | | | | I buy gas from costco all the time. | Jose Lemus | 2/5/12 | 2/5/12 |
| 335 | Leona Burns | | | | | | frivolous nonsense | Leona Burns | 2/6/12 | 2/6/12 |
| 336 | Jose Hector Cornejo | | | | | | "I request that I be excluded from the Docket No.1840." | Jose Hector Cornejo | 2/6/12 | 2/6/12 |
| 337 | DANIEL S CERVANTES | | | | | | BECAUSE I BOUGHT A LOT OF GAS AND MY CARS WERE HAVING PROBLEMS. | DANIEL S. CERVANTES | 2/6/12 | 2/6/12 |
| 338 | CHRISTINE MOSCHETTI | | | | | | I purchased gas at numerous times at Cost-Co and have had several engine problems with my vehicle. My car constantly smoked | Linda Christine Moschetti | 2/6/12 | 2/6/12 |
| 339 | Sally Q Cardenas | | | | | | I purchased gas at numerous times at Cost-Co and have had several engine problems with my vehicle. My car constantly smoked | Sally Q Cardenas | 2/6/12 | 2/6/12 |
| 340 | lidia sowinski | | | | | | I was bying gasoline from Costco at the time between January 2001 and April 2009. | Lidia Sowinski | 2/6/12 | 2/6/12 |
| 341 | Lee I Weaver | | | | | | "class members will not receive any payment." | Lee I Weaver | 2/6/12 | 2/6/12 |

36

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|----------------------------------------------|-----------|------|---------------|
| 342 | Terrence Yang | | | REDACTED | | | Disproportionate amount going to lawyers. Not enough going to the actual victims. The "transaction" costs are too high. | Terrence Yang | 2/7/12 | 2/7/12 |
| 343 | VINH P DANG | | | | | | I'm not interested in frivolous lawsuits settlement which only benefit greedy lawyers! | VINH P DANG | 2/7/12 | 2/7/12 |
| 344 | Benjamin Galdston | | | | | | I object to the settlement on two bases:<br><br>1.) INADEQUATE CONSIDERATION FOR CLASS MEMBERS: The settlement provides no financial compensation to class members. COSTCO's failure to install temperature-correcting pumps resulted in financial injury to its customers. That injury must be compensated. Reforming its prior wrong and installing temperature-correcting pumps now, after the fact, does nothing to compensate injured class members. Accordingly, the recovery is worse than illusory - it provides absolutely nothing of value to compensate class members.<br><br>2.) COUNSEL'S FEE AWARD SHOCKS THE CONSCIENCE WHEN MEASURED AGAINST THE "RECOVERY" OBTAINED FOR THE CLASS AND IS GROSSLY EXCESSIVE UNDER NINTH CIRCUIT BENCHMARK: Related to objection number 1, class counsel should be compensated for the value obtained for the class. Here, the value obtained for the class is largely symbolic - requiring only that Costco comply with the applicable laws. While the service to future Costco gasoline purchases is valuable, in that they will no longer be overcharged for gasoline, those prospective customers are not class members. Counsel's fees should be measured against the value of the recovery that was actually obtained for class members, not the value of the benefit obtained for prospective Costco gas purchasers who are not class members. Moreover, in the Ninth Circuit, the "benchmark" for counsel fees for common fund recoveries is 25%. Here, 25% of $0 is $0. A lodestar cross-check is unnecessary because the fee requested here is so beyond the realm of reasonableness that it shocks the conscience.<br><br>Respectfully submitted, Benjamin Galdston | Benjamin Galdston | 2/7/12 | 2/8/12 |
| 345 | Yi-liang Wang | | | | | | purchase gasolin from Costco at a temperature above 60 degree Fahrenheit in California from January 1,2001 to April 22, 2009 | Yi-liang Wang | 2/8/12 | 2/8/12 |
| 346 | palmer gregory | | | | | | i go to napa cal all the time about 68 time a tear my son live there and i do some work | greg palmer | 2, 8 12 | 2/8/12 |
| 347 | Golam Kibria | | | | | | Whatever the Costco did with their customer it's not fair. | Golam Kibria | 2/8/12 | 2/8/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
## COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 348 | Roy B. Henrichs | | | REDACTED | | | The proposed Amended Settlement is patently unfair and completely disregards the rights of damaged/aggrieved parties. The only monetary compensation offered under this settlement is a nominal payment to class representatives; the majority of damaged parties remain uncompensated.<br><br>The vast majority of compensation is provided only to attorneys associated with this case. Even class representatives are provided only a nominal settlement - not likely representative of even the costs that they have incurred.<br><br>The proposal for Costco to implement better measurement technologies in the future is laudable, but does not compensate parties who suffered monetary damage due to Costco's failure to implement more accurate measurement technologies. Failure to provide reasonable monetary compensation to all members of the class is unjust, unfair, and unreasonable.<br><br>The Court should reject this proposed settlement, and require implementation of a fair monetary settlement for all aggrieved parties. Failure to implement a fair and just monetary settlement is not in the interest of justice to all parties, it is biased and unfair.<br><br>Thus, there appears to be no evidence that the proposed settlement is in the interest of justice to all aggrieved parties. Finally, it is suggested that the Court reject the proposed settlement, and require that any future proposed settlement provide monetary damages for all aggrieved parties. | Roy B. Henrichs | Feb. 8, 2012 | 2/8/12 |
| 349 | jason ho | | | | | | They have the potentially hazardous for their customers. | jason ho | 2/8/12 | 2/9/12 |
| 350 | Brian Manson | | | | | | I am writing to object to the settlement in the lawsuit entitled In re Motor Fuel Sales Practice Litigation, MDL Docket No. 1840. My full name is Brian A. Manson, my address is ▬▬▬ REDACTED ▬▬▬ and my telephone number is ▬▬▬. I have purchased most of my gasoline between 2001 (since before then, really) and present at Costco, mostly in California but also in Arizona and Nevada.<br><br>My objection to the settlement is not related to the liability of the defendant(s) or lack thereof. I object only to the legal fees, and amount thereof, requested by the law firms purporting to represent the class. I feel that the law firms have not represented the class because they have not obtained any recovery or benefit for the class whatsoever (other than, apparently, the class representatives).<br><br>Additionally, without arguing the merits of the claim, I'm not sure the defendants' alleged conduct can actually be deemed wrongful in any way. If it is not, the law firms should not get paid for bringing a meritless case; if there is merit to the claims, the law firms should not be rewarded for doing an ineffective job of representing the consumers' interests. In any event, the law firms should receive little or no award from the court. I would not object to an award of $500,000.00 or less (split among the law firms as the court sees fit). I object to any award of any amount in excess of $500,000.00, regardless of the time or effort claimed by the law firms claiming to represent the plaintiff classes.<br><br>/s Brian A. Manson<br>Brian A. Manson<br>2/9/2012 | Brian A. Manson | 2/9/12 | 2/9/12 |
| 351 | Rosa cynthia Jaramillo | | | | | | I WAS A MEMBER BETWEEN THOSE DATES AND ALSO I WILL ALWAYS PUT GAS IN MY CAR. | Rosa cynthia Jaramillo | 2/9/12 | 2/9/12 |
| 352 | ronald mills | | | | | | 2/9/12. I feel that I should be compensated, in money, for Costco's failure to fix this problem during the 9.31 years covered by the suit. At my location in the SF bay area, as a high-mileage driver who bought 90% of my gas at Costco, I calculate that I was short-changed by $725 during the 9.31 years in question. I want be paid back for my loss, and I want an apology from the company for their inaction. | ronald mills | 2/9/12 | 2/9/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 353 | Andrew P.W.King | | | REDACTED | | | 1.I find that 10 million dollars is excessive for the lawyers involved.This Class Action suit is about repaying the victims who have suffered less as a result of wrongdoing. 2.In the light of (1)the customers who have received less gasoline than they have paid for should receive some compensation that reflects their loss. | Andrew P.W.King | 2/10/12 | 2/10/12 |
| 354 | Blanca Curiel | | | | | | I purchased gasoline from Costco, between January 1 2001 to April 22 2009 with a knowing the conditions of the gasoline.  I'm live on California state. | Blanca Curiel | February 10 2012 | 2/10/12 |
| 355 | Agustin Rodriguez | | | | | | I purchased gasoline from Costco during this period of time. | Agustin Rodriguez | 2/10/12 | 2/10/12 |
| 356 | ANTONIO ACUNA | | | | | | I FUEL MY CAR ALWAY IN COSCO GAS I FEEL VICTIM IN THIS CASE | antonio acuna | 2/10/12 | 2/10/12 |
| 357 | Jose Magana | | | | | | I use the gasoline the time period this settlement had said. Also I use it fill now. | Jose  Magana | 2/11/12 | 2/11/12 |
| 358 | Lloyd Hess | | | | | | Re: Motor Fuel Temperature Sales Practices Litigation Case No. 07-MD-1480  Dear Judge:  I am a Costco Customer and Consumer and do NOT agree with the Lawsuit being put forth.  I believe the lawsuit is frivolous and should be thrown out, with NO compensation to plaintiffs.  Why do the vendors need new pumps?  Why are the old pumps not satisfactory?  If you require the vendor to purchase new pumps, who pays for it but we the Costco Customers.   And do we get any advantage from these new pumps?  No, in fact I believe they actually mean that we will get less gas in the long run for the same amount of money.  MY REASONING is simple——Gas comes from underground storage tanks, that are cool.  So a cold gallon of gas is pumped into the vehicle where air temperatures warm it.  The gas expands, thus giving a slightly larger volume compared to the initial amount pumped. Thus in practice we are getting a slightly better deal on the price of the gas pumped than what is posted at the pump (taking in expansion with the air temperature being warmer than the in-ground gas temperature, thus heating the gas in our car's fuel tank and expanding it to a larger quantity).  I KEEP ASKING MYSELF, WHO BENEFITS FROM THIS LAWSUIT.  Costco Customers, surely do not benefit, for it means the company will have to charge more for their gas to pay for the new pumps.  Apparently, the attorneys and plaintiffs benefit——which are not the customers or the general public.  Maybe the plaintiffs were persuaded to file this suite by pump manufactures——who will benefit by increased sales of pumps.  Anyway, I ask you Judge to help keep down the price of gas, which is already too high.  Protect us consumers from frivolous law suits that I can not see benefiting us the customer.  Lloyd Hess | Lloyd Hess | 2/11/12 | 2/11/12 |
| 359 | Javier | | | REDACTED | | | I don't want to be on the settlement. | Javier Rivas | 2/12/12 | 2/11/12 |
| 360 | Jennifer Yowell | | | | | | For the individuals who lost money by purchasing the fuel there is no restitution.  As a person who purchased this fuel I would expect that I would receive some sort of credit towards the purchases I made.  The individuals who spent the money are not receiving anything to rectify the situation where they were shorted. | Jennifer Yowell | 2/12/12 | 2/12/12 |
| 361 | Edgar A lara | | | | | | none | Edgar lara | 2/12/12 | 2/12/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 362 | Susannah Kim | REDACTED | | | | | The settlement does not provide any meaningful benefit or relief to me and other consumers. The settlement does not address any past damages. The settlement does not provide any meaningful mechanisms to protect the consumers from similar injuries in the future. The only parties benefiting from the settlement seem to be Costco and lawyers on both sides. Consumers do not benefit from this settlement. | Susannah Kim | 2/12/12 | 2/12/12 |
| 363 | John Ajioka | | | | | | While it appears that Costco will be required to take measures to abate the issue, my interpretation of the amended settlement is that the injured class does not realize any sort of relief from it. The only parties expected to benefit by it are the attorneys. "Somehow", I find this more than just a bit objectionable. Is this true? If so, can you tell me where the justice is in it. The amendment does nothing more than save Costco from paying just relief for committing fraud and enhance the bank accounts of the attorneys representing the class for providing nothing back to the class. This is simply unsatisfactory, in my opinion. | John Ajioka | 2/13/12 | 2/13/12 |
| 364 | JIM McCRARY | | | | | | Hopefully, the Court will find it relevant to read objections such as mine if in fact I am interpreting the settlement correctly. | JIM McCRARY | 2/13/12 | 2/13/12 |
| 365 | Alcedo Ramon | | | | | | fuel settlement I had a 2005 F-150 pick up the eng quit because of fuel problems. I would like to protect my right as to my counsel. | Alcedo Ramon | 2/14/12 | 2/14/12 |
| 366 | Ricardo Hiram Nigaglioni | | | | | | I am a member of the class action lawsuit In re Motor Fuel Sales Practices Litigation,MDL Docket No. 1840 Please file my objection to the settlement in the case. 1. The lawyers should not receive $10 million settlement, specially since class members are not made aware of the total settlement amount. Additionally, the fees are unwarranted because class members do not receive any comparable compensation. Since class members are not fully compensated, the lawyers should certainly not be over compensated for a subpar settlement. It is also troubling that the 21 Defendants have agreed to waive all objections to the attorney fees and costs award. It appears the lawyers were eager to quickly get paid, without adequate checks and balances, to the detriment of the class. 2. The class representative should not receive a $2,000.00 payment. It appears this payment is in exchange for the class representative's agreement in the settlement to not object to the agreement and to waive all objections. Since the class representatives were injured in the same manner as all other class members, they should either receive the same payment as all class members or class members should receive the amount they are receiving. It's very troubling that no mention of per class member compensation is mentioned in the settlement. 3. The class members should not be prevented from assigning or transferring their right to make a claim under the settlement agreement. There is no legitimate basis for permitting class members to transfer or assign their rights under the settlement agreement. If the settlement funds belong to the class members, the lawyers should not be able to dictate whether they may assign or transfer their rights. 4. This settlement agreement should be carefully scrutinized and corrected. It does not do justice for class members. Instead, it just simply overcompensates the lawyers. | Ricardo Nigaglioni | 2/14/12 | 2/14/12 |
| 367 | greg garnett | | | | | | Claim Damages! was not told | greg garnett | 2/15/00/2012 | 2/15/12 |
| 368 | John Watkins | | | | | | | John Watkins | 2/15/12 | 2/15/12 |
| 369 | SALVADOR PEREIRA | | | | | | because I purchase gas at the station | salvador pereira | 2/15/12 | 2/15/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 370 | David Ramirez | REDACTED | | | | | I have been a cardholder and gasoline purchaser throughout the entire class period. I object to the amended settlement because it pays nothing to the ordinary class member like myself. <br><br> If COSTCO committed unfair and unlawful sales practices in the sale of gasoline, then those who were the target of those practices deserve some compensation. <br><br> If this were an ordinary contingent fee collection case, the standard in the profession is that 2/3 of all the amounts collected less costs would go to the clients, in this case the ordinary class members, if the case settled prior to trial. Applying that standard to the case at bar, the settlement should not be approved by the court unless the amounts recovered, including the amounts for attorneys fees, are aggregated together and are distributed 2/3 to the entire class and 1/3 to the attorneys. <br><br> The amounts going to all the class members should be distributed immediately in the form of a COSTCO rebate check, the attorneys can litigate among themselves as to who is entitled to what piece of the remaining 1/3. <br><br> Respectfully submitted, <br><br> David M. Ramirez | David Ramirez | 2/15/12 | 2/15/12 |
| 371 | Elizabeth Keramanis | | | | | | I request that I be excluded from the Ammended Settlement in "In re Motor Fuel Temperature Sales Practices Litigation", MDL DocketNo. 1840 | Elizabeth Keramanis | 2/16/12 | 2/16/12 |
| 372 | Van Nguyen | | | | | | to be compensated | van nguyen | 2/16/12 | 2/16/12 |
| 373 | Mayra Gonzalez | | | | | | I was having many problems with the car, for the gasoline | Mayra Gonzalez | 2/16/12 | 2/16/12 |
| 374 | LAURA R CUEVA | | | | | | Tengo desde el 2002 con la membrasia de Costco y pienso que tengo derecho a que se me recompense por vender su gasolina a altas temperaturas. | Laura R. cueva | 2/16/12 | 2/16/12 |
| 375 | Lilia Y. McDonald | | | | | | I believe my Gmc Safari Van was affected by this matter. I traded it in when Obama had the big clunker for a new van. I paid thousands of dollars to fix it it never recovered. It was a handicapped van. I paid at least $5,000 for a new engine and transmission | Lilia Y. McDonald | 2/16/12 | 2/17/12 |
| 376 | Pankaj Shah | | | | | | i recive post card | Pankaj Shah | 2/16/12 | 2/17/12 |
| 377 | Viorica Galaanca | | | | | | had problems with fuel pump on my Lexus | Viorica Galeanca | 2/17/12 | 2/17/12 |
| 378 | Dennis Lee Bivens | | | | | | The gas cause my indicator. Check engine light to go off and on with my HEMI Charger. | Dennis L. Bivens | 2/17/12 | 2/17/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

## OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH
## COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|-----------------------------------------------|-----------|------|---------------|
| 379 | Edward Wunch | REDACTED | | | | | After receiving notice of this settlement approximately a month ago, I've been reviewing the documents in the case, although it has not been easy to get up to speed on two years of litigation about a month ////My primary reasons for objecting are: "I, and likely many other class members, am no longer a Costco member. As such, this settlement offers me no prospective nor retrospective relief. The settlement would still bar any claims I or others could bring against Costco on this issue. As such, this settlement is unreasonable for members of the class like myself.////"The above objection is enhanced by the agreed upon attorneys fees for the plaintiffs in the amount of $10 million. While many members of the class like myself go wholly uncompensated, the attorneys involved receive what seems to be a large attorney fee award.////Because I have not had a chance to review all the information I would like to prior to filing an objection with the Court, I am filing this objection online. After further investigation, I will send a letter to the Court and to counsel for both parties amending this objection with more details and possibly additional issues that may discover. As I will be unable to appear at the March 22 hearing, I ask the Court to accept and take notice of my amended objection which should arrive sufficiently before the hearing for counsel and the Court to review.////If after looking into the matter further I find my concerns unwarranted, because there are fewer members of the class in my situation or because have not found a sample statement of fees and costs in multi-district litigation for a putative class of ten million members for more than two years, I will let the Court know that I am withdrawing my objection.////Although I will be unable to appear in person at the hearing, should the Court request, I would of course be available to appear by phone, if the Court or the parties would find that helpful to resolve the case or for any other reason.////I thank counsel for both parties for their continued efforts to resolve this case quickly for the benefit of everyone. I thank the Court for its time and careful consideration of this matter.////Ed Wunch, J.D. Candidate '13, UC Irvine, School of Law | Edward Wunch | 2/17/12 | 2/17/12 |
| 380 | Kimberly Jacobs | | | | | | I believe that Costco was aware that they were selling gasoline to consumers without adjusting for the fuels temperature. | Kimberly Jacobs | 2/17/12 | 2/17/12 |

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|----------------------------------------------|-----------|------|---------------|
| 381 | Alison | REDACTED | | | | | Alison Paul / REDACTED<br><br>February 17, 2012<br><br>I, ALISON PAUL, object to the proposed Amended Class Action Settlement dated January 3, 2011. I am a member of the class, having purchased gasoline at the Costco store in Carlsbad, California, during the relevant class period. I have the postcard I received from Costco providing notice of this amended settlement, confirming my class member status. I object to the Amended Settlement reasons stated below.<br><br>First: I believe that the prospective injunctive relief does nothing to compensate the class members who have seemingly been overcharged in the approximate amount of $105 million, as noted in the Motion for Attorneys' fees at page 11. Despite the fact that Costco unfairly obtained $105 million of its members' money, it is disgorging nothing for the benefit of the members. I disagree that the value of the prospective relief is $100 million. It seems that Costco is merely installing devices which are designed to give the customer exactly what he is paying for. I am not sure that ensuring proper measurement should be considered a "benefit." This does not compensate me for past harm. Other cases have held that this type of injunctive relief is not quite good enough. The fairness of the settlement must be evaluated primarily based on how it compensates class members for these past injuries. Synfuel Technologies v. DHL Express (USA), 463 F.3d 646, 654 (7th Cir. 2006). This type of prospective-only relief is deficient, because "no changes to future advertising ... will benefit those who already were misled." True v. American Honda Motor Co., Inc., 749 F. Supp.2d 1052, 1077 (9th Cir. 2010). This term "advertising" is particularly appealing, as the gas pump "advertises" the amount of gas it is pumping into one's car. While I understand that it may be difficult to quantify the amount each member was harmed, it may be useful to have Costco disgorge some percentage of its unfair windfall to an appropriate charity.<br><br>Second: I believe that Section 4.5 of the Settlement Agreement is unfair to the class. Although the heading is "Force Majeure," it seems that Costco can avoid the agreement if it determines that the ATC devices become too expensive.<br><br>This provision shall apply, for example, if Costco is unable to procure sufficient and affordable (as agreed to by Class Counsel and Costco or if failure to agree by the Parties, then as determined by the Court) ATC equipment to comply with its obligations. Section 4.5, page 11, Amended Settlement. The contingency seems unacceptable, considering that the parties have already determined that the cost to Costco for the equipment will be approximately $8 million. (Motion for Fees at page 13) If Costco is concerned that the price will unexpectedly rise, Costco could buy all of the devices now. For this reason, I believe that this "escape hatch" is unfair to the class.<br><br>Third: I believe that section 4.8 of the agreement is even worse than section 4.5. It provides on page 12:<br><br>If Costco, as a direct or indirect result of the Settlement agreement (determined solely in the good faith subjective judgment of Costco), loses a commercially material amount of its current motor fuel supply and/or experiences commercially material increases in the price of motor fuel in a Conversion State, the Agreement shall, at Costco's election, be rescinded, cancelled, and annulled as applied to that state if ATC shall not have been installed and operating with requisite public notice in the majority of Retail Locations in that State for at least oneyear.<br><br>This is more one-sided than section 4.5, which at least had a safeguard of requiring approval from Class Counsel, and perhaps the Court. This is admittedly unilateral and has no safeguards: "subjective", "Costco's election." This term could be named the "bad bargain" clause: if it turns out that Costco does not like the effects of the implementation, it can apparently back out, state by state. There is no ceiling on how many states Costco could back out of under this clause, making it unfair to the class, and undermining the reasonableness of the settlement as a whole.<br><br>Further, there is no explanation of why this contingency might be anticipated. Simply maintaining the proper temperature to sell gas should not "cause" any disruption in supply, or grossly inflate the cost. Absent some explanation of the need for this clause, or how it could even come to fruition, this clause gives reason to question the fairness of the settlement. | Alison Paul | 2/17/12 | 2/17/12 |

43

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

**OBJECTIONS SUBMITTED ELECTRONICALLY THROUGH**
**COSTCO'S FUEL SETTLEMENT WEBSITE**

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|-----|-----------|----------------|------|-------|----------|----------------|-----------------------------------------------|-----------|------|---------------|
| | | | | REDACTED | | | Fourth, Although the attorneys filed a motion requesting $10 million in fees, the supporting documentation has apparently all been redacted or sealed. Although it appears that supporting documents containing time records, summaries, and costs, were submitted to the Court, these records are no longer available for the class' inspection. It would be appropriate to provide this information to the class, as the Ninth Circuit provides, stated in In re Mercury Interactive Corp. Securities Litigation, 618 F.3d 988, 993 (9th Cir. 2010). "The plain text of the rule requires a district court to set the deadline for objections to counsel's fee request on a date after the motion and documents supporting it have been filed." While I cannot dispute the fact that the motion was filed, there is NO supporting document available for perusal by the class. This feels like a denial of my right as a class member to to inspect the fee petition. The practice borders on a denial of due process because it deprives objecting class members of a full and fair opportunity to contest class counsel's fee motion." Mercury at 993. The supporting documents should have been made available, in accordance with Rule 23.

For these reasons, I object to the proposed Settlement. | | | |
| 382 | John Finn | | | | | | I have been a Costco member since July 2005. I have purchased gasoline at Costco in California on numerous occasions between January 1, 2001 and April 22, 2009.

I object to the settlement because the lawyers are getting paid $10,000,000 for accomplishing essentially nothing for class members. Indeed, the Notice indicates that no payments will be paid to any class members and if Costco experiences material disruption in its supply of gasoline in a state as a result of this agreement, Costco may choose to rescind the agreement to convert to temperature correcting pumps in that state. Moreover, I cannot tell from the Notice whether the attorneys have earned their $10,000,000 fee including the time they have spent and hourly rates they have charged.

I also object to the $2,000 incentive fee for each class representative. This seems grossly unfair in comparison to my $0.00 recovery when I and others have been a victim of a massive nationwide fraud.

This class action settlement simply seems to be a clever mechanism for lawyers and their select clients to get paid a big fee to enter into an agreement that lets Costco elect not to perform at its discretion if it "experiences material disruption in its supply of gasoline in a state" while at the same time the nationwide class of consumers get absolutely nothing in exchange for their blanket releases. There seems to be a huge conflict of interest in the way the attorneys and class representatives are conducting this case compared to the zero benefit accomplished for class members. | John Finn | 2/17/12 | 2/17/12 |
| 383 | Nedra rankin | | | | | | I do not like being cheated out of my money wish I work hard for. | Nedra rankin | 2/17/12 | 2/17/12 |
| 384 | Thelma Vernon | | | | | | I do not object.  How can I find out if I am included in the class?  Not sure I received the first notice. | tv | 2/12/12 | 2/17/12 |

44