IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION )<br>)<br>)<br>(This Document Relates to All Cases) )<br>)<br>) | MDL No. 1840<br><br>Case No. 07-MD-1840-KHV |

**SECOND DECLARATION OF DAVID F. MCDOWELL REGARDING PERSONS WHO
SUBMITTED OBJECTIONS TO THE AMENDED CLASS ACTION SETTLEMENT**

# Exhibit D
## Public Redacted Version

la-1133641

In re: Motor Fuel Temperature
Sales Practices Litigation
MDL No. 1840

UNTIMELY OBJECTION SUBMITTED ELECTRONICALLY
THROUGH COSTCO'S FUEL SETTLEMENT WEBSITE

| No. | Full Name | Street Address | City | State | Zip Code | E-mail Address | Reasons you object to the Amended Settlement | Signature | Date | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 385 | Nicole Hinton | REDACTED | | | | | bought gas in the time frame | Nicole Hinton | 2/17/12 | 2/18/12 |