IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION )<br>)<br>)<br>(This Document Relates to All Cases) )<br>)<br>) | MDL No. 1840<br><br>Case No. 07-MD-1840-KHV |

SECOND DECLARATION OF DAVID F. MCDOWELL REGARDING PERSONS WHO
SUBMITTED OBJECTIONS TO THE AMENDED CLASS ACTION SETTLEMENT

# Exhibit E

## Public Redacted Version

la-1133641

In re: Motor Fuel Temperature Sales Practices Litigation
MDL No. 1840

**UNTIMELY OBJECTION SUBMITTED BY U.S. MAIL TO COUNSEL FOR THE PARTIES**

| No. | Name | Address1 -or- Email Address | Address2 | City | ST | Zip |
|---|---|---|---|---|---|---|
| 80017 | MARIA A HANLEY ALBERT M WASILEWSKI, JR. | REDACTED | | | | |

1

February 18, 2012

*In re Motor Fuel Sales Practices Litigation, MDL Docket No. 1840*

Dear Sir or Madam:

Please accept this correspondence as a request to file comments out of time in the above referenced docket and for the courts' consideration of the following comments:

According to the Amended Stipulation of Class Action Settlement between Costco Wholesale Corp ("Costco") and the Class Representatives, we are members of the Settlement Class, per paragraph 2.1.p ("Pennsylvania Purchasers Subclass"). As parties with standing in the above docket, we object to the terms of the Settlement.

According to information contained in the Stipulation, "Class Counsel have asked the Court to award attorney fees and expenses in the amount of ten million dollars [$10,000,000]...Each class representative will receive an incentive fee not to exceed $2,000 each for the time and effort they have put into this case on behalf of the class"

Our objection to the proposed language and request for the courts' consideration is to certify an actual "class" to be compensated based on the volume of gas purchased, and to reduce the attorney fees, or to offer some other mechanism to resolve this issue appropriately.

As it stands now, 21 class representatives, potentially earning $2,000 each are the only "customers" affected by this potentially $10 M lawsuit. The true beneficiaries of this lawsuit are not the "customers" who purchased fuel that was not temperature adjusted, but the attorneys who were not impacted in any way by this alleged action and yet serve to benefit tremendously at the expense of the customers who did purchase fuel (and even the Costco Corp).

This Amended Settlement is not fair, adequate, reasonable or in the public interest when the alleged "harmed" customer class does not receive any benefit and the class representatives only receive a *de minimis* payment on behalf of an entire state's class.

The Settlement should be rejected in its entirety, or in the alternative, modified to properly compensate <u>all</u> members of the class who purchased the motor fuel in those affected states. The Class Counsel fees should be reduced commensurate with the amounts to be paid to the class members, allowing the Costco Corp to reduce fuel costs and/or credit class member accounts, as the members are the ones who have suffered this alleged "harm" and should be compensated appropriately and proportionate to their purchased volumes during the time frame established by the class action.

Thank you for your consideration of this very important matter.

| | |
|---|---|
| Maria A Hanley | s/ Maria A Hanley |
| Albert M. Wasilewski, Jr | s/ Albert M Wasilewski, Jr |
| REDACTED | |