## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION** | ) ) ) ) | **MDL No. 1840** |
| **(This Document Relates to All Cases)** | ) ) ) ) | **Case No. 07-MD-1840-KHV** |

## DECLARATION OF DAVID F. MCDOWELL REGARDING PERSONS WHO REQUESTED TO OPT OUT OF THE AMENDED CLASS ACTION SETTLEMENT

I, David F. McDowell, under penalty of perjury, hereby declare as follows:

1.        I am an attorney admitted to practice law in the courts of California and a partner at Morrison & Foerster LLP, counsel of record for Defendant Costco Wholesale Corporation in the above-captioned action.  I make this declaration based on personal knowledge and on the basis of information provided to me by the Settlement Administrator, Class Counsel, and my colleagues at Morrison & Foerster LLP.

2.        I submit this declaration to inform the Court of the persons who requested to opt out of the Amended Stipulation of Class Action Settlement Agreement and Release.

3.        Based on the information provided to Morrison & Foerster LLP by the Settlement Administrator, we have compiled the following five lists that identify the:

a.        2,342 persons who submitted timely requests to opt out of the Settlement Class electronically (attached hereto as Exhibit A);

b.        906 persons who submitted timely requests to opt out of the Settlement Class by U.S. Mail (attached hereto as Exhibit B);

c.        12 persons who submitted untimely requests to opt out of the Settlement Class electronically (attached hereto as Exhibit C);

d.        9 persons who submitted untimely requests to opt out of the Settlement Class by U.S. Mail (attached hereto as Exhibit D); and

la-1159280

e.      26 persons who submitted "objections" via the "objection" form available on the Fuel Settlement Website, located at http://www.Costco.com/fuelsettlement.pdf, who appear to be making requests to opt out of the Settlement Class (attached hereto as Exhibit E).

4.      With respect to the 12 persons listed in Exhibit C and the 9 persons listed in Exhibit D (who submitted untimely requests to opt out), subject to the Court's approval, Costco proposes to treat these requests as validly made.  Although these requests were untimely, they nonetheless expressed what Costco believes to be a clear intent to be excluded from the Settlement Class.

5.      With respect to the 26 persons listed in Exhibit E (who submitted "objections" via the Fuel Settlement Website that appear to be requests to opt out), subject to the Court's approval, Costco proposes to treat these submissions as opt outs.  Although these individuals used the "objection" link on the Fuel Settlement Website for their submissions, they nonetheless expressed what Costco believes to be a clear intent to be excluded from the Settlement Class.  I am informed that Class Counsel has conducted the necessary follow-up to confirm that these persons intended to opt out of the Settlement Class.

a.      Exhibit E includes an "objection" from Richard Litalien (No. 34), which states, "I submit an objection to the settlement.  [I]t provide(s) no protection for my loss(s) caused by the defendant(s).  I move that I be included as one of the Class Representatives or be excluded as part of the settlement."  [Doc. No. 3769-3].  I am informed that Class Counsel contacted Mr. Litalien who responded that he intended to submit a "[m]otion to be added as a primary plaintiff."  Mr. Litalien, however, has not filed any motions in this proceeding or a Notice of Intent to Appear at the Fairness Hearing.  Out of an abundance of caution, the parties have agreed to treat Mr. Litalien as an opt-out and have included him on Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March, 2012, in Los Angeles, California.

/s/ David F. McDowell
David F. McDowell

la-1159280

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of March, 2012, the **Declaration of David F. McDowell Regarding Persons Who Requested to Opt Out of the Amended Class Action Settlement** was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

The undersigned further certifies that on the 5th day of March, 2012, the foregoing document was sent via electronic mail to counsel for the following objectors who filed a Notice of Intent to Appear at the Fairness Hearing:

Theodore H. Frank
Attorney for Objectors Amy Alkon and Nicolas Martin
tedfrank@gmail.com


/s/ David F. McDowell
David F. McDowell
*Attorney for Defendant*
*Costco Wholesale Corporation*

3