IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION <br><br> (This Document Relates to All Cases) | ) ) ) ) ) ) ) ) | MDL No. 1840 <br><br> Case No. 07-MD-1840-KHV |

**DECLARATION OF MICHELLE ACPAL CERTIFYING COMPLETION OF
DISTRIBUTION OF NOTICE OF AMENDED CLASS ACTION SETTLEMENT**

I, Michelle Acpal, under penalty of perjury, hereby declare as follows:

1. I am employed by Costco Wholesale Corporation as a Marketing Database Analyst in Costco's Membership and Marketing Department. I submit this declaration to certify that Costco has completed distribution of notice of the proposed settlement of this lawsuit in the manner required by the Court's orders and the Amended Stipulation of Class Action Settlement Agreement and Release ("Amended Settlement") preliminarily approved by the Court.

2. I have worked for Costco for approximately 22 years and have held the position of Marketing Database Analyst since February 2005. Through my work as a Marketing Database Analyst, I have become very familiar with Costco's membership recordkeeping systems. I am familiar with the manner in which Costco distributed notice of the Amended Settlement to current and former Costco members by e-mail and through the United States mails. I make this declaration based on personal knowledge with respect to those distributions, and on the basis of information obtained from other Costco employees involved in the distribution process.

3. Based on Costco's membership records, Costco identified 11,828,641 unique potential Settlement Class Members who purchased fuel from Costco in the states of Alabama, Arizona, California, Florida, Georgia, Indiana, Kansas, Kentucky, Maryland, Missouri, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, South Carolina, Tennessee,

la-1159282

Texas, Utah, and Virginia ("States at Issue") from January 1, 2001 to April 22, 2009. Of that total, Costco distributed Notices of the Amended Settlement ("Notices") to 11,126,761 primary members and any add-on member(s) on the membership account for whom Costco had a useable e-mail or physical mail address.

4. For these 11,126,761 Settlement Class Members for whom Costco had a useable e-mail or physical mail address, Costco sent e-mail Notices to 4,135,042 Settlement Class Members and postcard Notices by U.S. Mail to 6,991,719 Settlement Class Members.

5. Costco sent all Notices prior to and including January 17, 2012, in accordance with the Court's November 10, 2011 and November 18, 2011 orders. [Doc. Nos. 3019, 3037].

6. The Notices informed Settlement Class Members of the procedures they should follow to exercise their right to opt out of the settlement (no later than February 17, 2012) or to object to the settlement (no later than February 17, 2012).

**NOTICES SENT TO MEMBERS WITH USEABLE E-MAIL ADDRESSES**

7. On December 24, 2011, Costco deployed the Notice e-mail to 5,166,474 Settlement Class Members for whom Costco had potentially useable e-mail addresses. Consistent with parties' Supplemental Memorandum Regarding Proposed Notice to Class Members of Amended Settlement [Doc. No. 3034] and the Court's November 18, 2011 order [Doc. No. 3037], after the Notice e-mail was deployed, Costco extracted reports identifying, by e-mail address, instances where the Notice e-mail did not reach a member's inbox. Costco determined that Notices actually processed through to 4,135,042 Settlement Class Members.

8. For the e-mail Notices that did not process through to the inboxes of the remaining 1,031,432 Settlement Class Members, consistent with the notice plan, Costco provided supplemental notice in the form of a postcard via U.S. Mail to those Settlement Class Members for whom Costco had a useable physical mail address. Costco ultimately distributed supplemental Notices by U.S. Mail for 963,053 of the 1,031,432 Settlement Class Members for whom the e-mail Notices did not process through.

## NOTICES SENT TO MEMBERS WITHOUT E-MAIL ADDRESSES

9. Costco identified 6,043,335 Settlement Class Members for whom Costco had potentially useable physical mail addresses (but for whom Costco did not have an e-mail address). Costco distributed Notices by U.S. Mail to 6,028,666 Settlement Class Members in six stages on January 10, 2012, January 11, 2012, January 12, 2012, January 13, 2012, January 16, 2012, and January 17, 2012, in the form of a postcard.

10. Costco was not in a position to send individual Notices to 701,880 Settlement Class Members because Costco either did not have an e-mail or physical mail address on file or the e-mail or physical mail address on file was invalid. The following table summarizes Costco's distribution of notice:

| | |
|---|---|
| Settlement Class Members contacted by E-mail | 4,135,042 |
| Settlement Class Members contacted by U.S. Mail Following Unsuccessful E-mail Attempt | 963,053 |
| Settlement Class Members contacted by U.S. Mail (No E-mail) | 6,028,666 |
| Settlement Class Members not contacted (Notices Could Not Be Sent Due to Missing or Invalid E-mail or physical mail addresses) | 701,880 |
| **Total Unique Potential Settlement Class Members Who Purchased Gasoline at Costco in the States at Issue from January 1, 2001 – April 22, 2009** | 11,828,641 |

## NOTICE BY OTHER MEANS

11. In addition to disseminating the Notices via e-mail and U.S. Mail, I am informed that Costco published notice in USA Today on January 10, 2012 and January 13, 2012. True and correct copies of the publication notice are attached as Exhibit A to this declaration.

12. I am further informed that Costco made a Detailed Notice, approved by the Court, entitled "Legal Notice By Order of the Court," available on Costco's Fuel Settlement Website (http://www.costco.com/fuelsettlement.pdf) in accordance with section 3.1 of the Amended Settlement.

## INFORMATION REGARDING CERTAIN INDIVIDUALS
## WHO OBJECTED TO THE AMENDED SETTLEMENT

13. Costco has reviewed its membership database and gasoline sales records to confirm whether the individuals who objected to the settlement are Settlement Class Members.

14. Based on my review of Costco's membership database and the information provided by the objectors, it appears that 5 objectors are not Settlement Class Members because although these objectors were Costco members during the relevant time period, they did not purchase gasoline during that period. [Nos. 132, 143, 306, 307, and 320.] In addition, for 26 objectors, I found no information in Costco's membership database that matched the information provided by the objectors, and therefore am unable to confirm whether they are Settlement Class Members. [Nos. 20, 73, 81, 82, 90, 109, 112, 135, 144, 146, 153, 201, 224, 250, 252, 265, 266, 274, 293, 295, 312, 382, 385, 80006, 80008, 80013.]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of March, 2012, in Issaquah, Washington.

*Michelle Acpal*
Michelle Acpal

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of March, 2012, the **Declaration of Michelle Acpal Certifying Completion of Distribution of Notice of Amended Class Action Settlement** was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

The undersigned further certifies that on the 5th day of March, 2012, the foregoing document was sent via electronic mail to counsel for the following objectors who filed a Notice of Intent to Appear at the Fairness Hearing:

Theodore H. Frank
Attorney for Objectors Amy Alkon and Nicolas Martin
tedfrank@gmail.com

       /s/ David F. McDowell
         David F. McDowell
         *Attorney for Defendant*
         *Costco Wholesale Corporation*