IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION )<br>)<br>)<br>(This Document Relates to All Cases) )<br>)<br>) | MDL No. 1840<br><br>Case No. 07-MD-1840-KHV |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of March 2012, the documents listed below were sent via electronic mail to counsel for the following objectors who filed a Notice of Intent to Appear at the Fairness Hearing:

Kenneth E. Nelson, kennelson@mclaw.com
N. Albert Bacharach, Jr., N.A.Bacharach@att.net
Frank H. Tomlinson, htomlinson@bellsouth.net
Paul S. Rothstein, psr@rothsteinforjustice.com
Edward W. Cochran, edwardcochran@wowway.com
Darrell Palmer, darrell.palmer@palmerlegalteam.com
*Attorneys for Objectors James Phillips and Michael Sandoval*

## DOCUMENTS SERVED

**Doc. No. 3769**: Second Declaration of David F. McDowell Regarding Persons Who Submitted Objections to the Amended Class Action Settlement

**Doc. No. 3774**: Declaration of David F. McDowell Regarding Persons Who Requested to Opt Out of the Amended Class Action Settlement

**Doc. No. 3775**: Declaration of Michelle Acpal Certifying Completion of Distribution of Notice of Amended Class Action Settlement

**Doc. No. 3776**: Defendant Costco Wholesale Corporation's Response to Certain Objections to the Amended Class Action Settlement

A copy of this Certificate of Service was filed electronically on the CM/ECF system on the 9th day of March 2012, which caused all CM/ECF participants to be served by electronic means.

/s/ David F. McDowell
David F. McDowell
*Attorney for Defendant*
*Costco Wholesale Corporation*

la-1161543