IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____   )
                                       )
**IN RE: MOTOR FUEL TEMPERATURE**      )   MDL No. 1840
**SALES PRACTICES LITIGATION**         )   Case No. 07-MD-1840-KHV
                                       )
                                       )
**This Document Relates To:**          )
                                       )
Wilson, et al. v. Ampride, et al.      )
Case No. 06-cv-02582-KHV-JPO           )
                                       )
American Fiber, et al. v. BP Corp., et al. )
Case No. 07-cv-02053-KHV-JPO           )
                                       )
_____   )

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER
### TO PREVENT RULE 30(b)(6) DEPOSITIONS

Defendants 7-Eleven, Inc., Circle K Stores, Inc., and QuikTrip Corp. (collectively "Defendants") hereby move the Court, pursuant to Federal Rules of Civil Procedure 26(c), for a protective order quashing three Rule 30(b)(6) deposition notices served on them by Plaintiffs on April 23, 2012. Plaintiffs' last-minute 30(b)(6) notices should be quashed to avoid the undue burden, annoyance and expense that would be caused by conducting depositions, in the short time remaining before trial, on the detailed topics identified by Plaintiffs.

For the reasons set forth above and as more fully set forth in the accompanying memorandum in support, Defendants request the Court issue a protective order quashing Plaintiffs' April 23, 2012 Notices of Corporate Representative Depositions Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure to QuikTrip, Circle K, and 7-Eleven, and for such further relief as the Court deems just and proper.

1

Dated:  April 26, 2012

By:  /s/ Tristan L. Duncan
Tristan L. Duncan, #70481

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
(816) 474-6550
(816) 421-5547 (fax)
tlduncan@shb.com

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

                                                     /s/ Tristan L. Duncan  
                                                       Attorney

5033416 v1