# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE ) <br> SALES PRACTICES LITIGATION ) <br> ) <br> ) <br> Wilson, et al. v. Ampride, et al. ) <br> Case No. 06-cv-02582-KHV-JPO ) <br> ) <br> American Fiber, et al. v. BP Corp., et al. ) <br> Case No. 07-cv-02053-KHV-JPO ) <br> ) | MDL No: 1840 <br> No: 07-md-1840-KHV JPO |

**NOTICE OF CORPORATE REPRESENTATIVE DEPOSITION PURSUANT TO
RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

YOU ARE HEREBY NOTIFIED that, pursuant to Federal Rule of Civil Procedure 30(b)(6), the deposition of a corporate representative of Defendant QuikTrip Corporation ("QuikTrip" or "Defendant"), whom counsel for such Defendant is requested to produce, will be taken by Plaintiffs at the offices of at the offices of Shook Hardy & Bacon, 2555 Grand Blvd., Kansas City, Missouri 64050, beginning on Monday, April 30, 2012 at 1:30 p.m., before a notary public authorized by law to administer oaths and take deposition testimony. If the taking of said deposition is not completed on that same day, it will be continued from business day to business day at the same place between 8:00 a.m. and 5:00 p.m. until completed. The deposition will be recorded by stenographic means.

Pursuant to Fed.R.Civ.P. 30(b)(6), QuikTrip shall designate one or more officers, directors, managing agents or other person(s) who consent to testify on behalf of Defendant with respect to the matters set forth on Exhibit A attached hereto.

Respectfully submitted by,

     /s/ Nina H. Fields_____
Michael J. Brickman (admitted *pro hac vice*)
Nina H. Fields (admitted *pro hac vice*)
Richardson, Patrick, Westbrook & Brickman, LLC
1017 Chuck Dawley Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 727-6500
Facsimile:  (843) 881-6183
Email: mbrickman@rpwb.com
       nfields@rpwb.com


HORN AYLWARD & BANDY, LLC
Robert A. Horn KS #70254
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
Email: rhorn@hab-law.com

WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.
Thomas V. Bender, Ks. Bar #22860
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
(816) 421-6620
(816) 421-4747 (Facsimile)
Email:  tbender@wbsvlaw.com

LAW OFFICES OF GEORGE A.
BARTON, P.C.
George A. Barton, KS Fed No. 70547
800 West 47th Street, Suite 700
Kansas City, MO 64112
(816) 300-6250
(816) 300-6259 (Facsimile)
Email: gab@georgebartonlaw.com

**Attorneys for Plaintiffs**

Dated: April 23, 2012

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that an electronic copy of the forgoing was delivered by email transmission, to:

Tristan L. Duncan
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
Email: tlduncan@shb.com

**Counsel for Defendant**

Martin Loring
Husch Blackwell Sanders, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

**Liaison Counsel for Defendants**

                                                 _/s/ Nina H. Fields_____
                                                 Attorney for Plaintiff

Dated: April 23, 2012

## **DEFINITIONS**

In addition to the definitions set forth in the Federal Rules of Civil Procedure, the following definitions apply to each of the topics and discovery requests contained herein, and are deemed to be incorporated in each of those requests:

a. DEFENDANT means QuikTrip Corporation; and

b. DOCUMENTS shall mean and include all written or graphic matter of any kind and description however produced or reproduced, whether draft or final, original or reproduction, including any written or graphic information depicted, retained, or retrievable from digital media, including but not limited to computer files and e-mail.  This term includes, but is not limited to: handwritten notes, writings, recordings, correspondence, letters, mail, contracts, agreements, understandings, offers, acceptances, e-mail, memoranda, drafts, notes, messages, telephone message slips, files, records, diaries, calendars, telefacsimiles, telephone logs, lists, charts, graphs, exhibits, attachments, summaries, corporate minutes, corporate resolutions, corporate books and records, notices of meetings, meeting agendas, corporate secretary's notes, calculations, budgets, projections, pro formulas, estimates, worksheets, financial models, work papers, financial and other analyses, data compilations, accountants' or other work papers, balance sheets, income statements, profit and loss statements, financial records, financial statements, tax records, tax filings, audiotapes, CDs, floppy disks, digital recordings, slides, and PowerPoint presentations, in any form, whether physical, handwritten, typed, electronic, digital, analog or otherwise.

## EXHIBIT A

## TOPICS ON WHICH EXAMINATION IS REQUESTED

1. Each of the DOCUMENTS listed on Attachment 1 hereto, all of which were produced by DEFENDANT in response to discovery requests in this litigation, including:

    a. the date of the creation of each DOCUMENT;

    b. the circumstances surrounding the creation of each DOCUMENT, including

        i. who created the DOCUMENT;

        ii. the reason(s) why the DOCUMENT was created;

        iii. any input or collaboration or work that any employees of DEFENDANT had in creation of the DOCUMENT;

    c. the use of each DOCUMENT by DEFENDANT;

    d. the extent of distribution of each DOCUMENT to employees of DEFENDANT and/or to third parties.

2. Whether each DOCUMENT listed on Attachment 1 hereto constitutes a business record of DEFENDANT under Rule 803(6) of the Federal Rules of Evidence, including:

    a. Whether it is DEFENDANT'S regular practice to prepare such DOCUMENTS and records for use in its business;

    b. Whether it is DEFENDANT'S regular practice to prepare such DOCUMENTS and records at or near the date of the date(s) indicated on them;

      c. Whether it is DEFENDANT'S regular practice to retain and maintain records in the ordinary course of DEFENDANT'S business; and

      d. Whether each DOCUMENT came from DEFENDANT'S business files.

3. The authenticity of QUIK000010667-QUIK000010669 listed on Attachment 1.

# ATTACHMENT 1

1. QUIK000010578-QUIK000010595, Atlanta Division Motor Fuel Inventory Special Review.

2. QUIK000010667-QUIK000010669, Gasoline Racking Loading Temperatures