IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re MOTOR FUEL SALES PRACTICES LITIGATION | ) ) ) ) ) ) | Class Action<br><br>MDL No.: 1840<br><br>Case No.: 07-md-1840-KHV-JPO |
| (This Document Relates to All Cases) | | |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Class Member/ Objector Daryl Chilimidos hereby appeals to the United States Court of Appeals for the Tenth Circuit from the "Memorandum and Order" (Dkt. 4248), granting final approval of the class action settlement between Plaintiffs and Defendant Costco Wholesale Corporation, entered in this action on April 24, 2012.

Dated: May 23, 2012

                                                 s/Lawrence W. Schonbrun
                                                 Lawrence W. Schonbrun (Cal. Bar #054519)
                                                 Law Office of Lawrence W. Schonbrun
                                                 86 Eucalyptus Road
                                                 Berkeley, CA 94705
                                                 Tel: (510) 547-8070
                                                 Fax: (510) 923-0627
                                                 E-mail: lschon@inreach.com

                                                 Richard C. Wallace (Kan. Bar #7536)
                                                 Evans & Mullinix, P.A.
                                                 7225 Renner Rd., Ste. 200
                                                 Shawnee, KS 66217-3043
                                                 Tel: (913) 962-8700
                                                 Fax: (913) 962-8702
                                                 E-mail: richard@evans-mullinix.com

                                                 *Attorneys for Plaintiff Class Member/Objector Daryl Chilimidos*

CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of interest participating in CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the Hon. Kathryn H. Vratil, Chief Judge, U.S. District Court, 500 State Avenue, 259 U.S. Courthouse, Kansas City, KS 66101.

s/Lawrence W. Schonbrun