IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION<br><br>(This Document Relates to All Cases) | )<br>)<br>) MDL No: 1840<br>)<br>) No: 07-md-1840-KHV-JPO |

## STATUS REPORT

Plaintiffs and Defendants Motiva Enterprises LLC and Equilon Enterprises LLC d/b/a Shell Oil Products US (collectively, "Shell"), BP Products North America Inc. and BP West Coast Products LLC (collectively, "BP"), ConocoPhillips Company ("ConocoPhillips"), Exxon Mobil Corporation, Esso Virgin Islands, Inc. and Mobil Oil Guam, Inc. (collectively, "ExxonMobil"), CITGO Petroleum Corporation ("CITGO"), Sinclair Oil Corporation ("Sinclair") (together, the "Refiner Settling Defendants"); and Casey's General Stores, Inc., ("Casey's"), Sam's Club ("Sam's") and Valero Energy Corporation and affiliates ("Valero") (together with the Refiner Settling Defendants, the "Settling Defendants") submit the following status report in response to the Court's September 28, 2012 Memorandum and Order ("Order") (Doc. No. 4424).

### SETTLEMENTS WITH CASEY'S AND SAM'S

Plaintiffs and Casey's have agreed to amend the Casey's settlement agreement to reflect the proposed modification referenced in the Order related to the public filing of regular compliance reports. Plaintiffs will file a renewed Motion for Preliminary Approval on or before October 12, 2012 seeking approval of the amended Casey's settlement agreement.

Plaintiffs and Sam's have agreed to amend the Sam's settlement agreement to reflect the proposed modification referenced in the Order related to the public filing of regular compliance

1

reports.  Plaintiffs will file a renewed Motion for Preliminary Approval on or before October 12, 2012 seeking approval of the amended Sam's settlement agreement.

In their renewed Motion for Preliminary Approval, Plaintiffs intend to request that the Court defer ordering commencement of a notice plan for the Casey's and Sam's settlements until the Court has ruled on preliminary approval of the amended settlements agreements with the Refiner Settling Defendants and Valero, discussed below.  Plaintiffs have proposed a combined notice plan to cover all of the proposed settlements.[1]  If the Court grants preliminary approval to the amended settlements with Valero and the Refiner Settling Defendants, the proposed combined notice plan advances the interests of the settlement class members by minimizing the costs associated with providing class notice.  That benefit will be lost, however, if Plaintiffs must implement one notice plan for the Casey's and Sam's settlements, and a second, very similar (if not identical) notice plan for the Valero and Refiner Settling Defendants' settlements at a later time, if those amended settlements receive preliminary approval.  If the Court does not grant preliminary approval to the amended settlements with Valero and the Refiner Settling Defendants, Plaintiffs intend to request that proposed notice plans for the Casey's and Sam's settlements be submitted within ten (10) days of the order denying preliminary approval to the amended Valero and Refiner Settling Defendant settlements.

Plaintiffs, Casey's and Sam's submit that the earliest date for a final approval hearing should be no less than one hundred four (104) days after the Court approves a notice plan for the Casey's and Sam's settlements.

---

[1] Doc. 4328, Ex. 12.

**SETTLEMENTS WITH VALERO AND THE REFINER SETTLING DEFENDANTS**

Plaintiffs, Valero and the Refiner Settling Defendants have discussed the Order, and those parties have agreed to amend their settlement agreements to address the Court's concerns. Plaintiffs will be filing a renewed Motion for Preliminary Approval for most, if not all, of these amended settlement agreements on or before October 12, 2012.

The Refiner Settling Defendants and Plaintiffs have agreed to amend their settlements to address the concerns raised by the Court in the Order. Specifically, the amended agreements will provide that the funds available to retailers and wholesalers will be provided only to those that install ATC, and the provision allowing for reimbursement for making certain disclosures to consumers will be deleted. The parties have also agreed to delete the two-year, twenty-five percent limitation on the settlement administrator's ability to disburse funds for the purposes contemplated by the settlements. Finally, the parties are working diligently to identify an appropriate *cy pres* recipient, and are confident that revised agreements addressing all of the Court's concerns can be finalized within a week.

As to the Valero settlement, Valero and the Plaintiffs are actively negotiating the terms of the agreement and anticipate submission of an amended settlement agreement that takes into account the concerns expressed in the Court's order.

Given the agreement to amend the settlements to address the Court's concerns, Plaintiffs, Valero, BP, Shell and Conoco believe that it is unnecessary to set the Kansas action for trial. Those parties thus respectfully request that the Court vacate the January 7, 2013 Kansas trial date, and related deadlines, pending consideration of the amended settlement agreements. By doing so, the parties will be able to focus on obtaining approval of those settlements and resolving the litigation as to those Defendants. Plaintiffs intend to file a formal motion to vacate

those deadlines prior to the October 10, 2012 status conference, and the parties intend to include this item on the agenda for the status conference.

Respectfully submitted this 5th day of October, 2012.

        ___s/ Robert A. Horn_____
        Robert A. Horn    KS Bar No. 70254
        HORN AYLWARD & BANDY, LC
        2600 Grand Boulevard, Suite 1100
        Kansas City, MO 64108
        Telephone 816-421-0700
        Facsimile 816-421-0899
        rhorn@hab-law.com

        CO-LEAD PLAINTIFFS' COUNSEL

        ___s/ Thomas V. Bender_____
        Thomas V. Bender     Ks. Bar #22860
        WALTERS BENDER STROHBEHN
         & VAUGHAN, P.C.
        2500 City Center Square
        1100 Main Street
        P.O. Box 26188
        Kansas City, MO 64196
        (816) 421-6620
        (816) 421-4747 (Facsimile)
        tbender@wbsvlaw.com

        PLAINTIFFS' LIAISON COUNSEL

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 5, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

        ____/s/ Joseph A. Kronawitter____