IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE ) | |
| SALES PRACTICES LITIGATION ) | MDL No: 1840 |
| ) | No: 07-md-1840-KHV JPO |
| ) | |
| Wilson, et al. v. Ampride, et al. ) | |
| Case No. 06-cv-02582-KHV-JPO ) | |
| ) | |
| American Fiber, et al. v. BP Corp., et al. ) | |
| Case No. 07-cv-02053-KHV-JPO ) | |
| ) | |

## JOINT MOTION TO VACATE JANUARY TRIAL SETTING PENDING RULING ON PRELIMINARY APPROVAL OF AMENDED SETTLEMENT AGREEMENTS

Plaintiffs and Defendants Motiva Enterprises LLC and Equilon Enterprises LLC d/b/a Shell Oil Products US (collectively, "Shell"), BP Products North America Inc. and BP West Coast Products LLC (collectively, "BP"), ConocoPhillips Company ("ConocoPhillips"), Valero Energy Corporation and affiliates ("Valero"), and Sam's West, Inc.[1] (collectively, the "Kansas Settling Defendants") hereby request the Court to vacate the January 7, 2013 trial setting and related deadlines.

On September 28, 2012, the Court declined to preliminarily approve the proposed settlements between Plaintiffs and the Kansas Settling Defendants. Memorandum and Order ("Order") (Doc. No. 4424). Accordingly, the Court set Plaintiffs' claims against these Kansas Settling Defendants for trial on January 7, 2013. However, as set forth in the parties' recently submitted Status Report (Doc. No. 4433), Plaintiffs and Kansas Settling Defendants have agreed

---

[1] In the Court's Memorandum and Order (Doc. No. 4424), the Court included Sam's Club, Sam's East, Inc., Sam's West, Inc., Wal-Mart Stores, Inc., and Wal-Mart Stores East, LLP in the same category as Casey's General Stores, Inc. (requiring notification of whether they agree to modify the reporting requirements to file regular compliance reports with the Court). Memorandum and Order, pg. 42. However, on the same page of the Court's opinion, the Court also named Sam's West, Inc. as a party set for trial. *Id.* The parties assume that the inclusion of Sam's West, Inc. as a party set for trial was inadvertent. Notwithstanding, and to ensure that all parties set for trial are included, Sam's West, Inc. is party to this Motion to Vacate.

1

to amend their settlement agreements to address the Court's concerns and intend to file a renewed Motion for Preliminary Approval on or before October 12, 2012. Specifically, the amended agreements with Shell, BP, and ConocoPhillips will provide that the funds available to retailers and wholesalers will be provided only to those that install ATC, and the provision allowing for reimbursement for making certain disclosures to consumers will be deleted. The parties have also agreed to delete the two-year, twenty-five percent limitation on the settlement administrator's ability to disburse funds for the purposes contemplated by the settlements. Finally, the parties are working diligently to identify an appropriate *cy pres* recipient. The parties are confident that revised agreements addressing all of the concerns raised by the Court in the Order can be finalized within a week.

As to the Valero settlement, Valero and the Plaintiffs are actively negotiating the terms of the agreement and anticipate submission of an amended settlement agreement that takes into account the concerns expressed in the Court's order.

Given the agreements to amend the settlements to address the Court's concerns, Plaintiffs and the Kansas Settling Defendants believe it is appropriate to vacate the January trial setting pending consideration of the amended settlement agreements. By doing so, the parties will be able to focus their efforts on finalizing the amended settlement agreements and drafting the appropriate pleadings to obtain approval of those settlements. If the trial setting is not vacated, the parties will have to shift their efforts and resources to preparing for trial (set to commence in less than three months), which may interfere with the parties' efforts at getting the amended settlements accomplished expeditiously and would also create an undue hardship on the parties. For example, under the current trial schedule, motions *in limine* are due November 5, 2012. Requiring the parties to comply with this deadline would be a significant burden if, at the same

time, the parties are working towards obtaining approval for the settlements.  Time and money will have to shift from settlement efforts to trial preparation, which would be contrary to one of primary purposes of these settlements -- to avoid the expenses of a trial.  Vacating the trial setting is imperative to finally and expeditiously resolving the litigation as to these Kansas Settling Defendants.

WHEREFORE, Plaintiffs and the Kansas Settling Defendants respectfully request that the Court vacate the January 7, 2013 trial setting and related deadlines, and for such other relief as the Court deems just and appropriate.

Dated:  October 8, 2012                                         Respectfully submitted by,

  /s/ Robert A. Horn  
HORN AYLWARD & BANDY, LLC  
Robert A. Horn KS #70254  
2600 Grand Boulevard, Suite 1100  
Kansas City, Missouri 64108  
Telephone: (816) 421-0700  
Facsimile: (816) 421-0899  
rhorn@hab-law.com  
jkronawitter@hab-law.com  

WALTERS BENDER STROHBEHN  
& VAUGHAN, P.C.  
Thomas V. Bender, Ks. Bar #22860  
2500 City Center Square  
1100 Main Street  
P.O. Box 26188  
Kansas City, MO 64196  
(816) 421-6620  
(816) 421-4747 (Facsimile)  
tbender@wbsvlaw.com  

LAW OFFICES OF GEORGE A. BARTON, P.C.  
George A. Barton, KS Fed No. 70547  
800 West 47th Street, Suite 700  
Kansas City, MO  64112

(816) 300-6250
(816) 300-6259 (Facsimile)
gbarton@birch.net

**Kansas Class Counsel**


  /s/ Joseph W. Bell
ZELLE HOFMANN VOELBEL & MASON LLP
Joseph W. Bell
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700
(415) 693-0770 (FAX)
jbell@zelle.com
**Attorneys for Defendant ConocoPhillips Company**

  /s/ David M. Harris
GREENSFELDER, HEMKER & GALE, P.C.
David M. Harris, Mo. Bar #32330
Gregory M. Mollett, Mo. Bar #50054
Sandra B. Gallini, Mo. Bar #53902
David S. Simmons, Mo. Bar #53801
10 South Broadway, Suite 2000
St. Louis, MO 63102
Tel: (314) 241-9090
Fax: (314) 241-4245
dmh@greensfelder.com
gcm@greensfelder.com
sbg@greensfelder.com
ds@greensfelder.com
**Attorneys for Defendants Equilon Enterprises LLC and Motiva Enterprises LLC**

/s/ Brian L. Duffy
GREENBERG TRAURIG, LLP
Brian L. Duffy
Naomi G. Beer
The Tabor Center
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:   303-572-6500
Fax:   303-572-6540
DuffyB@gtlaw.com
BeerN@gtlaw.com
**Attorneys for Defendant SAM'S WEST, INC.**

/s/ Sean Morris
ARNOLD & PORTER LLP
Sean Morris
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
(213) 243-4000
(213) 243-4199 (FAX)
Sean.morris@aporter.com
**Attorneys for Defendants BP North America Products Inc.
and BP West Coast Products LLC**

/s/ James F. Bennett
DOWD BENNETT LLP
James F. Bennett
Megan S. Heinsz
7733 Forsyth Blvd., Suite 1410
Saint Louis, MO 63105
(314) 889-7300 (phone)
(314) 863-2111 (fax)
jbennett@dowdbennett.com
mheinsz@dowdbennett.com

C. William Frick
Akin Gump Strauss Hauer & Feld    LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
**Attorneys for Defendant Valero Marketing and Support Company**

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 8, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

               __/s/ Amii N. Castle_____
               ATTORNEYS FOR PLAINTIFFS