**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE ) | |
| SALES PRACTICES LITIGATION ) | **MDL No. 1840** |
| ) | **Case No. 07-1840-KHV** |
| **(This Document Relates To All Cases.)** ) | |
| ) | |
| ) | |

## ORDER

Pursuant to discussions at the status conference today, the Court orders as follows:

Regarding motions for class certification in non-Kansas cases, on or before **October 24, 2012**, the non-settling parties shall jointly file a plan regarding how the Court should address the motions. In particular, the parties shall meet and confer regarding which class certification motions are sufficiently similar to the Kansas motions such that the Kansas orders regarding class certification would apply to those motions. As to any remaining motions, the parties shall submit a proposed briefing schedule which permits very limited supplemental briefing. Plaintiffs shall re-file the original motions for class certifications.[1]

Regarding dispositive motions in non-Kansas cases, on or before **October 24, 2012**, the non-settling parties shall meet and confer and jointly file a statement regarding which motions involve federal law and which motions involve state law. To the extent the motions involve questions of federal law, the parties shall state whether the Court's orders in the Kansas cases would apply to those motions.

Regarding a bellwether trial, on or before **October 24, 2012**, the parties shall meet and

---

[1] At the status conference, plaintiffs' counsel stated that plaintiffs may need to make minor changes in the motions to things such as the proposed class definition. To the extent that plaintiffs make any changes from the original motions, they shall file a cover sheet which specifies exactly what changes have been made and on what pages they were made. In addition, as an exhibit to the motion, plaintiffs shall file a redlined version which shows the changes that were made.

confer regarding whether, if the Court decides to try another case, it should be in California, Arizona, Nevada or some other state.

Regarding plaintiffs' request that the Court require defendants to supplement certain discovery responses, the Court refers the matter to Magistrate Judge James P. O'Hara. Judge O'Hara will decide whether further briefing or scheduling conferences are appropriate in this regard.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2012 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
