**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **IN RE: MOTOR FUEL TEMPERATURE** | ) | |
| **SALES PRACTICES LITIGATION** | ) | |
| | ) | **MDL No. 1840** |
| **(This Document Relates to All Cases)** | ) | **Case No. 07-MD-1840-KHV** |
| | ) | |
| _____ | ) | |

## ORDER TO SHOW CAUSE

On November 6, 2013, in preparing to remand cases in this Multidistrict Litigation ("MDL")

to their respective transferor courts, the Court reinstated all motions which it had previously

terminated for administrative reasons.  See Order (Doc. #4666).  Following the Court's suggestion

of remand, plaintiffs entered into 18 new settlements with certain defendants.  See Motion Of

Plaintiffs For Order Conditionally Certifying Settlement Classes, Preliminarily Approving Eighteen

(18) Class Action Settlements, Directing And Approving Distribution Of Class Notice, Setting

Hearing For Final Approval Of Class Action Settlements And Appointing Class Counsel

(Doc. #4724) filed March 17, 2014.   In light of the settlements, the Court supplemented its

suggestion of remand.  See Order (Doc. #4732) filed March 23, 2014.  On April 8, 2014, the Judicial

Panel  on MDL remanded unsettled claims in one case, Craft v. The Kroger Co., (E.D. Tex.

No. 07-00271; D. Kan. No. 07-2360).   See Order Lifting Stay Of Separation Of Claims And

Conditional Remand Order (Doc. #4751).

As a result of these developments, this Court retains jurisdiction over (1) all claims against

the newly settled defendants in order to complete settlement approval and class notice; (2) issues

regarding attorneys fees; and (3) remaining claims of one plaintiff, Lesley Duke, in one case,

Rushing v. Ambest Inc. (N.D. Cal. No. 06-7621-PJH; D. Kan. No. 07-2300-KHV).  At this time, 244

motions remain pending on the docket.  It appears, however, that only the following motions relate

to matters which are currently before the Court:

- <u>Motion For Award Of Attorneys' Fees, Expenses, And Class Representative Incentive Awards And Memorandum In Support</u> (Doc. #1820) filed March 23, 2011;

- <u>Defendant Costco Wholesale Corporation's Motion For Leave To File Sur-Reply In Opposition To Plaintiffs' Motion For Award Of Attorneys' Fees, Expenses, And Class Representative Incentive Awards</u> (Doc. #2084) filed September 1, 2011;

- <u>Motion To Withdraw Appearances</u> (Doc. #4655) filed October 4, 2013;

- <u>Motion Of Plaintiffs For Order Conditionally Certifying Settlement Classes, Preliminarily Approving Eighteen (18) Class Action Settlements, Directing And Approving Distribution Of Class Notice, Setting Hearing For Final Approval Of Class Action Settlements And Appointing Class Counsel</u> (Doc. #4724) filed March 15, 2014; and

- <u>Plaintiffs' Motion For Leave To File A Sur-Reply In Response To Defendant Costco Wholesale Corporation's Reply To Class Representatives' Response To Costco's Notice To Invoke Rights Under Section 4.7 Of The Settlement</u> (Doc. #4758) filed April 30, 2014.

Therefore, the Court orders that on or before **September 16, 2014**, the parties show cause in writing why the Court should not overrule without prejudice the following motions: Docs. ## 684, 742, 1090, 1095, 1096, 1097, 1099, 1102, 1103, 1104, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118, 1119, 1120, 1121, 1123, 1125, 1126, 1127, 1128, 1134, 1238, 1254, 1258, 1306, 1558, 2204, 2206, 2210, 2212, 2214, 2216, 2218, 2220, 2223, 2225, 2227, 2229, 2231, 2233, 2235, 2237, 2240, 2243, 2246, 2248, 2250, 2255, 2257, 2259, 2264, 2266, 2267, 2272, 2274, 2276, 2278, 2280, 2282, 2284, 2287, 2293, 2296, 2301, 2309, 2315, 2316, 2319, 2320, 2322, 2326, 2328, 2330, 2332, 2334, 2336, 2338, 2340, 2342, 2344, 2348, 2349, 2352, 2355, 2356, 2358, 2361, 2363, 2364, 2367, 2370, 2375, 2378, 2382, 2385, 2386, 2393, 2394, 2401, 2410, 2415, 2416, 2421, 2422, 2424, 2429, 2431, 2434, 2437, 2439, 2441, 2445, 2447, 2450, 2452, 2456, 2459, 2464, 2467, 2469, 2470, 2473, 2477, 2480, 2481, 2485, 2487, 2489, 2491, 2492, 2495, 2498, 2500,

2501, 2502, 2506, 2510, 2512, 2515, 2517, 2518, 2520, 2525, 2527, 2530, 2534, 2535, 2539, 2540,

2544, 2547, 2548, 2550, 2552, 2561, 2562, 2564, 2565, 2567, 2568, 2572, 2577, 2581, 2587, 2589,

2591, 2594, 2595, 2597, 2598, 2605, 2609, 2610, 2611, 2623, 2616, 2619, 2626, 2629, 2633, 2637,

2641, 2644, 2647, 2649, 2651, 2653, 2656, 2658, 2659, 2663, 2665, 2667, 2669, 2670, 2673, 2674,

2679, 2687, 2691, 2694, 2696, 2708, 2709, 2713, 2721, 2723, 2724, 2730, 2734, 2736, 2739, 2740,

2743, 2748, 2755, 2760, 2765, 2768, 2774, 2775, 2781, 2782, 2788, 2789, 2802, 2805, 2807, 2811,

2812, 2816 and 2869.

**IT IS SO ORDERED**.

Dated this 9th day of September, 2014 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge