# Jeff Long

3104 W. 27th Ter. • Lawrence, KS 66047
785-843-8790

Date: 2/5/2015

**FILED**

**FEB 1 1 2015**

TIMOTHY M. O'BRIEN, Clerk

By_____Deputy

Clerk of the Court
United States District Court for the District of Kansas
500 State Ave.
Kansas City, KS.
66101

Dear Clerk of the Court:

I am writing to object to the proposed settlements In re: Motor Fuel Temperature Sales Practices Litigation. Specifically I am objecting to any settlement in which the State of Kansas is due to receive any money. They have shown themselves to be incapable of proper money management and any money given would be a complete waste of settlement funds and would likely be squandered on something completely unrelated to this case, thus producing no actual benefits to the consumer. For an example of how the State of Kansas does not handle settlement funds properly please review the information regarding how tobacco settlement funds are misappropriated at http://www.khi.org/news/article/kansas-action-children-issues-report-tobacco-settl/.

Sincerely,

*(signature)*

Jeff Long