IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE ) <br> SALES PRACTICES LITIGATION ) <br> ) <br> This Document Relates to   All Cases) ) <br> ) <br> ) | MDL No: 1840 <br> No: 07-md-1840-KHV-JPO |

## UNOPPOSED MOTION FOR APPROVAL OF ESCROW AGENT AND ESCROW AGREEMENT

Plaintiffs move the Court for an order approving the attached escrow agreement, and for approval of Country Club Trust Company, N.A. as the escrow agent, for purposes of pending class action settlements (the "Settlements") with Defendants BP Products North America Inc. and BP West Coast Products LLC, CITGO Petroleum Corporation, ConocoPhillips Company, Equilon Enterprises LLC d/b/a Shell Oil Products US and Motiva Enterprises LLC, ExxonMobil Corporation, Mobil Oil Guam, Inc. and Esso Virgin Islands, Inc., Sinclair Oil Corporation, Chevron U.S.A. Inc., Sunoco Inc. (R&M), B-B Oil Company, Inc., Coulson Oil Company, Diamond State Oil, LLC, Flash Market, Inc., J&P Flash, Inc., Magness Oil Company, Port Cities Oil, LLC, E-Z Mart Stores, Inc., Love's Travel Stops & Country Stores, Inc., W.R. Hess, M.M. Fowler, Inc., Tesoro Refining and Marketing Company LLC, Thorntons Inc., G&M Oil Company, Inc. and G&M Oil Co., LLC, United El Segundo, Inc. and World Oil Corp. (collectively the "Settling Defendants").

The Settling Defendants have no objection to this Motion.

In further support of this Motion, Plaintiffs state as follows:

1.      Plaintiffs entered into the Settlements with the Settling Defendants through 2012-13, and the Court has granted preliminary approval of the Settlements.

2. A final approval hearing for the Settlements has been scheduled on June 9, 2015, and notice of the Settlements has been provided to class members.[1]

3. In essence, the Settlements are common-fund settlements and require settlement funds to be deposited into an escrow account ("Escrow"). The below excerpt from Plaintiffs' settlement agreement with BP is indicative of such terms:

> 8. The Settling Defendant shall pay the Settlement Amount into an interest-bearing escrow account, to be administered in accordance with the provisions of paragraphs 22-28 of this Settlement Agreement (the "Escrow Account"), within ten (10) business days after the date of final approval of this Settlement Agreement, except that Settling Defendant will pay $100,000 of the Settlement Amount (the "Notice Amount") into an account administered by Class Counsel ("the Notice Account") ten (10) business days after the date of preliminary approval of this Settlement Agreement. The Parties will cooperate to execute an appropriate escrow agreement within fifteen days after execution of this Agreement. As used in this Settlement Agreement, the "Settlement Fund" is, with respect to the Settling Defendant, the Settlement Amount defined above, paid by the Settling Defendant, plus any accrued interest or income on said deposits once in escrow as set forth in this paragraph.

*See* BP Settlement Agreement, Doc. 4447-4, p. 11.

4. Plaintiffs and the Settling Defendants have agreed to utilize Country Club Trust, N.A. as the escrow agent ("Escrow Agent"), and Country Club Trust has agreed to serve in that capacity. Country Club Trust is a local trust company affiliated with Country Club Bank, and information related to Country Club Trust is attached hereto as Exhibit A.

5. The Escrow Agent has agreed on the following compensation arrangement relative to its administration of the Escrow:

---

[1] Plaintiffs will submit materials documenting completion of the notice plan with their motion for final approval, which will be filed prior to the June 9, 2015 final approval hearing.

- The annual escrow fee payable to the Escrow Agent will be .10% of the Escrow balance, calculated and taken on a monthly basis: (Escrow balance) x (.10%)/12;
- The Escrow Agent's minimum annual escrow fee will be $3,000;
- The Escrow Agent will charge $20.00 for each ACH transfer, wire transfer or distribution check written on the Escrow;
- Calculation of the annual escrow fee will exclude any attorney fees paid out of the Escrow within 30 days after such funds are deposited into the Escrow.

6. Plaintiffs, Settling Defendants and the Escrow Agent have also agreed on the terms of an escrow agreement ("Escrow Agreement") that will govern the Escrow and the Escrow Agent's administration of the Escrow. A copy of the Escrow Agreement is attached hereto as Exhibit B.[2]

7. The Escrow Agreement provides specific terms related to the administration of the Escrow such as: terms governing payments from the Escrow; resolution of disputes regarding the Escrow; removal and/or resignation of the Escrow Agent; accounting and compliance reporting for the Escrow, and other terms necessary to administer the Escrow.

8. Plaintiffs believe the terms of the Escrow Agreement are fair, reasonable and will protect the interests of the class members through the anticipated multi-year lifespan of the Escrow.

9. Plaintiffs request an order from the Court approving Country Club Trust, N.A. as the Escrow Agent for purposes of the Settlements. Plaintiffs also request an order approving the terms of the Escrow Agreement attached hereto.

---

[2] Plaintiffs are still gathering a few signatures for the Escrow Agreement and will file a fully-executed version of the Escrow Agreement after all signatures are received.

WHEREFORE, for the reasons set forth above, Plaintiffs request an order granting the relief requested herein, and for such other and further relief the Court deems proper.

Dated: March 6, 2015                 Respectfully Submitted by,

                                             /s/ *Robert A. Horn*
                                             Robert A. Horn     KS#70254
                                             HORN AYLWARD & BANDY, LLC
                                             2600 Grand Boulevard, Suite 1100
                                             Kansas City, Missouri 64108
                                             Telephone: (816) 421-0700
                                             Facsimile: (816) 421-0899
                                             rhorn@hab-law.com

                                             CO-LEAD COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

                                             /s/ *Joseph A. Kronawitter*
                                             Attorney for Plaintiffs