IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | ) | |
|---|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION | ) ) ) | MDL No. 1840 |
| | ) | Case No. 07-MD-1840-KHV |
| (This Document Relates to All Cases) | ) ) | |
| | ) | |

**DECLARATION OF DAVID F. MCDOWELL REGARDING DEFENDANT COSTCO WHOLESALE CORPORATION'S COMPLIANCE REPORTING PURSUANT TO SECTION 8.2 OF THE AMENDED SETTLEMENT AGREEMENT**

I, David F. McDowell, declare and state as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, attorneys of record for Defendant Costco Wholesale Corporation in this action. I am a member in good standing of the Bar of the State of California and this Court. I make this declaration based on personal knowledge, and, if called as a witness, I could and would testify competently to the matters set forth therein.

2. On January 3, 2011, Costco and the Class Representatives entered into the Amended Stipulation of Class Action Settlement Agreement and Release (the "Settlement"). The Settlement became effective on January 5, 2018 (the "Effective Date").

3. Section 8.2 of the Settlement requires Costco to file with the Court and serve on Class Counsel a declaration describing Costco's compliance with the requirements of Section 4 of the Settlement. The declaration is due within six months of the Effective Date, and within each six month period thereafter during the five-year term of the Settlement.

4. Costco has filed compliance reporting declarations pursuant to Section 8.2 on July 5, 2018 and January 4, 2019. (Dkt. Nos. 4916, 4921.) This declaration serves as Costco's third compliance reporting declaration pursuant to Section 8.2.

5. Section 4.4 of the Settlement requires Costco to, within four years of the Effective Date (January 5, 2022), convert a certain amount of its retail motor fuel dispensers in Conversion States[1] to Automatic Temperature Compensation ("ATC") where it lawfully can do so in light of the regulatory approvals required and received as of two and one-half years after the Effective Date.

6. As of the date of this declaration, Costco is not aware of any Conversion State that expressly permits or has regulations in place for the implementation of ATC. Costco is aware, however, that California (through its Department of Food and Agriculture, Division of

---

[1] Conversion States are: Alabama, Arizona, California, Florida, Georgia, Kentucky, Nevada, New Mexico, North Carolina, South Carolina, Tennessee, Texas, Utah, and Virginia. (Section 4.2.)

Measurement Standards) has initiated the rulemaking process for retail motor fuel devices equipped with ATC by holding a pre-rulemaking workshop and soliciting feedback from certain stakeholders.

I declare under penalty of perjury under the laws of the State of Kansas and the United States that the foregoing is true and correct.

Executed this 3rd day of July, 2019 in Los Angeles, California.

*/s/ David F. McDowell*
David F. McDowell

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3, 2019, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

Dated:  July 3, 2019                                MORRISON & FOERSTER LLP


By:  */s/ David F. McDowell*
      David F. McDowell

*Attorneys for Defendant
Costco Wholesale Corporation*